ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
HADIYA K. DESHMUKH (328118)
ALAINA L. GILCHRIST (335807)
HAILEY S. ZANUTTO (358143)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com
hzanutto@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND, | ) ) ) ) | Case No. 3:24-cv-02656-VC |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. | ) ) ) | |
| EQUINIX, INC., et al., | ) ) | |
| Defendants. | ) ) | |

4932-9135-1316.v1

WHEREAS, on January 6, 2025, the Court granted in part and denied in part Defendants'[1] motion to dismiss (ECF 67);

WHEREAS, on January 7, 2025, the Court set a Case Management Conference for January 24, 2025 (ECF 68);

WHEREAS, on January 17, 2025, the Parties filed their Joint Case Management Statement and Proposed Order pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Standing Order For Civil Cases, which set forth a proposed case schedule (ECF 70); and

WHEREAS, on January 24, 2025, the Court held a Case Management Conference, during which the Court instructed the Parties to meet and confer and then propose a modified case schedule with a trial date scheduled no later than December 1, 2026 (ECF 74);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to the Court's approval, that the following deadlines shall govern the above-captioned action:

| Event | Modified Proposed Deadline |
|---|---|
| Rule 26(f) Conference | January 14, 2025 |
| Case Management Conference | January 24, 2025 |
| Rule 26(a)(1) Initial Disclosures | February 10, 2025 |
| Defendants' Answer | February 20, 2025 |
| Plaintiff's Motion for Class Certification | April 17, 2025 |
| Defendants' Response to Plaintiff's Motion for Class Certification | May 29, 2025 |
| Plaintiff's Reply in Support of Motion for Class Certification | July 10, 2025 |
| Hearing on Motion for Class Certification | July 31, 2025 |
| Substantial Completion of Document Discovery | October 2, 2025 |
| Last Day to File Motions to Amend Pleadings | October 30, 2025 |

---

[1]   The parties are Lead Plaintiff Uniformed Sanitationmen's Association Compensation Accrual Fund ("Plaintiff") and Equinix, Inc., Charles Meyers, and Keith D. Taylor (together, "Defendants") (collectively, "Parties").

| Event | Modified Proposed Deadline |
|---|---|
| Last Day to Serve Interrogatories, Requests for Admission, and Requests for the Production of Documents on Parties | January 6, 2026 |
| Case Management Conference | January 16, 2026 |
| Fact Discovery Deadline | February 5, 2026 |
| Last Day to File Discovery-Related Motions | February 19, 2026 |
| Rule 26(a)(2) Expert Disclosures | March 5, 2026 |
| Rebuttal Expert Disclosures | April 16, 2026 |
| Close of Expert Discovery | April 28, 2026 |
| Last Day to File Summary Judgment and *Daubert* Motions | May 28, 2026 |
| Summary Judgment and *Daubert* Oppositions (Including Any Cross-Motion for Summary Judgment) | July 9, 2026 |
| Summary Judgment and *Daubert* Replies (Including Any Opposition to Cross-Motion for Summary Judgment) | August 13, 2026 |
| Hearing on Summary Judgment and *Daubert* Motions | September 3, 2026 |
| Pretrial Conference | November 17, 2026 |
| Trial | November 30, 2026 |

DATED: February 3, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
HADIYA K. DESHMUKH
ALAINA L. GILCHRIST
HAILEY S. ZANUTTO


                              s/ Daniel J. Pfefferbaum
                         DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com
agilchrist@rgrdlaw.com
hzanutto@rgrdlaw.com

Counsel for Plaintiffs

PITTA LLP
VINCENT F. PITTA
120 Broadway, 28th Floor
New York, NY  10271
Telephone: 212/652-3890
vpitta@pittalaw.com

Additional Counsel

DATED:  February 3, 2025

DAVIS POLK & WARDWELL LLP

s/ Vincent Barredo
Neal Potischman (SBN 254862)
Jonathan K. Chang (SBN 355907)
Vincent Barredo (SBN 275518)
Michael G. Mills (SBN 350938)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
       jonathan.chang@davispolk.com
       vincent.barredo@davispolk.com
       michael.mills@davispolk.com

Rory A. Leraris (*pro hac vice*)
Jaclyn M. Willner (*pro hac vice*)
Emily Park (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email: rory.leraris@davispolk.com
          jaclyn.willner@davispolk.com
          emily.park@davispolk.com

*Attorneys for Defendants Equinix, Inc.,
Charles Meyers, and Keith D. Taylor*

### CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Daniel J. Pfefferbaum, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:  February 3, 2025

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

\*     \*     \*

### O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February 4, 2025

THE HONORABLE [ ] CHHABRIA
UNITED STATES [DISTRICT JUDGE]

IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria