IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS BENKOVSKI,<br><br>      Plaintiff,<br><br>v.<br><br>CHARLES J. MEYERS, et al.,<br><br>      Defendants. | Case No. 25-cv-01642-CRB<br><br>**JUDICIAL REFERRAL FOR THE PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Local Civil Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Vince Chhabria for consideration whether the case is related to <u>Uniformed Sanitationmen's Association Compensation Accrual Fund v. Equinix, Inc.</u>, No. 24-cv-2656-VC (N.D. Cal. filed May 2, 2024). The parties may file a response in opposition to or support of relating the cases within 14 days of this order. See Loc. Civ. Rule 3-12(e).

**IT IS SO ORDERED.**

Dated: March 4, 2025

                                            CHARLES R. BREYER
                                            United States District Judge