Neal Potischman (SBN 254862)
Jonathan K. Chang (SBN 355907)
Vincent Barredo (SBN 275518)
Michael G. Mills (SBN 350938)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111
Email: neal.potischman@davispolk.com
        jonathan.chang@davispolk.com
        vincent.barredo@davispolk.com
        michael.mills@davispolk.com

Rory A. Leraris (*pro hac vice*)
Jaclyn M. Willner (*pro hac vice*)
Emily Park (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:   (212) 701-5800
Email: rory.leraris@davispolk.com
        jaclyn.willner@davispolk.com
        emily.park@davispolk.com

*Attorneys for Defendants Equinix, Inc.,*
*Charles Meyers, and Keith D. Taylor*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND,<br><br>Plaintiff,<br><br>v.<br><br>EQUINIX, INC., CHARLES MEYERS, and KEITH D. TAYLOR,<br><br>Defendants. | ) Case No. 3:24-cv-02656-VC<br>)<br>)<br>) **DECLARATION OF JONATHAN K.**<br>) **CHANG IN SUPPORT OF**<br>) **DEFENDANTS' OPPOSITION TO**<br>) **PLAINTIFF'S MOTION TO CERTIFY**<br>) **THE CLASS**<br>)<br>) Date: July 31, 2025<br>) Time: 10:00 a.m.<br>) Courtroom: 4<br>) Honorable Vince Chhabria<br>)<br>)<br>) |

I, Jonathan K. Chang, hereby declare as follows:

1.      I am an attorney at Davis Polk & Wardwell LLP, counsel to Defendants Equinix, Inc. ("Equinix"), Charles Meyers, and Keith D. Taylor ("Defendants") in the above-captioned action (the "Action").  I am an attorney in good standing admitted to practice in the State of California and in this Court.  I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Certify the Class ("Defendants' Opposition") based upon my personal knowledge of the matters set forth herein and, if called upon as a witness, could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an *Institutional Investor* article titled "Assets Have Tanked at Two of the World's Biggest Short Sellers," dated April 8, 2021, which is publicly available at https://www.institutionalinvestor.com/article/2bswtm8ouka9alq786h34/portfolio/assets-have-tanked-at-two-of-the-worlds-biggest-short-sellers.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a *Financial Times* article titled "Hedge Fund Manager Jim Chanos's Next 'Big Short' is Data Centres," dated June 29, 2022, which is publicly available at https://www.ft.com/content/e89e7071-0f1d-4bea-a857-a6fce236d776.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a deck produced by Hindenburg Research ("Hindenburg") in response to a third-party subpoena served by Plaintiff's counsel.  The deck bears the Bates stamps HR_EQIX_001199 through HR_EQIX_001238 and Hindenburg designated it as "CONFIDENTIAL" pursuant to the Protective Order in this Action (ECF 92).  Pursuant to the terms of the Protective Order and Local Rule 79-5(f), Defendants are concurrently filing an administrative motion to file Exhibit 3 and portions this declaration and of Defendants' memorandum of points and authorities in support of Defendants' Opposition quoting or otherwise describing the contents of Exhibit 3 under seal.

5.      During a May 19, 2025 meet and confer regarding the designation of Exhibit 3 as "CONFIDENTIAL," Hindenburg's counsel represented that Exhibit 3 was not authored by

1

Hindenburg. ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

██████████████████

6. Subsequent to Hindenburg's production of Exhibit 3, Defendants have sought non-party discovery relating to dissemination of ████████████████████ ████████████████████████████████████████ ██████████████████████████████████ as well as communications with investors, analysts, media sources, Hindenburg, and current or former Equinix employees concerning Chanos's short thesis.  The return date on the subpoena is June 13, 2025.  On May 27, 2025, Defendants served a subpoena on Hindenburg seeking the production of documents reflecting its communications with or relating to ████████████ ████████████████████████████[1] The return date on the subpoena is June 17, 2025.

7. Attached hereto as **Exhibit 4** is a true and correct copy of a CNBC article titled "Jim Chanos Debuts New Short Bets Against Data Centers, Sending Shares Down," dated June 29, 2022, which is publicly available at https://www.cnbc.com/2022/06/29/jim-chanos-debuts-new-short-bets-against-data-centers-sending-shares-down.html?msockid=07cbe6488fb566a23c68f3528ef6673c.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a *Benzinga* article titled "Short Seller Jim Chanos Slams This Data Center Stock's Metrics: How the CEO Responded," dated July 28, 2022, which is publicly available at https://www.benzinga.com/personal-finance/financial-advisors/22/07/28250263/short-seller-jim-chanos-backhands-data-operators-made-up-metrics.

---

[1] Defendants previously served a subpoena on Hindenburg seeking documents relating primarily to Hindenburg's financial incentives regarding trading in Equinix securities.

9. Attached hereto as **Exhibit 6** is a true and correct copy of a *Data Center Dynamics* article titled "Colo results Q2 2022: Equinix, Digital Realty, American Tower, Switch, Iron Mountain, Cyxtera, DigitalBridge," dated August 1, 2022, which is publicly available at https://www.datacenterdynamics.com/en/news/colo-results-q2-2022-equinix-digital-realty-american-tower/.

10. Exhibits 5 and 6 refer to a Tweet (which has since been deleted) attributed to the Twitter handle @WallStCynic.  In Section 1.I of the firm's Form ADV filed with the SEC on April 26, 2023, Chanos & Co. identified that Twitter account as its social media account. A true and correct excerpt of the Form ADV is attached hereto as **Exhibit 7**, and is publicly available at https://reports.adviserinfo.sec.gov/reports/ADV/137563/PDF/137563.pdf.

11. Over a period of years, media reports also indicated that the Twitter handle @WallStCynic was known to be Chanos's account.  For example, on September 17, 2018, *Institutional Investor* published an article tiled "How Jim Chanos Uses Cynicism, Chutzpah – and a Secret Twitter Account – to Take on Markets (and Elon Musk)," which stated: "In the word of financial Twitter, it is an open secret that the person behind Diogenes [the name associated with @WallStCynic] . . . is Chanos."  A true and correct copy of the September 17, 2018 *Institutional Investor* article is attached hereto as **Exhibit 8**, and is publicly available at https://www.institutionalinvestor.com/article/2bsxjqt62iqbsgoh4o0e8/portfolio/how-jim-chanos-uses-cynicism-chutzpah-and-a-secret-twitter-account-to-take-on-markets-and-elon-musk.  On August 18, 2020, *Institutional Investor* published an article titled "The Longest Unprofitable Short I've Ever Seen," which stated that "Chanos uses his Twitter account, @WallStCynic, to express skepticism about Tesla's future . . . ."  A true and correct copy of the August 18, 2020 *Institutional Investor* article is attached hereto as **Exhibit 9**, and is publicly available at https://www.institutionalinvestor.com/article/2bsx43k95hzji78akyscg/portfolio/the-longest-unprofitable-short-ive-ever-seen.  On November 17, 2023, the *Wall Street Journal* published an article titled "Jim Chanos, Short Seller Who Took on Enron and Tesla, to Close Hedge Funds," which stated that @WallStCynic was Chanos's account and had over 133,000 followers.  A true

3

and correct copy of the November 17, 2023 *Wall Street Journal* article is attached hereto as **Exhibit 10**, and is publicly available at https://www.wsj.com/finance/stocks/jim-chanos-short-seller-who-took-on-enron-and-tesla-to-close-hedge-funds-f66c5b64?mod=Searchresults_pos3&page=1.

12.    Attached hereto as **Exhibit 11** is a true and correct copy of a *Bloomberg* opinion column titled "Jim Chanos Takes Aim at Data Centers and Their High Valuations," dated September 6, 2022, which is publicly available at https://www.bloomberg.com/opinion/articles/2022-09-06/jim-chanos-takes-aim-at-data-centers-and-their-high-valuations.

13.    Attached hereto as **Exhibit 12** is a true and correct copy of a Barclays analyst report on Equinix and Digital Realty Trust titled "Mounting Risks: Downgrading EQIX to Equal Weight and DLR to Underweight," dated September 23, 2022, which is referenced in the Amended Complaint (*see, e.g., ¶¶* 108–110).

14.    Attached hereto as **Exhibit 13** is a true and correct copy of a *Wall Street Journal* article titled "Why Returns on Digital Real Estate Don't Compute," dated December 16, 2022, which is publicly available at https://www.wsj.com/articles/why-returns-on-digital-real-estate-dont-compute-11671128381?msockid=07cbe6488fb566a23c68f3528ef6673c.

15.    On May 14, 2025, the Chief Executive Officer of Colossus, LLC ("Colossus") provided Defendants with a declaration describing the dissemination of a podcast Colossus published on or about March 28, 2023, entitled "Jim Chanos: A Short Thesis on Data Centers," that featured an interview with Chanos (the "Chanos Podcast").  Attached hereto as **Exhibit 14** is a true and correct copy of the Declaration of Patrick W. O'Shaughnessy, which bears Bates stamps Equinix_049115 through Equinix_049131.  The declaration attaches as Exhibit 1 a transcript of the Chanos Podcast, which Colossus generated using artificial intelligence and published on its website on or about April 1, 2023.  That transcript is publicly available at https://joincolossus.com/episode/chanos-legacy-data-centers-a-short-thesis/.  (*See* Exhibit 14 ¶ 6.)

4

16.     Attached hereto as **Exhibit 15** is a true and correct copy of a certified transcript of the Chanos Podcast, which bears Bates stamps Equinix_049132 through Equinix_049186.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of a Wells Fargo "Flash Comment" on Equinix titled "EQIX: Short Report Driving Stock Weakness," dated March 20, 2024, which is referenced in the Amended Complaint (s*ee, e.g., ¶* 164).

18.     Attached hereto as **Exhibit 17** is a true and correct copy of a document reflecting Plaintiff's transactions in Equinix stock produced in native format by Plaintiff's investment advisor, Columbia Threadneedle Investments, bearing Bates stamp EQX_CTI_00000031.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a TD Cowen analyst report on the Hindenburg short thesis titled "Correction: Same Short Thesis, Different Author: View Weakness As Buying Opp.," dated March 21, 2024, which was produced by Plaintiff bearing Bates stamps FEINSTEIN_EQIX_0024460 through FEINSTEIN_EQIX_0024467.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2025, in Redwood City, California.

Jonathan K. Chang

---

5