# EXHIBIT 4

**PRO**

# Jim Chanos debuts new short bets against data centers, sending shares down

PUBLISHED WED, JUN 29 2022·10:53 AM EDT   UPDATED WED, JUN 29 2022·6:49 PM EDT


**Yun Li**
@YUNLI626

WATCH LIVE



**James Chanos and Leon Cooperman at the 2019 Delivering Alpa conference in New York on Sept. 19. 2019.**
*Adam Jeffery | CNBC*

Short seller Jim Chanos has found his new target to bet against: data centers.

The founder of Kynikos Associates told The Financial Times in an interview Tuesday that brick-and-mortar data centers are his "big short" right now, as these companies face competition from Big Tech that used to be their customers.

Big data center operators Digital Realty Trust    and Equinix    saw their shares dropping as much as 5% on Wednesday following Chanos' comments. Equinix closed down nearly 3%, while Digital Realty Trust fell 5.3%. The stocks are off more than 20% on the year.



  

| SYMBOL ↑ | COMPANY | CHANGE | %CHANGE | PRICE |
|---|---|---|---|---|
| DLR | Digital Realty Trust Inc | +0.65 | +0.38% | 170.70 |
| EQIX | Equinix Inc | +0.68 | +0.08% | 876.60 |

The investor said physical data centers are becoming obsolete and are being threatened by cloud-based servers such as Amazon Web Services, Google Cloud and Microsoft Azure.

He said in a Wednesday tweet that he's shorting players in the space with declining cash flows at "insane" valuations.

"The cloud (and data) is growing, but legacy data center operating incomes are shrinking. Yet the data center REITs trade at huge premiums to the actual cloud companies," Chanos said in a tweet.

Chanos is a famed short seller on Wall Street with a long history of identifying fraud. He made his name betting against energy trading company Enron in 2000 after discovering deceptive accounting practices.

In March, Chanos announced a new short position in crypto exchange Coinbase on CNBC, citing increased competition in the space.

## MORE IN PRO

 **Pilotless planes are taking flight in China. Bank of America says it's time to buy**

 **UnitedHealth's recovery rally has more room to run, says Katie Stockton**

 **Best stocks: 2 stocks from the aerospace defense industry on the verge of breaking out**

 **JPMorgan loves this unique online stock that trades under $10**

 **Expect some tough sledding for stocks until the tariff deadlines mid-July, says Canaccord**



 

**PRO** My Portfolio

╋ **LINK YOUR PORTFOLIO**

---

## MORE IN PRO STOCK PICKS



## breaking out

**Josh Brown**   3 HOURS AGO

---



**PRO** **This money manager won't follow Warren Buffett's path with these two stocks Berkshire's buying**

**Lisa Kailai Han**



**PRO** **Leon Cooperman is still heavily invested in energy stocks and has a new MLP pick**

**Yun Li**



READ MORE ∨



Subscribe to CNBC PRO

Licensing & Reprints

Select Personal Finance

Join the CNBC Panel

Select Shopping

Digital Products

Internships

About CNBC

Site Map

Careers

Contact

Subscribe to Investing Club

CNBC Councils

CNBC on Peacock

Supply Chain Values

Closed Captioning

News Releases

Corrections

Ad Choices

Podcasts

Help



**GET IN TOUCH**

## Advertise With Us

**PLEASE CONTACT US**

## ✉ CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

**SIGN UP NOW**

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

CA Notice

Terms of Service

© 2025 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by

