# EXHIBIT 5

Case 3:24-cv-02656-VC   Document 94-6   Filed 05/29/25   Page 2 of 8

July 28, 2022 1:24 PM    3 min read

## Short Seller Jim Chanos Slams This Data Center Stock's Metrics: How The CEO Responded

by  Aj Fabino  Benzinga Staff Writer    Follow

    Add Comment

---

**ZINGER KEY POINTS**

- Chanos set out seeking to raise over $200 million for a fund that would short several U.S-listed real-estate investment trusts.

- The Equinix CEO said Chanos' comprehension of the data center market is poor.

📢  Beat the market with ready-to-go trades and pro tools—now 60% off for Memorial Day.

---

Kynikos Associates founder and short seller **Jim Chanos** took to his unofficial (and unconfirmed) Twitter  account Thursday to take a shot at **Equinix Inc** ▲ **EQIX +0.86%** Get Free Report 🗎 CEO **Charles Meyers** on the heels of the company's earnings report, which Chanos said has "made up metrics."

**Some Background:** In late June, Chanos set out seeking to raise over $200 million for a fund that would short several U.S-listed real-estate investment trusts in the data center market, including Equinix.

The short seller said data center REITs are overvalued and warned their revenue and profitability growth may be on the decline.

*Related: Short Seller Jim Chanos Betting Against This Booming Tech Sector: 'This Is Our Big Short'*

**Earnings By The Numbers:** Equinix reported second-quarter earnings after the closing bell on Wednesday. Here is what the company reported.

Case 3:24-cv-02656-VC    Document 94-6    Filed 05/29/25    Page 3 of 8

**Revenues**

- $1.8 billion, a 5% increase over the previous quarter

- Includes a negative $20-million foreign currency impact when compared to prior guidance rates

**Operating Income**

- $318 million, a 19% increase over the previous quarter and an operating margin of 17%

**Net Income And Net Income Per Share Attributable To Equinix**

- $216 million, a 47% increase over the previous quarter, primarily due to strong operating performance and a favorable tax settlement

- $2.37 per share, a 46% increase over the previous quarter

**Adjusted EBITDA**

- $860 million, an 8% increase over the previous quarter and an adjusted EBITDA margin of 47%

- Includes a negative $10-million foreign currency impact when compared to prior guidance rates

- Includes $4 million of integration costs

**AFFO And AFFO per Share**



SPONSORED CONTENT

Unlock Weekly Dark Horse Stock Picks - 60% Off Today

By **Benzinga**

$691 million, a 6% increase over the previous quarter, primarily due to strong operating performance, partially offset by higher taxes due to increased profitability

$7.58 per share, a 6% increase over the previous quarter

Includes $4 million of integration costs



AD

**Dealing With Joint Issues? These Home Solutions Might Help**

*Learn More*



| LogicMark, Inc. (NASDAQ: $LGMK) Is Driving Growth… | Leveraging Stem Cells To Fight Chronic Lower Back Pain… | Retirement Saving V1 | Daily Market Update | Benzinga Options MoneyLine |

"On the broader returns, again, I would say, yes, our business is dramatically different on a return basis," said CEO **Charles Meyers** on the earnings call, answering a question from an analyst who asked about Chanos' short thesis.

"Look at our same-store sales and look at the 28% cash-on-cash returns of those, growing at 7%, which is what we demonstrated this quarter."

Chanos feels those metrics are entirely made up, saying on Twitter, "When you make up the metrics, you can make up the numbers. LTM EBIT is $1.1B on a $25B capital base. LTM capex is $2.5B, with D&A of $1.7B. But sure…28%."

(4) When you make up the metrics, you can make up the numbers. LTM EBIT is $1.1B on a $25B capital base. LTM capex is $2.5B, with D&A of $1.7B. But sure…28%. $EQIX
pic.twitter.com/wJAIvIcH5m

— Diogenes (@WallStCynic) July 28, 2022

The Equinix CEO said Chanos' comprehension of the data center market is poor, saying on the earnings call, "On the short thesis, I would just tell you that I think it represents an underdeveloped understanding of the data center market and the relative position of various players."

**EQIX Price Action:** Shares of Equinix were trading 8.51% higher at $707.74 Thursday afternoon, according to data from Benzinga Pro.

*Photo via Shutterstock.*

**All-in-One Trading Intelligence Now 60% Off for Memorial Day**
One powerful dashboard. All the signals you need. From AI stock alerts to insider trades, Edge delivers pro-grade tools like screeners, rankings, and real-time trade ideas, all for 60% off. **Claim Your 60% Memorial Day Discount Now**



Market News and Data brought to you by Benzinga APIs
© 2025 Benzinga.com. Benzinga does not provide investment advice. All rights reserved.



Posted In:   Short Sellers   Short Ideas   Topics   Movers   Trading Ideas   General   Jim Chanos   Kynikos Capital

5/22/25, 5:52 PM

Short Seller Jim Chanos Slams This Data Center Stock's Metrics: How the CEO Responded - Equinix (NASDAQ:EQIX) - Benzinga



## US Stock Likely To Open On A Mixed Note After 2-Day Fall: 'We Do Not See The US Economy Dipping Into A Recession This Year,' Says Expert

U.S. stock futures swung on Thursday after two days of decline on…

READ MORE



## Steve Jobs Once Invited Marc Benioff To His Office With 2 iPads In 2010: The Lesson That Shaped A $270 Billion Salesforce Empire

Salesforce Inc. CRM CEO Marc Benioff credits a pivotal 2010…

READ MORE



## Trump Considers Taking Fannie Mae, Freddie Mac Public, Calls Mortgage Giants 'Very Profitable,' Says Timing Seems Right

President Donald Trump announced Wednesday he is giving "very…

READ MORE

Partner Disclosure



## Sentiment Tug-Of-War Puts The Spotlight On Direxion's NVDA-Focused Bull And Bear Funds

Case 3:24-cv-02656-VC    Document 94-6    Filed 05/29/25    Page 7 of 8

Easily representing one of the hottest investments in the...

READ MORE



## Bitcoin Breaks $111,000 As Experts Hail 'Regime Shift'

Even as Bitcoin BTC/USD has hit a new all-time high above $111,000,...

READ MORE

(

# BENZINGA
## Recommended Stories

Trump's $6 Trillion Investment Deals Face Reality Check: Only A Fraction May Reach The Real Economy
Boeing Vs. Airbus? The True Winner Supplies Them Both
Top 3 Consumer Stocks That May Fall Off A Cliff In Q2
Trump's 'Big Beautiful Bill' Advances: Here's Who Wins And Loses
Benzinga Edge — Your Investing Command Center

Benzinga

If You Invested $1,000 In Tesla Stock When Elon Musk Endorsed Donald Trump For President, Here's How Much You'd Have Today
Shaq Rolls Up In A Cybertruck — Elon Musk Has This One-Word Response

by Taboola

5/22/25, 5:52 PM

Short Seller Jim Chanos Claims This Data Center Stock's Metrics: How the CEO Responded - Equinix (NASDAQ:EQIX) - Benzinga

Case 3:24-cv-02656-VC    Document 94-6    Filed 05/29/25    Page 8 of 8

**Connect With Us**

    





**About Benzinga**

About Us

Careers

Advertise

Contact Us

**Trading Tools & Education**

Benzinga Pro Trading Platform

Options Trading Strategies and News

Stock Market Trading Ideas and Analysis

Technical Analysis Charts and Indicators

Fundamental Analysis and Valuation

Day Trading Guides and Strategies

Live Investors Events

Pre market Stock Analysis and News

Cryptocurrency Market Analysis and News

**Market Resources**

Advanced Stock Screener Tools

Options Trading Chain Analysis

Comprehensive Earnings Calendar

Dividend Investor Calendar and Alerts

Economic Calendar and Market Events

IPO Calendar and New Listings

Market Outlook and Analysis

Wall Street Analyst Ratings and Targets

**Ring the Bell**

A newsletter built for market enthusiasts by market enthusiasts. Top stories, top movers, and trade ideas delivered to your inbox every weekday before and after the market closes.

Your Email Address

Subscribe

Terms & Conditions     Do Not Sell My Personal Data/Privacy Policy     Disclaimer     Service Status     Sitemap

© 2025 Benzinga | All Rights Reserved