# EXHIBIT 10

DJIA  42114.59 0.04%  |  S&P 500 5909.40 0.29%  |  Nasdaq 19109.57 0.44%  |  Russell 2000 2070.50 0.12%  |  U.S. 10 Y...

# THE WALL STREET JOURNAL.

English Edition ▾ | Print Edition | Video | Audio | Latest Headlines | More ▾

SUBSCRIBE TODAY

Latest   World   Business   U.S.   Politics   Economy   Tech   Markets & Finance   Opinion   Arts   Lifestyle   Real Estate   Personal Finance   Health   Style   Sports



EXCLUSIVE

## Jim Chanos, Short Seller Who Took on Enron and Tesla, to Close Hedge Funds

Chanos & Co. manages less than $200 million, down from $6 billion in 2008

Jim Chanos is shutting down hedge funds he managed for decades that wager against companies he believes are overpriced or fraudulent. VICTOR J. BLUE/BLOOMBERG NEWS

By *Gregory Zuckerman* [Follow] *and Peter Rudegeair* [Follow]
*Nov. 17, 2023 5:30 pm ET*

⤴   Save  A⃝A  💬 146          🎧 Listen (6 min)  ⋮

Wall Street's best-known bear is going into hibernation.

After nearly four decades, Jim Chanos is shutting down hedge funds he manages that wager against companies he believes are overpriced or fraudulent. His career as a short seller spanned a contrarian bet against Enron that paid off when the energy trader collapsed as well as yearslong, money-losing campaigns against Tesla and AOL.

More recently, Chanos has struggled to turn his pessimistic positions into profits while markets generally moved higher. His firm, Chanos & Co., manages less than $200 million today, down from $6 billion in 2008, and its funds are down 4% so far this year, while the S&P 500 is up 19%, including dividends. Shares of Tesla are up about 90% this year, and the electric-vehicle maker is one of the world's most valuable companies.

"The marketplace for what I do has changed," Chanos, 65, told The Wall Street Journal. He expects to return most of his investors' cash by Dec. 31.

Chanos will continue to operate his firm but will focus on doing advisory and research work for select clients and running certain separately managed accounts. He says he's lately been shorting high-price data-storage companies and real-estate investment trusts, which he says will be hurt as interest rates stay elevated.

Case 3:24-cv-02656-VC    Document 94-11    Filed 05/29/25    Page 3 of 8



Jim Chanos, with hand to chin, appeared on the 'Titans at the Table' television program in 2012. PHOTO: JIN LEE/BLOOMBERG NEWS

He also plans to keep posting on Twitter, the social-media platform now known as X, where his account, @WallStCynic, broadcasts criticisms of what he sees as analysts' and investors' overexuberance to over 133,000 followers.

Chanos first made a name for himself as a bearish junior analyst at Gilford Securities in 1982 when he urged clients to bet against Baldwin-United, a highflying maker of pianos that had expanded into insurance, months before it filed for bankruptcy.

He assumed an unusually public role as a stock-market scold. Though other short sellers preferred to operate below the radar, Chanos seemed to enjoy the spotlight. He regularly took to television and industry conferences, including his own "Bears in Hibernation" gatherings.

Targets of Chanos were so bothered that they sometimes hired private investigators to dig up dirt on him and complained to the Securities and Exchange Commission. "People think I have two horns and spread syphilis," Chanos told the Journal for a 1985 story.

Later that year, he left his job as an analyst, raised $16 million and launched a hedge-fund firm, originally named Kynikos Associates after a Greek word for "cynic." In the 1990s, Kynikos secured an investment from the Ziff Brothers, billionaire backers of hedge-fund managers including Bill Ackman. (In 2022, the name of the firm was changed to Chanos & Co.)

Chanos's breakout moment occurred in 2001. He had set his sights on Enron, a gas-pipeline company that had morphed into a big player in energy trading and became a Wall Street darling. After studying Enron's filings, Chanos flagged disclosures that pointed to risky related-party and off-balance-sheet transactions. He concluded that the company was a "hedge fund in disguise."



### Most Popular News

**Trade Court Strikes Down Trump's Global Tariffs**

**The Fed Forecasts Stagflation**

**The Punch That Launched Trump's War on American Universities**

**Harvard Revokes Tenure of Star Professor Accused of Research Misconduct**

**The New Dream Job for Young Men: Stay-at-Home Son**

### Most Popular     OPINION

**Big Law Firms 3, Trump 0**

**California's Five-Alarm Pension Fire**

**Tariffs May Cost the GOP in 2026**



In 2001, Enron disclosed that regulators were investigating the Houston-based energy company before its collapse. PHOTO: GETTY IMAGES

That autumn, Enron announced a surprise loss and a regulatory investigation. It collapsed into bankruptcy before the end of the year in one of the biggest cases ever of corporate fraud and malfeasance. Several Enron executives went to prison.

Ahead of the 2008-09 financial crisis, Chanos issued warnings about a potential credit and banking crisis and his funds scored gains when the markets tumbled, though they paled compared with those of others who didn't specialize in shorting, like John Paulson. Chanos followed that up with wagers against companies that would suffer from a slowdown in the Chinese economy.

The crash that Chanos predicted took years to arrive. By 2015, bearish Chinese positions accounted for about one-fifth of the holdings in Kynikos's global funds, and the firm produced gains when Chinese stocks sold off that summer.

Some of Chanos's targets took him to court. Casino magnate Steve Wynn brought, and later lost, a slander lawsuit against Chanos in 2014 after the short seller suggested that Wynn Resorts may have broken anticorruption laws. Insurer Fairfax Financial Holdings accused Kynikos and other hedge funds in 2006 of coordinating bets against the company; a judge dismissed the case against Kynikos.

## SHARE YOUR THOUGHTS

*What does Jim Chanos shutting down the hedge funds he manages say about the market? Join the conversation below.*

Chanos's funds were up 7% last year while the S&P 500 dropped 18% as interest rates climbed. Chanos's funds rose 16% in 2021. Those returns weren't impressive enough to stem the outflow of investor cash.

Today, fewer investors see value in adopting a bearish tack. Overall, hedge funds that focus on bearish bets manage $5.3 billion, down from $6.2 billion in 2012, according to data-tracker HFR.

That made it harder for Chanos to operate his firm, which like many hedge funds that do deep research has high costs.

In a letter to his clients that was seen by the Journal, Chanos said "the long/short equity business model has come under pressure and interest in fundamental stock pickers has waned."

Chanos's firm, in effect, provided investors with a form of insurance. If stocks fell, the firm's short-focused funds stood to profit.

"A lot of people don't care about insurance anymore," he says.

Write to Gregory Zuckerman at Gregory.Zuckerman@wsj.com and Peter Rudegeair at peter.rudegeair@wsj.com



### Elon's 'Strange New Respect'



### The Estate Tax Wrecks U.S. Farms



---

## Further Reading

### JPMorgan Passes $1 Billion Mark for Fund Tailored to Individual Investors
May 14, 2025



### Sequoia Heritage-Backed RenWave Kore Raises Nearly $1.3 Billion for Debut Fund
April 3, 2025



### The Week the Smart Money Got Whipsawed by the Market
March 14, 2025

Advertisement



Keep your community growing.

Contact a local business specialist.

Learn more

What would you like the power to do?®

BANK OF AMERICA

## Navigating the Markets

Coverage and analysis, selected by editors

GET WSJ'S MARKETS A.M. NEWSLETTER



**Gut-Wrenching Play Right Now: Buy and Hold**



**Earnings Season Marred by Fears Over Outlook**



**Bond Market Is Waking Up to the Fiscal Mess**



**How Expensive Are Stocks? We Check the Math.**



**Investors Pile Into ETFs at Record Pace**



**Trade Offensive Threatens U.S.'s Financial Primacy**



**You Have Too Much Money in One Hot Stock**



**Bond Market: We'll Make Washington Pay**

*Appeared in the November 18, 2023, print edition as 'Short Seller Chanos To Close Hedge Funds'.*

SHOW CONVERSATION (146) ⌄

---

## What to Read Next

POLITICS AND POLICY

### Trade Court Strikes Down Trump's Global Tariffs

5 hours ago



Businesses and states had sued the government, saying the president didn't have the authority to impose the levies.

Continue To Article ›

ECONOMY

### The Fed Forecasts Stagflation

18 hours ago



Officials at their May 6-7 meeting reaffirmed the need for a "cautious approach" given increased uncertainty over tariff policies.

Continue To Article ›

Advertisement



PROGRESSIVE

Snapshot® turns good driving into big savings

Get a quote

Advertisement



CapitalOne Business



Terms Apply. Click "Apply now" for more information.

**POLITICS AND POLICY**

## The Punch That Launched Trump's War on American Universities

14 hours ago



Threats to withhold billions in federal research funds to punish campuses grew heated after a 2019 altercation left a man with a black eye.

Continue To Article ›

**U.S. NEWS**

## Harvard Revokes Tenure of Star Professor Accused of Research Misconduct

21 hours ago



Francesca Gino, a business professor whose research focused on why people lie and cheat, co-authored papers that included manipulated data.

Continue To Article ›

**ON THE CLOCK**

## The New Dream Job for Young Men: Stay-at-Home Son

May 27, 2025



"Jeopardy" champion Brendan Liaw is unemployed, lives with his parents and won almost $60,000.

Continue To Article ›

**ASIA NEWS**

## The Risky 'Side Launch' That Doomed Kim Jong Un's New Warship

11 hours ago



The unconventional launch technique, a rushed timetable and a top-heavy warship contributed to the embarrassing capsizing.

Continue To Article ›

*MarketWatch*

## Home sellers face an 'absolutely brutal' market that's tilting in buyers' favor

5/29/25, 10:42 AM
Exclusive | Jim Chanos, Short Seller Who Took on Enron and Tesla, to Close Hedge Funds -WSJ
Case 3.24-cv-02656-VC    Document 94-11    Filed 05/29/25    Page 7 of 8

2 hours ago



There were nearly 500,000 more sellers than buyers in April, according to a new report by Redfin, the highest figure ever since the company began tracking it in 2013.

Continue To Article ›

---

**MANSION** GLOBAL

## L.A. Home Next Door to Leonardo DiCaprio's Compound Lists for $25 Million

Just In



Mansion Global's daily round-up of the latest luxury real estate news from around the world

Continue To Article ›

---

**Videos**



**Nvidia Has Another Record Quarter Despite Being Shut Out of China**

**Wells Fargo's Scharf Says CEOs Are Worried**

**Vance Vows Support for the Crypto Industry: 'We Reject Regulators'**

---

### Buy Side from WSJ

Buy Side is independent of The Wall Street Journal newsroom.



PERSONAL LOANS

**Best Debt Consolidation Loans**



MORTGAGES & HOME EQUITY LOANS

**Current Home Equity Loan Rates**



BANKING

**How to Choose the Best High-Yield Savings Account**



STUDENT LOANS

**Best Private Student Loans 2025: Top Lender Picks**



**PET INSURANCE**

## Best Pet Insurance Companies of 2025



**BEDROOM**

## The Best Linen Sheets for Cool and Comfortable Sleep

**ADVERTISEMENT**                                              Dianomi

Contact a dedicated business specialist in your community.

Bank of America



Tips to help take charge of your mental health. At work. And at home.

Guardian Life



Leverage TradeStation's platform to trade across asset classes.

TradeStation



7 Retirement Income Strategies Once Your Portfolio Reaches $1 Million

Fisher Investments



ETF Liquidity & Trading

MFS Investment Management

 

Seniors Born Between 1941-1979 Can Receive These 10 Benefits

FinanceBuzz



## Real Estate Insights

Content provided by  realtor.com

 **Hand Surgeon Lists Seaside Playground in Santa Barbara for $60 Million**

 **Richard Gere's Wife Alejandra Reveals They Are Already Planning To Return to U.S.**

 **EXCL: Mila Kunis and Ashton Kutcher Double Size of Their $17 Million Beach House**

 **The Wealthiest Americans Want To Move to Europe for This** Simple Reason

 **Billionaire Charles Schwab's Son Builds Stunning Surf Community in Los Cabos, Mexico**

 **Natalie Portman Reveals Real Reason She Quit Los Angeles To Raise Her 2 Kids in France**

BACK TO TOP ⌃

## THE WALL STREET JOURNAL.

a Dow Jones company

English Edition ▾

Sign Out

| WSJ Membership | Customer Service | Tools & Features | Ads | More |
|---|---|---|---|---|
| The Journal Collection | Customer Center | Newsletters & Alerts | Advertise | About Us |
| Subscription Options | Contact Us | Guides | Commercial Real Estate Ads | Content Partnerships |
| Why Subscribe? | Cancel My Subscription | Topics | Place a Classified Ad | Corrections |
| Corporate Subscriptions | | My News | Sell Your Business | Jobs at WSJ |
| WSJ Higher Education Program | | RSS Feeds | Sell Your Home | News Archive |
| WSJ High School Program | | Video Center | Recruitment & Career Ads | Register for Free |
| Public Library Program | | Watchlist | Digital Self Service | Reprints & Licensing |
| WSJ Live | | Podcasts | | Buy Issues |
| Commercial Partnerships | | Visual Stories | | WSJ Shop |
| | | | | Dow Jones Press Room |
| | | | | Dow Jones Smart Money |

      

**Dow Jones Products**    Barron's    BigCharts    Dow Jones Newswires    Factiva    Financial News    Mansion Global    MarketWatch    Risk & Compliance

Buy Side from WSJ    WSJ Pro    WSJ Video    WSJ Wine    The Times

Privacy Notice    Cookie Notice    Copyright Policy    Data Policy    Terms of Use    Your Ad Choices    Accessibility