# EXHIBIT 12

Equity Research

23 September 2022

# BARCLAYS

Equinix and Digital Realty Trust

## Mounting Risks: Downgrading EQIX to Equal Weight and DLR to Underweight

We outline a list of nuanced, company-specific issues, as well as macro and industry-wide factors that we think could hinder AFFO growth and valuation.

EQIX (-28%) and DLR (-39%) have underperformed the S&P500 (-21%) YTD, but current macro conditions, industry factors, and company-specific issues make a rebound in the next year unlikely. We acknowledge our more conservative outlook comes after the strongest year of leasing in data centers' history—a level of demand we think is unsustainable. Meanwhile, there are mounting risks which could prevent *strong leasing* from generating *strong earnings*. With a lower earnings trajectory and higher interest rates, data centers are unlikely to re-rate to the valuations they enjoyed prior to the rate hiking cycle anytime soon.

**EQIX - downgrade to (EW from OW):** We evaluate rising energy prices, evolving cloud offerings, and accounting practices, among other factors that may lead to a lower earnings trajectory and valuation through 2024. Despite having many of the best assets and strong pricing power relative to peers, we now project a 5.8% AFFO CAGR 2021-2024 and apply a 22x multiple (from 26x) to our 2023E AFFO/ps estimate of $30.63 (from $31.63) to arrive at our new $674 price target (from $822). Our target implies a ~11% price appreciation.

**DLR - downgrade to (UW  from EW):** Contracting organic metrics and weak ROIC reflect asset obsolescence and expensive acquisitions, in our view. The $5.5b development pipeline can help DLR reorient its portfolio towards newer, more efficient assets, but legacy assets appear to be a drag on performance. Limited options for asset disposals (and interest rates weighing on asset valuations) could lead to tight liquidity in 2H22 and 2023.  We now project a 2.1% AFFO CAGR 2021-2024, and apply a 14x multiple (from 19x) to our 2023E AFFO/ps estimate of $6.48 (from $6.63) to arrive at our new $91 price target (from $126).  Our target implies  -15% price contraction.

## CORE
### Rating Change

U.S. Communications Infrastructure
POSITIVE
Unchanged

**U.S. Communications Infrastructure**
**Brendan Lynch, CFA**
+1 212 526 9428
brendan.lynch@barclays.com
BCI, US

**Tim Long**
+1 212 526 4043
tim.long@barclays.com
BCI, US

Alyssa Shreves
+1 212 526 7570
alyssa.shreves@barclays.com
BCI, US

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Please see analyst certifications and important disclosures beginning on page 17 .**
Completed: 23-Sep-22, 01:28 GMT   Released: 23-Sep-22, 04:10 GMT       Restricted - External

Barclays | Equinix and Digital Realty Trust

**Summary of our Ratings, Price Targets and Earnings Changes in this Report (all changes are shown in bold)**

| Company | Rating | | Price | Price Target | | | EPS FY1 (E) | | | EPS FY2 (E) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Old | New | 22-Sep-22 | Old | New | %Chg | Old | New | %Chg | Old | New | %Chg |
| U.S. Communications Infrastructure | Pos | Pos | | | | | | | | | | |
| Digital Realty Trust, Inc. (DLR) | EW | **UW** | 107.41 | 126.00 | **91.00** | -28 | 6.80 | **6.79** | - | 7.13 | **6.97** | -2 |
| Equinix, Inc. (EQIX) | OW | **EW** | 609.26 | 822.00 | **674.00** | -18 | 7.87 | 7.87 | - | 9.89 | **8.81** | -11 |

Source: Barclays Research. Share prices and target prices are shown in the primary listing currency and EPS estimates are shown in the reporting currency. FY1(E): Current fiscal year estimates by Barclays Research. FY2(E): Next fiscal year estimates by Barclays Research. Stock Rating: OW: Overweight; EW: Equal Weight; UW: Underweight; RS: Rating Suspended Industry View: Pos: Positive; Neu: Neutral; Neg: Negative

Barclays | Equinix and Digital Realty Trust

**Valuation Methodology and Risks**

**U.S. Communications Infrastructure**

**Digital Realty Trust, Inc. (DLR / DLR)**

**Valuation Methodology:** Our $91 price target reflects a 14x multiple of our 2023 AFFO estimate of $6.48. This multiple is below the US Communication Infrastructure peer group due to DLR's negative organic returns from 2019-present.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Changes in macro conditions would likely result in a re-rating of the stock. A weakening of the US dollar, lower rates, and lower energy costs would all benefit DLR earnings and valuation.

**Equinix, Inc. (EQIX / EQIX)**

**Valuation Methodology:** We use a 22x multiple of our 2023 AFFO estimate of $30.63 to arrive at our price target of $674.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Macro factors have a significant impact on earnings and valuation. Adverse moves in the US dollar, energy costs, and interest rates could impede EQIX from achieving our target.

Source: Barclays Research

**FIGURE 1. Comp Sheet**

| ($mm, except share data) | Rating | Price | Target | Delta | MktCap | EV | Yield | AFFO/ps (x) | | | EV/EBITDA (x) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2021 | 2022E | 2023E | 2021 | 2022E | 2023E |
| **Towers** | | | | | | | | | | | | | |
| American Tower | Overweight | $233 | $290 | 25% | $106,916 | $159,549 | 2.5% | 24.7x | 23.5x | 21.7x | 26.7x | 24.1x | 22.9x |
| Crown Castle | Overweight | $157 | $212 | 35% | $67,863 | 95,392 | 3.7% | 22.6x | 21.3x | 20.0x | 25.0x | 21.9x | 21.3x |
| SBA Comm. | Overweight | $295 | $380 | 29% | $32,357 | 46,496 | 1.0% | 27.5x | 24.5x | 22.5x | 28.9x | 26.7x | 25.0x |
| *Market cap weighted average* | | | | | | | | *24.4x* | *22.9x* | *21.2x* | *26.5x* | *23.8x* | *22.7x* |
| **Data Centers** | | | | | | | | | | | | | |
| Digital Realty | Underweight | $107 | $91 | -15% | $29,054 | $47,957 | 4.5% | 17.2x | 17.0x | 16.6x | 19.9x | 19.2x | 18.7x |
| Iron Mountain | Overweight | $48 | $58 | 21% | $15,121 | $27,783 | 4.8% | 13.8x | 12.6x | 11.6x | 17.0x | 15.2x | 14.1x |
| Equinix | Equal Weight | $609 | $674 | 11% | $53,811 | 69,926 | 2.0% | 22.4x | 21.0x | 19.9x | 22.2x | 20.9x | 19.4x |
| Switch | Equal Weight | $34 | $34 | 0% | $8,272 | $10,413 | 0.6% | 34.3x | 30.2x | 27.8x | 33.0x | 29.1x | 26.3x |
| *Market cap weighted average* | | | | | | | | *20.7x* | *19.4x* | *18.4x* | *21.7x* | *20.3x* | *19.0x* |
| **Fiber** | | | | | | | | | | | | | |
| Uniti Group, Inc. | Equal Weight | $8 | $13 | 67% | $2,080 | $6,995 | 7.7% | 4.6x | 4.5x | 4.2x | 8.0x | 7.8x | 7.5x |
| S&P 500 [1] | | | | | | | | 19.4x | 16.8x | 15.5x | 13.4x | 11.8x | 11.2x |
| Nasdaq [1] | | | | | | | | 26.4x | 21.4x | 18.9x | 16.0x | 14.1x | 12.9x |

Priced as of 9/22/22. Stock Rating: OW: Overweight; EW: Equal Weight; UW: Underweight. Industry View: Positive, [1] AFFO multiple based on P/E. For full disclosures on each covered company, including details of our company-specific valuation methodology and risks, please refer to http://publicresearch.barcap.com.
Source: Company data, Bloomberg, Barclays Research

## Equinix downgrade to Equal Weight from Overweight

### Quantifying power cost exposure

According to disclosures from EQIX's CDP survey for ESG accountability, in 2020 (the most recent year available), the company spent $690m on electricity, or about 22% of its annual cash OPEX of $3.1b. The electricity bill equated to 11.5% of 2020's total revenues. Using EQIX's 2020

23 September 2022                                                                                                                 3

exposure by country and comparing wholesale spot rates from September 2021 to September 2022, suggests power costs have increased 73% y/y.

Note that there are several caveats to our analysis, and EQIX's actual power costs have likely increased far less than suggest by the data below. First, EQIX hedges ~95% of its exposure in deregulated markets. Second, the data below reflects wholesale spot prices, not end-user forward prices. End-user prices vary by residential, commercial, and industrial usage, and spot prices are volatile. As an example, Sweden's price went down 36% y/y, but shifting the comparison date by just 3 days resulted in a 126% increase. Country-level data also does not capture the nuances of individual power markets; many of these countries have sub-markets with widely varying prices. Finally, we are using 2020's pro rata MWh usage as the basis for pro rata costs, but the price per MWh varies, with some markets ~5x more expensive than others.

Despite the shortcomings, we find estimating EQIX power cost exposure a useful exercise. Even though they hedge, that only mitigates the impacts from spikes in electricity costs, but it does not help against steadily rising prices when hedges need to be rolled forward.

To estimate the impact of power, we disaggregated cash costs of revenue by region, between power and non-power components. Through 2Q22, we estimate power costs were up 7-10% in the company's three geographic segments, and will increase up to 12% y/y in 2H22. As hedges roll, we estimate power costs could increase 14% y/y in the Americas and APAC, and 46% y/y in EMEA. We acknowledge this is simply an educated guess - but it is far less than suggested by spot rates below. We lack the granularity necessary to have higher conviction, but think we are directionally right, and in a reasonable order of magnitude. Management suggests it will try to pass on all power costs to customers - but we think this will be difficult to achieve without spurring churn. In 2023, we now project $7,949m revenue (+9.1% y/y) $3,598m adjusted EBITDA (+7.3% y/y, 45.3% margin), and AFFO/ps of $30.63 (+5.5% y/y). Our price target is now $674, based on a 22x multiple of our 2023E AFFO/ps. Our previous target was $822 based on 26x $31.63 AFFO/ps.

**FIGURE 2.** **Estimate of EQIX's electricity cost exposure**

| Country | 2020 MWh | 2020 MWh % | 2020 pro rata cost ($000) | 9/15/2021 ($/MWh) | 9/15/2022 ($/MWh) | Growth y/y | Est. pro rata 2022 cost, unhedged ($000) |
|---|---|---|---|---|---|---|---|
| US | 2,368,127 | 37.1% | 256,162 | 55 | 71 | 31% | 335,078 |
| UK | 605,230 | 9.5% | 65,468 | 377 | 330 | -13% | 57,257 |
| Germany | 548,995 | 8.6% | 59,385 | 168 | 436 | 159% | 154,035 |
| Singapore | 412,078 | 6.5% | 44,575 | 105 | 215 | 104% | 91,017 |
| France | 406,148 | 6.4% | 43,933 | 167 | 461 | 176% | 121,377 |
| Netherlands | 387,934 | 6.1% | 41,963 | 168 | 417 | 148% | 103,957 |
| Australia | 361,349 | 5.7% | 39,087 | 38 | 123 | 221% | 125,580 |
| China | 311,476 | 4.9% | 33,693 | | | | 33,693 |
| Japan | 295,661 | 4.6% | 31,982 | 85 | 218 | 155% | 81,647 |
| Brazil | 177,541 | 2.8% | 19,205 | | | | 19,205 |
| Canada | 93,050 | 1.5% | 10,065 | | | | 10,065 |
| Sweden | 78,940 | 1.2% | 8,539 | 126 | 80 | -36% | 5,464 |
| Ireland | 74,127 | 1.2% | 8,018 | | | | 8,018 |
| Spain | 67,581 | 1.1% | 7,310 | 204 | 133 | -35% | 4,776 |
| Switzerland | 54,081 | 0.8% | 5,850 | 138 | 452 | 228% | 19,192 |
| Italy | 32,840 | 0.5% | 3,552 | 206 | 459 | 123% | 7,914 |
| U.A.E | 29,921 | 0.5% | 3,237 | | | | 3,237 |

Barclays | Equinix and Digital Realty Trust

| Country | 2020 MWh | 2020 MWh % | 2020 pro rata cost ($000) | 9/15/2021 ($/MWh) | 9/15/2022 ($/MWh) | Growth y/y | Est. pro rata 2022 cost, unhedged ($000) |
|---|---|---|---|---|---|---|---|
| Poland | 19,168 | 0.3% | 2,073 | 116 | 136 | 17% | 2,436 |
| Bulgaria | 16,288 | 0.3% | 1,762 | 183 | 443 | 143% | 4,281 |
| Turkey | 12,368 | 0.2% | 1,338 | 63 | 230 | 266% | 4,893 |
| Portugal | 12,299 | 0.2% | 1,330 | 204 | 133 | -35% | 869 |
| Colombia | 8,725 | 0.1% | 944 | | | | 944 |
| Mexico | 2,220 | 0.0% | 240 | 71 | 116 | 64% | 394 |
| S.Korea | 1,453 | 0.0% | 157 | | | | 157 |
| Finland | 1,078 | 0.0% | 117 | 164 | 87 | -47% | 62 |
| Indonesia | 139 | 0.0% | 15 | | | | 15 |
| **Total** | **6,378,817** | **100.0%** | **690,000** | | | | **1,195,563** |

Note: Japan & Mexico reflect quotes from 8/31/21 and 8/31/22 as September data was not available.
Source: IEA, Barclays Research

### Cloud threat #1 - the cloud is getting better and cheaper

Cloud offerings continue to evolve, expanding the suite of offerings available to enterprises. AWS for example now offers over 200 products in addition to the core Elastic Compute Cloud (EC2) and Simple Storage Service (S3). We anticipate these offerings will decrease in cost overtime, as the product scales, as has occurred during AWS's 20 year history. AWS has never raised prices, instead offering services at a very high initial cost, and lowering it over time. By contrast, EQIX has aggressively raised prices (especially recently to offset power costs), increasing the total cost of operating in colo. On average, we estimate there is a ~3x differential in cost for cloud services vs. operating the same workloads in colo, but that differential is likely compressing, making the cloud relatively more attractive.

We have long argued that CSP and colocation will coexist, and have pointed to EQIX's ~80 quarters of consecutive revenue growth as proof. Our view has not changed. Further, we have also long acknowledge the cloud is a share gainer, in a very large and growing TAM. Every enterprise will continue to go through the dynamic process of placing workloads where they are optimized (in the cloud, colo, or on prem). That said, as prices come down in the cloud (and go up at EQIX) we think the pace of cloud share gains could accelerate. This is likely a transition that will play out over years, not quarters. (For additional details on this theme, see Takeaways: AWS Summit New York from 7/13/22)

### Cloud threat #2 - data transfer *within* clouds

Innovation among cloud providers has predominately focused on storage and compute functions, with limited innovation on networking. That is beginning to change. AWS SiteLink was introduced in December 2021. Its optimal use case is niche: transferring data, particularly in infrequent bursts, from one AWS region to another. SiteLink also has the capability of transferring data from one AWS client to another, but that is less common (for now). In May 2022, another product, AWS DataSync, announced that it could migrate data directly between AWS and Azure and Google Cloud. We anticipate enterprises will continue to leverage multi-cloud solutions, but the more that data remains in the cloud(s), EQIX's demand and pricing power will likely soften. Data transfer rates in the cloud are more expensive than other alternatives, so the near/mid-term impact may be limited, but if SiteLInk and DataSync become cost competitive, EQIX could lose market share.

### Accounting issue #1 - Recurring vs. non-recurring capex

Investor attention has recently focused on earnings quality, and specifically how maintenance and and growth capex are allocated. As AFFO is a non-GAAP number, our sense is management teams have a fair amount of discretion in how the spending is characterized. This is particularly relevant because REITs deduct maintenance capex from FFO when calculating AFFO, but not growth capex. (EQIX specifically uses the labels "recurring vs. non-recurring" capex, instead of "maintenance vs. growth" but we see no material difference in the definitions). In the three years prior to becoming a REIT (2012-2014), EQIX's recurring capex averaged 8.7% of revenue (during this period EQIX used the term "ongoing" capex, but again no material difference in definition). Since 2015 when the company filed as a REIT, recurring capex as averaged 3.6%.

**FIGURE 3. Recurring capex as % of total revenue**



Note: From 2012-2014 EQIX reported "ongoing" capex, and switched to "recurring" capex in 2015. Based on 10K filings, we do not see a functional difference in the definitions.
Source: Company documents, Barclays Research

**FIGURE 4. Recurring capex as % of depreciation**



Note: From 2012-2014 EQIX reported "ongoing" capex, and switched to "recurring" capex in 2015. Based on 10K filings, we do not see a functional difference in the definitions.
Source: Company documents, Barclays Research

Further emphasizing this point, cabinet equivalents (i.e., CabE) have increased at 15% CAGR since the metric was first introduced in 2014. Meanwhile, non-recurring capex increased at a 29% CAGR. All else equal, the cost to build new data centers has trended down between 2014-2021, so cabinet growth should have exceeded non-recurring (i.e. growth) capex. The large differential in CAGRs suggests some non-recurring growth capex would be better classified as recurring.

We acknowledge the capex growth and CabE CAGR comparison is complicated by the net purchase of assets since 2014, but that would also increase the cabinet total, all else equal. Management suggests it is expensing ~3% of revenue on maintenance, in addition to the ~3% of revenue accounted for as maintenance capex in AFFO. Still, we do not see a plausible reason why capex accounting changed after 2014, other than to reflect higher AFFO. As a counterpoint, with the exception of DLR that reported maintenance capex of 4.9% of 2021 total revenue, EQIX is not out-of-step with peers' (and recently acquired peers) in the 3% range.

Normalizing recurring capex as a percentage of revenue based on the pre-REIT 2013-2015 average of 8.7%, reduces AFFO/ps by an average of 15% in each year. EQIX forward multiple of AFFO has contracted from a high of ~30x to ~20x now. Absent clarity on the evolution of this accounting metric, we struggle to see how the stock can recapture its previous trading multiple.

Barclays | Equinix and Digital Realty Trust

**FIGURE 5.** Cabinet growth trails non-reccurring capex, suggesting some capital spending is recurring



Source: Company documents, Barclays Research

**FIGURE 6.** Reported AFFO vs. AFFO normalized with recurring capex reflecting 8.7% of revenue



Note: Normalized recurring capex reflects 8.7% of total revenue, the average from 2013-2015 prior to REIT conversion
Source: Company documents, Barclays Research

### Accounting issue #2 - High stock-comp overstates adjusted EBITDA relative to peers

Stock-based comp was 5.5% of total revenue in 2021, and averaged 4.5% from 2017-2021. Management contends higher stock comp is more necessary than for peers due to EQIX's greater focus on tech and innovation, and stiff competition for talent in its Bay Area headquarters - both arguments have merit, in our view. However, as stock-comp is added back to reconcile adjusted EBITDA, but cash wages are not, higher stock comp inflates adjusted EBITDA, all else equal. Using 2021 data for the peer group, stock-comp averaged 2.8% of total revenue. Adjusting EQIX's add back to stock-comp to 2.8% of total revenue for 2017-2021, lowered the adjusted EBITDA margin by an average of 190bp over the five years. We are not suggesting EQIX's calculation is wrong, but the difference in compensation complicates peer comparison.

**FIGURE 7.** Stock-comp averaged 2.8% of total revenue in 2021 for the peer group, vs. 5.5% for EQIX



Source: Company documents, Bloomberg, Barclays Research

**FIGURE 8.** Applying the peer average stock-comp percentage lowers EQIX's adjusted EBITDA margin



Source: Company documents, Barclays Research

### That 50% Adjusted EBITDA target

23 September 2022

Barclays | Equinix and Digital Realty Trust

Management used "long-term" to describe its 50% adjusted EBITDA target on the 2Q22 conference call, which seems to be a deliberate departure from using the specific "2025." The official target remains 50% by 2025, which was announced at the June 2021 investor day, and reiterated on the 4Q21 call. We are reluctant to focus too heavily on a margin percentage rather than margin dollars, but we do think executing on long-term guidance remains important for establishing credibility, and by extension, supporting the stock multiple (and the target has already been postponed once). There are many macro factors in play, and the company has several years to course-correct to achieve its target on time, but we think recent margin weakness and the disconnect between long-term guidance remains an overhang. The 120bp sequential improvement (to 47.3%) of the adjusted EBITDA margin in 2Q22 decreases pressure on management to address this guidance item immediately, but the company remains far from its target.

### Acquisitions of generic colo

EQIX's recent acquisitions do not offer the same pricing power as legacy US-based assets. Colo providers operating the primary or secondary most interconnection-rich asset in a market typically have strong pricing power, while other players primarily compete on price. EQIX operates many of the interconnection rich assets in the US, specifically the Infomart (Dallas), NAP of the Americas (Miami), and NY5 (Seacaucus, NJ). More recent acquisitions have an interconnection component, but less so than legacy assets. We think the EQIX brand can be leveraged to cultivate an attractive ecosystem (and the brand can be used to increase pricing). However, we doubt recent acquisitions for Bell (Canada), Entel (Chile), and MainOne (W.Africa) will command the same premium as in the US.

### Frustrated clients

Our discussions with real estate brokers suggests EQIX clients are frustrated with EQIX's aggressive pricing and inflexibility in negotiations. In the past, we have argued this was a positive for EQIX; if they are raising prices and clients cannot leave, it is an indication of how indispensable EQIX is. However, clients have limits - and in some markets, they have options. In addition to cloud offerings, there is cheaper colo available, albeit generally with lower performance. Architecture changes can take a very long time, and we would anticipate changes would most likely be on incremental workloads and/or when servers are fully depreciated, and rarely would entail "ripping and replacing" from EQIX to somewhere else. That said, EQIX's churn has been higher than peers historically, and management continues to guide to 8-10% annually. With the company's most recent wave of price increases, we could see an uptick to the high end of this range.

### Counterpoints

- **Best assets.** EQIX still has the best assets in many markets, which cannot be replicated by new entrants (regardless of available capital). These assets have strong pricing power.

- **Repatriation is real.** Per Barclay's most recent proprietary CIO Survey, 60% of CIOs in 1H22 indicated plans to repatriate workloads from CSPs, up from 43% in 1H21, primarily for security and cost reasons.

- **Channel strategy is working well.** The enterprise TAM exceeds 100k potential customers, far larger than EQIX could address with its direct sales force. Channel sales could increase from ~35% in 2Q22 to ~50% within a few years.

- **Still too many workloads "on-prem".** Using data from the 650 Group, we estimate that more than 50% of workloads remain on prem, often in old and inefficient DCs. We anticipate that 50% will continue to decline, with colo taking some of that market share.

Barclays | Equinix and Digital Realty Trust

**Downside catalysts**

- Official cut to long term guidance

- Margin contraction related to power costs

- Intra-cloud data transfer becomes more common / cost competitive

**Upside catalysts**

- Booking momentum continues

- Power considerations wane with a normalization of global energy costs

- Equinix Metal gains wider adoption, clients use it as a cloud alternative at scale

## DLR Downgrade to Underweight from Equal Weight

### Years of negative "same-capital" returns

The cash NOI from DLR's "same-capital" pool has been negative every year since 2019, with 1H22 the weakest at -5.0%. This reflects both contracting revenue, and rising expenses (and more recently, FX headwinds). With the exception of 2022, the stock has generally been rising despite the lack of organic growth. We primarily attribute the weakness to rent roll downs and decreasing occupancy (from a high of 93.5% in 2014 to the low of 83.0% in 2Q22).

These trends have nuances: Rents have been rolling down throughout the industry reflecting both competition and decreasing construction costs. The occupancy has trended lower in part due to mix shift (more colo, relative to legacy single-tenant fully occupied assets). Sales of fully occupied assets have also contributed to weakening occupancy. What is more concerning, these occupancy and pricing trends likely reflect that DLR's older assets are less desirable and have less pricing power than in the past.

As we detail further below, we think DLR's legacy assets are a drag on performance, and are experiencing weakening pricing power and contracting occupancy. We now model rent growth of 3.0% per square foot in 2023 and 2024, and occupancy falling to 82% and 81%, respectively (from 82.8% in 2Q22). Our model now projects revenue of $4,910m (+4.4% y/y) in 2023, Adjusted EBITDA of $2,565m (+2.6% y/y, 52.3% margin), and $6.48 AFFO/ps (+2.6%). Our price target decreases to $91 based on 14x our 2023E AFFO/ps. Our previous target of $126 was based on 19x $6.63 AFFO/ps.

**FIGURE 9. YTD performance notwithstanding, share price has increased despite lack of organic growth**



Source: Company documents, Bloomberg, Barclays Research

### ROIC is weakest in our coverage

DLR's ROIC has averaged 6.1% since 2017, well below the peer-group average. In addition to the problems facing the same capital pool discussed above, we attribute the low returns to overpaying for acquisitions. DLR's strategy has been to expand into more and more markets to establish itself as a global player and diversify its geographic and product exposure. We agree with this strategy in principle, but acquisition multiples have trended higher, delaying the time frame for accretion. Throughout the company's expansion, we were under the impression that acquisitions would subside at some point (other than tuck-ins), and we would eventually see outsized growth. After the company's most recent acquisition, a 55% stake in S. Africa-based Teraco at a very low 3.5% cap rate (valuing the company at $3.5b), we are less inclined to think the company is on the precipice of above-peer growth.

FIGURE 10. **ROIC of our US Communications Infrastructure coverage**

Note: ROIC defined as adjusted EBITDA - cash taxes / gross PPE+gross intangibles+gross goodwill
Source: Company documents, Barclays Research

### Rising development costs

DLR's vendor managed inventory (VMI) contracts have insulated it from some of the supply related bottlenecks and component cost increases the industry has recently faced. However, our sense is these contracts are beginning to expire and more will expire in 2023, elongating the time frame for delivery and potentially delaying the completion of projects on time. Many data center projects take years to come to fruition, and recent cost increases likely exceed management's pre-pandemic underwriting. We have heard conflicting reports about current pricing power, likely reflecting individual market dynamics. But even where there is pricing strength, we think development yields will likely remain in the mid-single digits, especially for pre-leased hyperscale projects. It is conceivable that rising costs could result in DLR raising additional equity to complete its current pipeline.

### Power cost exposure via Telx, Interxion, and Teraco assets

As of 2Q22, 33.6% of DLR's annual rent was from 0-1MW contracts, and 57.5% were >1MW. The company does have some power cost exposure for its customers with smaller deployments, but 94.2% of DLR's utility expense was reimbursed by clients in 2021, up from 88.7% in 2020. While rising power costs will have less of a financial impact on DLR than for EQIX, it is still a factor in customers' *total cost of ownership* of a colocation solution. Where DLR has exposure, wholesale spot electricity costs have increased 78% y/y. All of the caveats we issued above for EQIX about this calculation also apply to DLR. Still, the rise in electricity costs is cause for concern, especially if these costs remain elevated for several more quarters.

Barclays | Equinix and Digital Realty Trust

**FIGURE 11.** **Electricity cost increases in DLR's colocation markets**

| Portfolio | Country | 9/15/2021 ($/MWh) | 9/15/2022 ($/MWh) | Growth y/y |
|-----------|---------|-------------------|-------------------|------------|
| Interxion | Switzerland | 192 | 452 | 136% |
| Interxion | France | 197 | 461 | 134% |
| Interxion | Austria | 199 | 455 | 129% |
| Interxion | Croatia | 200 | 457 | 129% |
| Interxion | Belgium | 199 | 441 | 122% |
| Interxion | Germany | 199 | 436 | 119% |
| Interxion | Amsterdam | 199 | 417 | 110% |
| Interxion | Denmark | 199 | 417 | 109% |
| Telx | US | 55 | 71 | 31% |
| Interxion | UK | 377 | 330 | -13% |
| Interxion | Spain | 204 | 133 | -35% |
| Interxion | Sweden | 126 | 80 | -36% |
| Interxion | Ireland | | | |
| Teraco | South Africa | | | |
| **Average** | | | | **78%** |

Source: IEA, Barclays Research

## Digital Core REIT (DCREIT) - selling assets, but not at arm's length

The ~$650b raised by infrastructure funds since 2017 and high valuations of publicly traded portfolios suggests there is strong demand for data center assets. Thus, we find it puzzling that DLR established DCREIT to dispose of assets, instead of selling them on the open market at arm's length. (DLR also maintained a 20% equity interest when it sold assets to Maple Tree, so its exposure to DCREIT is not unprecedented). DLR owns a direct 10% interest in the 10 properties it has sold to DCREIT, and owns 35% of DCREIT shares post-IPO. In theory, this was designed to be a perpetual source of capital for DLR (parent), but after Sungard AS (which represented ~7% of DCREIT's revenues) went bankrupt, we question whether there was other viable demand for these assets. With DCREIT now trading 21% below its IPO price, we think sourcing liquidity for DLR will be difficult. On 9/21/22 a DLR press release suggested it may sell an interest in one or two assets to DCREIT, depending on whether sufficient capital can be raised by the sub-entity. These are relatively new assets (<5 years old), which makes us further question the viability of a market for DLR's older assets.

## Liquidity constraints

We think liquidity will remain tight throughout the rest of 2022 and into 2023. DLR will need to continue to fund its development pipeline, while facing modestly increasing cost of debt capital. Without DCREIT as a viable disposition avenue, the company may be challenged in selling properties at attractive rates (at least for the ones it is willing to part with). Rising interest rates may also weigh on transaction multiples. We estimate DLR will draw ~$800m from previous forward ATM sales (out of $1b available) and issue ~$1.6b of debt in 3Q22. On 8/11/22, the company raised EUR750m at EURIBO plus a floating margin (initially 0.95% per year) and on 9/22/22 DLR issued $550m 5-year fixed debt at 5.5% (issued at 99.918% of par). As of 2Q22, net debt-to-adjusted EBITDA was 5.8x, in-line with the company's long term average. We model $1.2b of equity raises in each of 2023 and 2024 to keep leverage in the high 5x to low 6x range.

## Asset obsolescence

23 September 2022                                                                                                    11

Barclays | Equinix and Digital Realty Trust

Demand for new data centers is unarguably strong - the past 12 months have been the strongest in the industry's history. Despite this demand, DLR's "same capital" portfolio is only 83% occupied as of 2Q22, reflecting a decline from 93.5% at YE2014. We see a distinction between newly commissioned data centers with scale, efficiencies, and sufficient power (which DLR offers through its development pipeline), and some of the legacy data centers that comprise its existing portfolio. As examples of assets of concern, our checks suggest Meta exited 17MW at a DLR facility in Ashburn in January 2021. Churn commonly reflects M&A and bankruptcies - not full scale departures -  so Meta's departure was unusual. It was especially unusual as Meta signed 283MW in N. America that same year, representing nearly half of hyperscale leasing on the continent. Another example, a VA-based asset DLR sold in 2016 (at $7m loss) has since been repurposed into an indoor farm, per a 9/13/22 report from Data Center Knowledge. The fact that indoor farming is a higher-and-better use  for any data center asset, is concerning. We now model 82% occupancy in 2023 and 81% in 2024, down from 82.8% in 2Q22.

FIGURE 12. **Power Usage Effectiveness (PUE) - Industry Wide**



Source: Uptime Institute, Barclays Research

FIGURE 13. **PUE is one of the best measures of DC energy efficiency...but DLR does not report it**



Note: reflects most recently available data
Source: Company documents, Barclays Research

### Tenant health, potential bailouts

A sub-segment of enterprises with deployments at DLR may be at increasing risk of bankruptcy in a recession. We see a number of IT services, managed hosting, and colocation tenants with similar characteristics to Sungard AS that could face (or are facing) financial risks. It is also possible we could see DLR bailout tenants in financial straits, similar to what Simon Property Group has attempted to do in the retail space for JC Penny, Aeropostale, and Kohl's. DLR could plausibly suggest it was cutting out the middle-man and contracting directly with subtenants, which is true, but we think any such acquisition would be defensive and met with investor skepticism.

### A lot of brown power, weak environmental ambitions

We find DLR's ESG initiatives inadequate. The company has made strides in its ESG program, establishing emissions and renewable energy goals, but they are trailing peers in both ambition and progress.  In 2020 DLR established a science-based target to reduce emissions 68% (direct) and 24% (indirect) by 2030 vs. a 2018 base. Several peers, and hyperscale customers, have net zero carbon ambition  by 2030, which we think is a more appropriate goal. We recognize DLR is in a tough position, as the responsibility to procure renewable energy should largely fall on its hyperscale customers. However, simply having renewable energy available may not be sufficient in the eyes of many ESG conscious investors (in 2021 DLR used 64% renewable and

Barclays | Equinix and Digital Realty Trust

11% carbon free electricity).  Being out of sync with the industry could weigh on DLR's cost of capital, and being out of sync with clients could lose market share.

### Counterpoints

### Elevated demand could lead to absorption

If the industry's pace of demand continues as it has for the past year, we would expect demand to soon exceed supply, resulting in stronger pricing power and high-margin lease-up of unoccupied space. Asset obsolescence aside, it is typically much easier to raise portfolio occupancy from a low level (like DLR's 83%), compared to leasing-up the last few percentage points of a portfolio with limited vacancy. Simply put, they have a lot of space to lease and demand in the industry is strong.

### Just the beginning of metaverse, AI/ML, digital twins, etc.

Hyperscalers have been leasing space in anticipation of workload evolution, but the potential magnitude of their long-term computing needs is difficult to fathom, and could greatly exceed current capacity.

### Moratoriums can restrict supply, increase pricing power

Restrictions on energy are becoming more common, with recent constraints in Ashburn, Dublin, Amsterdam, and Singapore. Limitations could result in "land held for development" sitting fallow, but would likely increase pricing power for active facilities. Moratoriums are becoming more common, and favor incumbent players like DLR.

### Worst of rent roll downs is in the past

After years of rent roll downs, cash renewal spreads have recently turned positive. Our sense is there are relatively few large leases with above market rents remaining, and inflation should also provide a tailwind to cash spreads.

### Downside catalysts

- Additional insider sales - CEO Bill Stein has sold $100m since the beginning of 2021, and purchased $1m

- Tenant bankruptcies

- Equity raise

- Continued power cost increases

### Upside catalysts

- Strong leasing momentum with positive cash releasing spreads

- Right-sizing organic growth

- PE/ infrastructure funds paying elevated valuations for data center assets

## Macro / Industry Headwinds

In addition to the company specific issues discussed above, there are additional macro/industry factors that could impeded EQIX and DLR's earnings growth and valuation.

### Strong dollar

Foreign currencies constitute 60% of EQIX's and 43% of DLR's revenue. Although both companies have some natural hedges within their expense structures, and some financial/currency hedges, FX has been a persistent headwind. Barclays research *Will an ever-*

Barclays | Equinix and Digital Realty Trust

*rising dollar trigger a crisis?* from 9/15/22 suggests 1) Fed tightening, 2) shocks to European growth from surging natural gas prices, and 3) China's deleveraging and zero Covid policies could contribute to further dollar strengthening over the next few quarters.

### Decreasing cost of debt capital was a tailwind, now it's a headwind

DLR's weighted average interest rate declined 150bp from 2017 to 2Q22 (from 3.6% to 2.1%). For EQIX, the decline was 250bp from 4.4% in 2017 to 1.9% in 2Q22. Rising rates will be an earnings headwind for every company with debt, but with 5.8x and 3.8x turns respectively of net debt-to-adjusted EBITDA, DLR and EQIX could feel the pain more acutely than others.

### Valuation - No relief

Shares of DLR and EQIX have contracted ~39% and 28% YTD, compared to the S&P500 down ~21%. Data centers' respective trading multiples have been cut by a third in 2022. We primarily attribute the lower multiples to rising interest rates, which decrease the present value of future cash flows. Inflation and rising rates have also contributed to margin contraction, resulting in a lower growth profile. However, earnings (and earnings expectations) have not contracted materially, compared to the multiple. With the 2yr, 10yr, and 30yr all trading at 3.6%-4.1% yield, we find EQIX's 2.1% and even DLR's 4.6% dividend yields less attractive considering their respective risk profiles. Even if we are at peak dollar, peak inflation, and near a resolution of the European energy crisis, we do not envision a material reversion to trading multiple from pre-2022.

### Persistent competition from those with a lower cost of capital and/or higher leverage

Infrastructure and PE funds have raised ~$650b since 2017 for digital infrastructure, with 2022 on pace to be another record setting year. Nearly all of these funds employee higher leverage and have a lower cost of capital than publicly traded REITs. Higher leverage allows for developers to accept lower yields, pressuring prices for the industry. Further, if supply exceeds demand, we would expect to see over-extended PE funds slash prices to get occupancy and generate cash flow. Some of EQIX and DLR's carrier hotels are immune from this type of competition, but many of their assets are not.

Barclays | Equinix and Digital Realty Trust

**U.S. Communications Infrastructure**                                                                                                          **POSITIVE**

## Equinix, Inc. (EQIX)                                                                                                                          EQUAL WEIGHT

| Income statement ($k) | 2021A | 2022E | 2023E | 2024E | CAGR |
|---|---|---|---|---|---|
| Revenue | 6,635,537 | 7,286,515 | 7,948,937 | 8,639,971 | 9.2% |
| Interconnection revenue | 1,161,502 | 1,308,117 | 1,465,042 | 1,616,229 | 11.6% |
| Gross profit | 3,163,115 | 3,472,372 | 3,770,634 | 4,080,627 | 8.9% |
| EBITDA (adj) | 3,144,384 | 3,352,075 | 3,597,961 | 3,864,149 | 7.1% |
| EBIT | 1,108,162 | 1,183,001 | 1,343,322 | 1,518,207 | 11.1% |
| Net income | 500,191 | 721,047 | 824,669 | 937,211 | 23.3% |
| EPS (adj) ($) | 5.54 | 7.87 | 8.81 | 9.89 | 21.3% |
| NAREIT FFO per share ($) | 17.42 | 20.18 | 21.17 | 22.59 | 9.0% |
| Core FFO per share ($) | 19.35 | 20.36 | 21.31 | 22.73 | 5.5% |
| AFFO per share ($) | 27.15 | 29.04 | 30.63 | 32.17 | 5.8% |
| Diluted shares (k) | 90,291 | 91,637 | 93,621 | 94,775 | 1.6% |
| DPS ($) | 11.48 | 12.39 | 13.38 | 14.45 | 8.0% |

| Margin and return data | 2021A | 2022E | 2023E | 2024E | Average |
|---|---|---|---|---|---|
| Gross margin (%) | 47.7 | 47.7 | 47.4 | 47.2 | 47.5 |
| EBITDA (adj) margin (%) | 47.4 | 46.0 | 45.3 | 44.7 | 45.8 |
| NAREIT FFO margin (%) | 23.7 | 25.4 | 24.9 | 24.8 | 24.7 |
| Core FFO margin (%) | 26.3 | 25.6 | 25.1 | 24.9 | 25.5 |
| AFFO margin (%) | 36.9 | 36.5 | 36.1 | 35.3 | 36.2 |
| Payout - AFFO (%) | 42.3 | 42.7 | 43.7 | 44.9 | 43.4 |

| Balance sheet and cash flow ($k) | 2021A | 2022E | 2023E | 2024E | CAGR |
|---|---|---|---|---|---|
| Cash and equivalents | 1,536,358 | 1,949,724 | 1,654,218 | 1,086,263 | -10.9% |
| Net PP&E | 15,445,775 | 15,991,496 | 16,980,788 | 17,896,558 | 5.0% |
| Total assets | 27,918,698 | 29,581,628 | 30,367,932 | 30,818,949 | 3.3% |
| Total debt | 13,858,027 | 14,896,771 | 15,096,771 | 15,296,771 | 3.3% |
| Net debt/(funds) | 12,321,669 | 12,947,047 | 13,442,553 | 14,210,508 | 4.9% |
| Total liabilities | 17,036,934 | 18,722,872 | 19,039,422 | 19,367,286 | 4.4% |
| Shareholders' equity | 10,881,764 | 10,858,756 | 11,328,510 | 11,451,663 | 1.7% |
| Recurring capex | -199,089 | -185,043 | -187,246 | -211,354 | N/A |
| Capital expenditure | -2,753,089 | -2,439,043 | -2,987,246 | -3,011,354 | N/A |

| Valuation and leverage metrics | 2021A | 2022E | 2023E | 2024E | Average |
|---|---|---|---|---|---|
| P/core FFO (x) | 31.5 | 29.9 | 28.6 | 26.8 | 29.2 |
| P/AFFO (x) | 22.4 | 21.0 | 19.9 | 18.9 | 20.6 |
| EV/EBITDA (adj) (x) | 21.7 | 20.5 | 19.3 | 18.1 | 19.9 |
| EV/AFFO (x) | 27.8 | 25.8 | 24.2 | 23.0 | 25.2 |
| Dividend yield (%) | 1.9 | 2.0 | 2.2 | 2.4 | 2.1 |
| Net debt/EBITDA (adj) (x) | 3.9 | 3.9 | 3.7 | 3.7 | 3.8 |

| Selected operating metrics ($) | 2021A | 2022E | 2023E | 2024E | Average |
|---|---|---|---|---|---|
| Interconnections | 419,300 | 451,821 | 477,757 | 508,829 | 464,427 |
| Cabinets billing | 260,500 | 283,940 | 292,214 | 303,496 | 285,037 |
| MRR per cabinet | 1,958 | 2,117 | 2,206 | 2,306 | 2,147 |

Note: FY End Dec

Source: Company data, Bloomberg, Barclays Research

---

Price (22-Sep-2022)        **USD 609.26**
Price Target               **USD 674.00**

**Why EQUAL WEIGHT?**

EQIX has many of the world's most interconnected data centers, which provides barriers to entry and pricing power for the company. However, electricity pricing is a risk that could weigh on earnings in 2023 and 2024.

**Upside case**            **USD 876.00**

The data center industry has experienced very strong leasing over the past year, and new AI/ML/metaverse workloads could create additional demand.

**Downside case**          **USD 472.00**

Our modeling of EQIX's electricity costs is based on available data, but we lack the granularity to make precise estimates with conviction. Electricity costs could greatly exceed our current estimates.

**Upside/Downside scenarios**

---

23 September 2022                                                                                                                          15

Barclays | Equinix and Digital Realty Trust

**Digital Realty Trust, Inc. (DLR)**                                                                                              **UNDERWEIGHT**

| Income statement ($k) | 2021A | 2022E | 2023E | 2024E | CAGR |
|---|---|---|---|---|---|
| Revenue | 4,427,883 | 4,702,646 | 4,909,821 | 5,189,344 | 5.4% |
| Interconnection revenue | 360,459 | 386,415 | 403,929 | 426,804 | 5.8% |
| EBITDA (adj) | 2,411,792 | 2,494,556 | 2,565,496 | 2,688,769 | 3.7% |
| EBIT | 925,160 | 973,597 | 979,902 | 1,015,187 | 3.1% |
| Net income | 1,681,498 | 300,446 | 289,339 | 312,541 | -42.9% |
| EPS (adj) ($) | 5.94 | 1.05 | 0.98 | 1.03 | -44.2% |
| NAREIT FFO per share ($) | 6.36 | 6.36 | 6.55 | 6.75 | 2.0% |
| Core FFO per share ($) | 6.53 | 6.79 | 6.97 | 7.17 | 3.2% |
| AFFO per share ($) | 6.25 | 6.31 | 6.48 | 6.65 | 2.1% |
| Diluted shares (k) | 289,961 | 293,037 | 301,147 | 308,929 | 2.1% |
| DPS ($) | 4.64 | 4.88 | 5.12 | 4.82 | 1.3% |

| Margin and return data | 2021A | 2022E | 2023E | 2024E | Average |
|---|---|---|---|---|---|
| EBITDA (adj) margin (%) | 54.5 | 53.0 | 52.3 | 51.8 | 52.9 |
| NAREIT FFO margin (%) | 41.6 | 39.6 | 40.2 | 40.2 | 40.4 |
| Core FFO margin (%) | 42.8 | 42.3 | 42.7 | 42.7 | 42.6 |
| AFFO margin (%) | 40.9 | 39.3 | 39.7 | 39.6 | 39.9 |
| Payout - AFFO (%) | 71.1 | 71.8 | 73.5 | 67.2 | 70.9 |

| Balance sheet and cash flow ($k) | 2021A | 2022E | 2023E | 2024E | CAGR |
|---|---|---|---|---|---|
| Cash and equivalents | 142,698 | 281,171 | 93,729 | -81 | N/A |
| Construction in progress | 3,213,387 | 3,362,114 | 3,362,114 | 3,362,114 | 1.5% |
| Real estate assets, net | 22,569,930 | 25,117,137 | 27,116,306 | 28,806,383 | 8.5% |
| Total assets | 36,369,560 | 38,512,201 | 40,323,928 | 41,920,195 | 4.8% |
| Total debt | 13,448,210 | 15,854,267 | 16,054,267 | 16,054,267 | 6.1% |
| Net debt/(funds) | 13,305,512 | 15,573,096 | 15,960,538 | 16,054,348 | 6.5% |
| Total liabilities | 17,845,778 | 19,844,751 | 20,044,751 | 20,044,751 | 3.9% |
| Non-controlling interests | 472,219 | 491,587 | 491,587 | 491,587 | 1.3% |
| Shareholders' equity | 18,004,568 | 18,134,816 | 19,746,543 | 21,342,810 | 5.8% |
| Recurring capex | -217,103 | -248,655 | -270,040 | -285,414 | N/A |
| Capital expenditure | -2,520,772 | -2,596,715 | -2,982,040 | -2,997,414 | N/A |

| Valuation and leverage metrics | 2021A | 2022E | 2023E | 2024E | Average |
|---|---|---|---|---|---|
| P/core FFO (x) | 16.4 | 15.8 | 15.4 | 15.0 | 15.7 |
| P/AFFO (x) | 17.2 | 17.0 | 16.6 | 16.1 | 16.7 |
| EV/EBITDA (adj) (x) | 17.6 | 17.9 | 17.5 | 16.8 | 17.4 |
| EV/AFFO (x) | 23.4 | 24.1 | 23.1 | 22.0 | 23.1 |
| Dividend yield (%) | 4.3 | 4.5 | 4.8 | 4.5 | 4.5 |
| Net debt/EBITDA (adj) (x) | 5.5 | 6.2 | 6.2 | 6.0 | 6.0 |

| Selected operating metrics | 2021A | 2022E | 2023E | 2024E | Average |
|---|---|---|---|---|---|
| Churn rate (%) | 7.3 | 7.7 | 7.6 | 7.6 | 7.5 |
| MW | 2,042 | 1,987 | 2,101 | 2,237 | 2,092 |
| Total NRSF (mn) | 31.3 | 34.2 | 36.2 | 38.5 | 35.1 |

Note: FY End Dec
Source: Company data, Bloomberg, Barclays Research

| | |
|---|---|
| Price (22-Sep-2022) | **USD 107.41** |
| Price Target | **USD 91.00** |

**Why UNDERWEIGHT?**

The lack of organic growth, lowest ROIC in the peer group, and potential decreasing occupancy could weigh on earnings and valuation.

**Upside case**                **USD 118.00**

The past year has been the strongest in the history of the data center industry. If leasing maintains the current pace, DLR will outperform.

**Downside case**             **USD 64.00**

If the elements we describe in our investment case occur to a greater extent then we model, shares will trade below our PT.

**Upside/Downside scenarios**

Barclays | Equinix and Digital Realty Trust

**Analyst(s) Certification(s):**

We, Brendan Lynch, CFA and Tim Long, hereby certify (1) that the views expressed in this research report accurately reflect our personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of our compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**Important Disclosures:**

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/S/CM.htm.

**Primary Stocks (Ticker, Date, Price)**

**Digital Realty Trust, Inc.** (DLR, 22-Sep-2022, USD 107.41), Underweight/Positive, CD/CE/E/J/K/L/M/N

**Equinix, Inc.** (EQIX, 22-Sep-2022, USD 609.26), Equal Weight/Positive, A/CD/CE/D/E/J/K/L/M/N

Unless otherwise indicated, prices are sourced from Bloomberg and reflect the closing price in the relevant trading market, which may not be the last available closing price at the time of publication.

**Disclosure Legend:**

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.

**B:** An employee or non-executive director of Barclays PLC is a director of this issuer.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.

**CH:** Barclays Bank PLC and/or its group companies makes, or will make, a market in the securities (as defined under paragraph 16.2 (k) of the HK SFC Code of Conduct) in respect of this issuer.

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.

**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.

**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FD:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with South Korean regulations.

**FE:** Barclays Bank PLC and/or its group companies has financial interests in relation to this issuer and such interests aggregate to an amount equal to or more than 1% of this issuer's market capitalization, as calculated in accordance with HK regulations.

**GD:** One of the Research Analysts on the fundamental credit coverage team (and/or a member of his or her household) has a long position in the common equity securities of this issuer.

**GE:** One of the Research Analysts on the fundamental equity coverage team (and/or a member of his or her household) has a long position in the common equity securities of this issuer.

**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.

**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.

Barclays | Equinix and Digital Realty Trust

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.

**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**O:** Not in use.

**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.

**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**S:** This issuer is a Corporate Broker to Barclays PLC.

**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.

**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.

**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Risk Disclosure(s)**
Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Disclosure(s) regarding Information Sources**
Copyright © (2022) Sustainalytics. Sustainalytics retains ownership and all intellectual property rights in its proprietary information and data that may be included in this report. Any Sustainalytics' information and data included herein may not be copied or redistributed, is intended for informational purposes only, does not constitute investment advice and is not warranted to be complete, timely and accurate. Sustainalytics' information and data is subject to conditions available at https://www.sustainalytics.com/legal-disclaimers/

Bloomberg® is a trademark and service mark of Bloomberg Finance L.P. and its affiliates (collectively "Bloomberg") and the Bloomberg Indices are trademarks of Bloomberg. Bloomberg or Bloomberg's licensors own all proprietary rights in the Bloomberg Indices. Bloomberg does not approve or endorse this material, or guarantee the accuracy or completeness of any information herein, or make any warranty, express or implied, as to the results to be obtained therefrom and, to the maximum extent allowed by law, Bloomberg shall have no liability or responsibility for injury or damages arising in connection therewith.

**Guide to the Barclays Fundamental Equity Research Rating System:**
Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry (the "industry coverage universe").

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**
**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**
**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

Below is the list of companies that constitute the "industry coverage universe":

**U.S. Communications Infrastructure**

| | | |
|---|---|---|
| American Tower Corp. (AMT) | Crown Castle International Corp. (CCI) | Digital Realty Trust, Inc. (DLR) |
| Equinix, Inc. (EQIX) | Iron Mountain Inc. (IRM) | SBA Communications Corp. (SBAC) |
| Switch, Inc. (SWCH) | Uniti Group Inc. (UNIT) | |

Barclays | Equinix and Digital Realty Trust

**Distribution of Ratings:**

Barclays Equity Research has 1717 companies under coverage.

50% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 50% of companies with this rating are investment banking clients of the Firm; 72% of the issuers with this rating have received financial services from the Firm.

33% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 41% of companies with this rating are investment banking clients of the Firm; 67% of the issuers with this rating have received financial services from the Firm.

14% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 29% of companies with this rating are investment banking clients of the Firm; 63% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**

Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

Barclays may also re-distribute equity research reports produced by third-party research providers that contain recommendations that differ from and/or conflict with those published by Barclays' Equity Research Department.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to https://live.barcap.com/go/research/Recommendations.

**Legal entities involved in producing Barclays Research:**

Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)

Barclays Bank Ireland PLC, Frankfurt Branch (BBI, Frankfurt)

Barclays Bank Ireland PLC, Paris Branch (BBI, Paris)

Barclays Bank Ireland PLC, Milan Branch (BBI, Milan)

Barclays Securities Japan Limited (BSJL, Japan)

Barclays Bank PLC, Hong Kong Branch (Barclays Bank, Hong Kong)

Barclays Capital Canada Inc. (BCCI, Canada)

Barclays Bank Mexico, S.A. (BBMX, Mexico)

Barclays Capital Casa de Bolsa, S.A. de C.V. (BCCB, Mexico)

Barclays Securities (India) Private Limited (BSIPL, India)

Barclays Bank PLC, India Branch (Barclays Bank, India)

Barclays Bank PLC, Singapore Branch (Barclays Bank, Singapore)

Barclays Bank PLC, DIFC Branch (Barclays Bank, DIFC)

Barclays | Equinix and Digital Realty Trust

## Digital Realty Trust, Inc. (DLR / DLR)

Stock Rating: **UNDERWEIGHT**

Industry View: **POSITIVE**

**USD 107.41** (22-Sep-2022)

**Rating and Price Target Chart - USD (as of 22-Sep-2022)**

Currency=USD



Source: IDC, Barclays Research

Link to Barclays Live for interactive charting

| Publication Date | Closing Price* | Rating | Adjusted Price Target |
|---|---|---|---|
| 17-Aug-2022 | 134.53 | | 126.00 |
| 14-Mar-2022 | 132.59 | | 142.00 |
| 18-Feb-2022 | 134.60 | | 154.00 |
| 09-Feb-2022 | 143.58 | | 158.00 |
| 14-Jan-2022 | 157.62 | Equal Weight | 172.00 |
| 27-Oct-2021 | 157.25 | | 180.00 |
| 25-Aug-2021 | 158.63 | | 178.00 |
| 26-Apr-2021 | 148.23 | | 177.00 |
| 26-Jan-2021 | 145.85 | | 169.00 |
| 21-Oct-2020 | 154.87 | | 170.00 |
| 28-Aug-2020 | 154.29 | | 166.00 |
| 15-Jul-2020 | 144.17 | Overweight | 165.00 |
| 20-Mar-2020 | 125.27 | Coverage Dropped | |
| 11-Feb-2020 | 125.52 | | 136.00 |
| 23-Jan-2020 | 127.11 | | 155.00 |
| 11-Oct-2019 | 129.31 | | 162.00 |

On 22-Sep-2019, prior to any intra-day change that may have been published, the rating for this security was Overweight, and the adjusted price target was 147.00.

Source: Bloomberg, Barclays Research

23 September 2022

Barclays | Equinix and Digital Realty Trust

*This is the closing price referenced in the publication, which may not be the last available closing price at the time of publication.

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by Digital Realty Trust, Inc..

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by Digital Realty Trust, Inc..

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from Digital Realty Trust, Inc. within the next 3 months.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities by Digital Realty Trust, Inc. and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from Digital Realty Trust, Inc. within the past 12 months.

**L:** Digital Realty Trust, Inc. is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** Digital Realty Trust, Inc. is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** Digital Realty Trust, Inc. is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**Valuation Methodology:** Our $91 price target reflects a 14x multiple of our 2023 AFFO estimate of $6.48. This multiple is below the US Communication Infrastructure peer group due to DLR's negative organic returns from 2019-present.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Changes in macro conditions would likely result in a re-rating of the stock. A weakening of the US dollar, lower rates, and lower energy costs would all benefit DLR earnings and valuation.

---

## Equinix, Inc. (EQIX / EQIX)

Stock Rating: **EQUAL WEIGHT**

Industry View: **POSITIVE**

**USD 609.26** (22-Sep-2022)

**Rating and Price Target Chart - USD (as of 22-Sep-2022)**

Currency=USD



Source: IDC, Barclays Research

Link to Barclays Live for interactive charting

| Publication Date | Closing Price* | Rating | Adjusted Price Target |
|---|---|---|---|
| 17-Aug-2022 | 712.04 | | 822.00 |

Barclays | Equinix and Digital Realty Trust

| | | | |
|---|---|---|---|
| 27-Apr-2022 | 717.90 | | 823.00 |
| 14-Mar-2022 | 683.60 | | 820.00 |
| 17-Feb-2022 | 673.58 | | 815.00 |
| 09-Feb-2022 | 690.52 | | 829.00 |
| 14-Jan-2022 | 748.12 | | 888.00 |
| 04-Nov-2021 | 837.88 | | 939.00 |
| 25-Aug-2021 | 807.53 | | 879.00 |
| 24-Jun-2021 | 779.32 | | 880.00 |
| 29-Apr-2021 | 707.38 | | 867.00 |
| 26-Apr-2021 | 716.97 | | 861.00 |
| 11-Feb-2021 | 717.70 | | 869.00 |
| 21-Oct-2020 | 803.16 | | 878.00 |
| 29-Jul-2020 | 770.00 | | 876.00 |
| 15-Jul-2020 | 713.88 | Overweight | 821.00 |

Source: Bloomberg, Barclays Research

*This is the closing price referenced in the publication, which may not be the last available closing price at the time of publication.

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of Equinix, Inc. in the previous 12 months.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by Equinix, Inc..

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by Equinix, Inc..

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from Equinix, Inc. in the past 12 months.

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from Equinix, Inc. within the next 3 months.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities by Equinix, Inc. and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from Equinix, Inc. within the past 12 months.

**L:** Equinix, Inc. is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** Equinix, Inc. is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** Equinix, Inc. is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**Valuation Methodology:** We use a 22x multiple of our 2023 AFFO estimate of $30.63 to arrive at our price target of $674.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Macro factors have a significant impact on earnings and valuation. Adverse moves in the US dollar, energy costs, and interest rates could impede EQIX from achieving our target.

**Disclaimer:**
This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays").

It has been prepared for institutional investors and not for retail investors. It has been distributed by one or more Barclays affiliated legal entities listed below or by an independent and non-affiliated third-party entity (as may be communicated to you by such third-party entity in its communications with you). It is provided for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, media, regulatory and academic organisations for their own internal informational news gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Clients that are subscribed to receive equity research reports, will not receive certain cross asset research reports co-authored by equity and FICC research analysts that are distributed as "institutional debt research reports" unless they have agreed to accept such reports. Eligible clients may get access to such cross asset reports by contacting debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

23 September 2022                                                                                                          22

Barclays | Equinix and Digital Realty Trust

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. Barclays is not a fiduciary to any recipient of this publication. The securities and other investments discussed herein may not be suitable for all investors and may not be available for purchase in all jurisdictions. The United States imposed sanctions on certain Chinese companies (https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/chinese-military-companies-sanctions), which may restrict U.S. persons from purchasing securities issued by those companies. Investors must independently evaluate the merits and risks of the investments discussed herein, including any sanctions restrictions that may apply, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results. The information provided does not constitute a financial benchmark and should not be used as a submission or contribution of input data for the purposes of determining a financial benchmark.

**Third Party Distribution:** Any views expressed in this communication are solely those of Barclays and have not been adopted or endorsed by any third party distributor.

**United Kingdom:** This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

**European Economic Area ("EEA"):** This material is being distributed to any "Authorised User" located in a Restricted EEA Country by Barclays Bank Ireland PLC. The Restricted EEA Countries are Austria, Bulgaria, Estonia, Finland, Hungary, Iceland, Liechtenstein, Lithuania, Luxembourg, Malta, Portugal, Romania, Slovakia and Slovenia. For any other "Authorised User" located in a country of the European Economic Area, this material is being distributed by Barclays Bank PLC. Barclays Bank Ireland PLC is a bank authorised by the Central Bank of Ireland whose registered office is at 1 Molesworth Street, Dublin 2, Ireland. Barclays Bank PLC is not registered in France with the Autorité des marchés financiers or the Autorité de contrôle prudentiel. Authorised User means each individual associated with the Client who is notified by the Client to Barclays and authorised to use the Research Services. The Restricted EEA Countries will be amended if required.

**Finland:** Notwithstanding Finland's status as a Restricted EEA Country, Research Services may also be provided by Barclays Bank PLC where permitted by the terms of its cross-border license.

**Americas:** The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

This material is distributed in Mexico by Barclays Bank Mexico, S.A. and/or Barclays Capital Casa de Bolsa, S.A. de C.V. This material is distributed in the Cayman Islands and in the Bahamas by Barclays Capital Inc., which it is not licensed or registered to conduct and does not conduct business in, from or within those jurisdictions and has not filed this material with any regulatory body in those jurisdictions.

**Japan:** This material is being distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

**Asia Pacific (excluding Japan):** Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is

23 September 2022                                                                                                                          23

Barclays | Equinix and Digital Realty Trust

registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker INZ000269539 (member of NSE and BSE); Depository Participant with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adviser: INA000000391. BSIPL is also registered as a Mutual Fund Advisor having AMFI ARN No. 53308.The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 22 67196363. Fax number: +91 22 67196399. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

This material is distributed in Singapore by the Singapore Branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this material, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material, where distributed to persons in Australia, is produced or provided by Barclays Bank PLC.

This communication is directed at persons who are a "Wholesale Client" as defined by the Australian Corporations Act 2001.

Please note that the Australian Securities and Investments Commission (ASIC) has provided certain exemptions to Barclays Bank PLC (BBPLC) under paragraph 911A(2)(l) of the Corporations Act 2001 from the requirement to hold an Australian financial services licence (AFSL) in respect of financial services provided to Australian Wholesale Clients, on the basis that BBPLC is authorised by the Prudential Regulation Authority of the United Kingdom (PRA) and regulated by the Financial Conduct Authority (FCA) of the United Kingdom and the PRA under United Kingdom laws. The United Kingdom has laws which differ from Australian laws. To the extent that this communication involves the provision of financial services by BBPLC to Australian Wholesale Clients, BBPLC relies on the relevant exemption from the requirement to hold an AFSL. Accordingly, BBPLC does not hold an AFSL.

This communication may be distributed to you by either: (i) Barclays Bank PLC directly or (ii) Barrenjoey Markets Pty Limited (ACN 636 976 059, "Barrenjoey"), the holder of Australian Financial Services Licence (AFSL) 521800, a non-affiliated third party distributor, where clearly identified to you by Barrenjoey. Barrenjoey is not an agent of Barclays Bank PLC.

This material, where distributed in New Zealand, is produced or provided by Barclays Bank PLC. Barclays Bank PLC is not registered, filed with or approved by any New Zealand regulatory authority. This material is not provided under or in accordance with the Financial Markets Conduct Act of 2013 ("FMCA"), and is not a disclosure document or "financial advice" under the FMCA. This material is distributed to you by either: (i) Barclays Bank PLC directly or (ii) Barrenjoey Markets Pty Limited ("Barrenjoey"), a non-affiliated third party distributor, where clearly identified to you by Barrenjoey. Barrenjoey is not an agent of Barclays Bank PLC. This material may only be distributed to "wholesale investors" that meet the "investment business", "investment activity", "large", or "government agency" criteria specified in Schedule 1 of the FMCA.

**Middle East:** Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

This material is distributed in the United Arab Emirates (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC. Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority. Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi). This material does not constitute or form part of any offer to issue or sell, or any solicitation of any offer to subscribe for or purchase, any securities or investment products in the UAE (including the Dubai International Financial Centre) and accordingly should not be construed as such. Furthermore, this information is being made available on the basis that the recipient acknowledges and understands that the entities and securities to which it may relate have not been approved, licensed by or registered with the UAE Central Bank, the Dubai Financial Services Authority or any other relevant licensing authority or governmental agency in the UAE. The content of this report has not been approved by or filed with the UAE Central Bank or Dubai Financial Services Authority. Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

**Russia:** This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

**IRS Circular 230 Prepared Materials Disclaimer:** Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2022). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.