# EXHIBIT 13

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/why-returns-on-digital-real-estate-dont-compute-11671128381

HEARD ON THE STREET  [ Follow ]

# Why Returns on Digital Real Estate Don't Compute

Data centers promise a heady combination of growth and income, but investors need to crunch the numbers

By *Spencer Jakab*  [ Follow ]

*Dec. 16, 2022 5:30 am ET*



A Google data center in Council Bluffs, Iowa. PHOTO: BRIAN SNYDER/REUTERS

The internet never forgets.

Well, at least it has a very long memory, so that silly selfie from five years ago, your old bank statements and the flight reservations for next summer's big vacation all have to live somewhere. Odds are they live in northern Virginia.

Handling the explosion of data and cloud computing are hundreds of nondescript buildings filled with servers, kept at a constant temperature and humidity and hooked up to massive power lines. For reasons including utility connections and zoning rules, the region south of Washington, D.C. is now bigger than Silicon Valley as a host for our digital lives. It is approaching 2 gigawatts of capacity, according to real estate services company Cushman & Wakefield PLC—enough to power 1.5 million homes.

The biggest creators and processors of all that data are known in the business as hyperscalers—Alphabet Inc.'s  GOOGL **-1.42%** ▼  Google, Amazon.com Inc.'s  AMZN **-0.99%** ▼  Amazon Web Services, Microsoft Corp.'s  MSFT **-1.03%** ▼  Azure, Oracle Corp., Facebook owner Meta Platforms Inc. and Apple Inc. They spend heavily on their own data centers, but their needs are so massive that they have also outsourced tens of billions of dollars in investment in digital real estate to specialized investors.

"It's difficult for those companies, as sophisticated as they are, to procure the land, sit on it, get the power and permits," explains Kristina Metzger, who leads data center capital markets for real-estate firm CBRE Group Inc.



**Average asking rental rate for primary market data centers**

Source: CBRE

Mom and pop have gotten in on the action through real-estate investment trusts which, in addition to dividend checks in a yield-starved world, held out the promise of tech-like growth. Private-equity investors pounced just as valuations peaked. KKR & Co. and Global Infrastructure Management LLC paid $15 billion including debt—a 25% premium—for publicly traded REIT CyrusOne Inc., in a deal signed in 2021 and completed this spring. That deal was made just weeks after Blackstone Inc. closed its $10 billion deal for data center REIT QTS Realty Trust Inc., at a 21% premium. There were many smaller transactions. Synergy Research Group calculates that 209 deals closed in 2021 alone with a value of $48 billion.

Now, though, with interest rates rising, data-hungry tech startups folding and even stalwarts like Meta, Twitter Inc. and Amazon's AWS tapping the brakes on cloud investments, remaining data center REITs like Digital Realty Trust Inc. and Equinix Inc. don't look as attractive. The real story might be that they never really were.

Their return on invested capital is meager, yet they also have had to raise mountains of cash to keep up with growth while paying dividends. Both of those weaknesses are normally a feature of REITs, though, not a bug. Unlike a normal operating company that might buy machinery or sink cash into designing a new product, both of which

depreciate, real estate tends to go up in value if maintained. REITs are also pass-through entities that, in exchange for owing no corporate taxes, must distribute 90% of their profits. Seizing the sort of rapid growth digital landlords have experienced therefore requires lots of fresh debt and equity. Digital Realty has, since the start of 2012, gone from 103 million shares outstanding to 287 million, and its net debt has grown from less than $3 billion to almost $16 billion, not including operating leases.

But that cash was raised during the very best of times with tech booming and investors starved for yield. Even while many other REITs struggled when Covid-19 arrived, an explosion in online activity boosted data centers' shares and creative financing like securitizing leases helped some raise money for new facilities. Data center REITs have lagged their peers since the end of 2020, though, despite all the deal activity. Anyone fueling their growth with new shares or bonds today requires a lot more return.

**Inventory growth of primary data center markets since 2015**



Source: CBRE

They still aren't asking for enough according to short seller Jim Chanos, who has made a large bet against them. One criticism is that they overstate returns by classifying some maintenance spending as being for growth—a complicated point that the data centers refute. A more clear-cut one is that, unlike well-maintained apartments, rents have been slipping. They went from an average of $145 per kilowatt a month in primary markets to about $120 last year, according to CBRE. That slide has reversed sharply recently in some hot markets as power companies and construction crews struggle to keep up and inflation hits building costs. The scarcity could give data center values a reprieve but, in a worrying sign, Digital Realty Chief Executive A. William Stein was dismissed from his management and board roles this week without explanation.

Mr. Chanos's other critique is that data centers' big customers, the hyperscalers, are their competitors too. Their ability to "self-build" makes them different from, say, a

bank leasing office space. Thomas Dakich, a lawyer who has worked on death row cases and is now managing director and general counsel of data center company Digital Crossroad, was asked at a panel last month about his hyperscale clients.

"Negotiating with these guys is tough. They are literally: 'What's mine is mine, what's yours is mine, but I don't want the liability of yours, so you take the liability and I'll take the asset.'"

Normally in a gold rush, the people selling picks and shovels are investors' best bet. Digital landlords are just renting them out, though. If cloud computing demand keeps slowing or prospects like the metaverse fail to pan out then it will be bad for companies like Meta and Amazon, but it is the people who own those giant boxes in Virginia who could really get buried.

Write to Spencer Jakab at Spencer.Jakab@wsj.com

## Further Reading

OPINION    **When Life Imitates Film Noir**

OPINION    **Democrats Owe the Nation's Police an Apology**

OPINION    **How to Read Trump's Ukraine 'Hardball'**

OPINION    **Remember Putin's Long and Bloody Résumé**

OPINION    **Which Came First, the Chicken Slaughter or the Egg Shortage?**