# EXHIBIT 15

# In the Matter Of:

## Uniformed Sanitationmens vs Equinix

## AUDIO TRANSCRIPTION

*March 29, 2023*

**ESQUIRE**
DEPOSITION SOLUTIONS

*800.211.DEPO (3376)*
*EsquireSolutions.com*

CONFIDENTIAL

Equinix_049132

UNIFORMED SANITATIONMEN'S ASSOCIATION
COMPENSATION ACCRUAL FUND
V.
EQUINIX, INC., CHARLES MEYERS,
AND KEITH D. TAYLOR


Transcription of Audio:

Podcast: Jim Chanos: A Short Thesis
on Data Centers


Date: March 29, 2023

Runtime: 42:14

Source URL: https://podcasts.apple.com/us/podcast/
jim-chanos-a-short-thesis-on-data-centers/
id1559120677?i=1000609441360



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

Equinix_049133

(Beginning of Recording)

AUTOMATED MESSAGE: This is Business Breakdowns.  Business Breakdowns is a series of conversations with investors and operators diving deep into a single business.  For each business, we explore its history, its business model, its competitive advantages, and what makes it tick.

We believe every business has lessons and secrets that investors and operators can learn from, and we are here to bring them to you.  To find more episodes of Breakdowns, check out joincolossus.com.  All opinions expressed by hosts and podcast guests are solely their own opinions.

Hosts, podcast guests, their employers, or affiliates may maintain positions in the securities discussed in this podcast.  This podcast is for informational purposes only, and should not be relied upon as a basis for investment decisions.

COMPOUND248: I am Compound248, back to host another episode of Business Breakdowns.  My most recent podcast have focused on digital infrastructure, and today we continue with that theme, but with a twist.

Our guest is Wall Street legend Jim Chanos, famed for bringing a skeptical eye to a credulous



CONFIDENTIAL

world.  Together, we walk through his short thesis on the U.S. data center REITs, his bear case for commercial real estate, and some broader wisdom on how management can thoughtfully respond to short sellers. Let's get started.

Investing in the real assets that underpin our digital world has never been easier.  We are pleased to bring you this podcast in partnership with Roundhill Investments.  The advisor to the Roundhill IO Digital Infrastructure ETF (BYTE), which trades on the New York Stock Exchange under the ticker symbol B-Y-T-E.

The fund tracks the BYTE index, which measures the performance of forty leading global digital infrastructure businesses, such as mobile towers, fiber, and fixed line connectivity, and communications infrastructure.  Industries that grow with society's insatiable appetite for more data, faster, everywhere.

For a prospectus and more information, please visit roundhillinvestments.com/ETF/BYTE.  Read carefully.  Investing involves risk, including possible loss of principle.  Investors should consider the investment objectives, risks, charges, and expenses carefully before investing in BYTE



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

Equinix_049135

distributor Foreside Fund Services.

COMPOUND248: Jim, thank you.  For most listeners, your reputation as the world's foremost short seller will have preceded you, so I'm grateful for you joining us.  We'll hopefully have a little bit of a wide ranging discussion on markets and short selling, but I'd love to begin with a timely call you made public last summer on shorting data centers.

And with rising rates, and the crunch in tech, and venture slow down, you're already part way home on that thesis as it's beginning to play out, and so I'd love to just sort of dive into what you saw, what you see now, and help the average person understand what your short selling process looks like, and maybe we could just start with what is a data center, and why does it matter, why is it relevant to the average person.

MR. CHANOS: There's really three ways for an enterprise to maintain its data.  One, you do it yourself onsite, and you have your own IT department, they keep the servers running, maintain the software, and the cyber security.

Second, and that which the legacy data centers that were short, epitomizes the co-location data centers, whereby you keep your server at a third



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

Equinix_049136

party location, the third party maintains the servers, keeps the air conditioning on, does whatever routine maintenance is needed to do, and provides the network connections.  And those are the so called legacy data centers.  That is the focus of our Big Short.

And then the third way, which is the way that is garnering the most market share now, is the so called cloud providers.  These would be what we call, and others call the Hyperscalers.  Amazon, AWS, Microsoft is your Google cloud, et cetera.  Oracle has one, and this is just simply you keeping your data on their servers, and they maintain them, try to sell you add-on services, on top of just a hosting fee.

That's the three ways in which data is kept for enterprises.  The problem with the co-location legacy data centers is, it's just really a bad business, and that underlines a lot of what we do on the short side.  We're looking for flawed business models first and foremost, and if they have questionable accounting, and bad balance sheets, and management that doesn't tell the truth, all the better.

But at the end of the day, return on capital junkies, and we look for businesses where the true economic returns on capital are below the cost



CONFIDENTIAL                                    Equinix_049137

capital.  And that applies to the legacy data centers, really in a major way, and it's getting worse.  On top of that, the data centers is represented by the big REITs, are some of the priciest stocks we see in the entire marketplace.

So there's a real dichotomy between what we think is a really, really poor business, and just towering valuations, no pun intended, in the legacy data center REITs.

COMPOUND248: So these are sort of the hotels of the internet, so to speak, the weigh stations, where if I'm using my Facebook app, or I'm accessing my salesforce instance, it's being served to me across fiber, and maybe across some towers, but from a server in a data center somewhere.

MR. CHANOS: Yeah, either your server onsite, or in a co-location, or one of the hyperscaler servers.

COMPOUND248: Yep.  So I hear you basically calling them legacy data centers, I suspect, and we'll get into this.  They have a view that's slightly different which will be, I think helpful for you to sketch out, but as you know, these have been favored assets along with other digital infrastructure like towers, and what not, and have had fabulous long term



CONFIDENTIAL

Equinix_049138

performance that's been underpinned by demand growth and decline in cost of capital.

I'm hearing you basically say, you think those tailwinds are shifting.  Maybe you could sort of just sketch out a little bit of what made it particularly timely over the past year.

MR. CHANOS: If you go back and look at the returns on this business, and returns on incremental capital, the business peaked pretty much around 2016. Ever since then, incremental returns have been terrible, and in some cases negative on capital.

And so, although the stocks continued to perform for a few years after that, really it was on the back of a narrative, than it was analysis, in our view.  And we love those kinds of shorts where the business is quite a bit different than the narrative. And the narrative was, these are the beneficiaries of growth in data, and therefore you should, if you're a real estate investor, the one way to play growth in tech, and growth in data, is to buy the data center REITs.

And the problem with that is of course, is that on a same store basis, the returns are in many cases flat, or in the case of Digital Realty, DLR, negative on a same store basis for the last handful of



CONFIDENTIAL                                        Equinix_049139

years.  So, really the unit economics have just gotten worse and worse and worse, as the hyperscalers have taken more and more share.  And that's the real problem here, is that the end of the day, if your incremental return on invested capital is negative, then it doesn't matter how fast you're going fast, if you grow, you're liquidating faster.

COMPOUND248: Even worse.

MR. CHANOS: Yeah, you're liquidating.  And so just to give you an idea, we did some numbers last year, they're still pretty valid.  Since 2016 we calculated that Digital Realty, the largest of these players, Digital Realty required $11.00 in new capital since 2016, to generate $1.00 in new revenues at a 50 percent EBITDA margin, and we'll get to that, why EBITDA is not the right metric for these companies in a little bit.

But given that, so it costs them incrementally $11.00 of new capital, to generate 50 cents of gross cash flow.

COMPOUND248: So a 20 plus year payback on a gross basis, that doesn't even charge them for maintenance CapEx and things along those lines.

MR. CHANOS: Exactly.

COMPOUND248: And I presume 2016 is sort of



CONFIDENTIAL

Equinix_049140

an interesting starting point, I'm guessing from your perspective. If I'm thinking about this right, that probably correlates pretty well with when the hyperscalers really started ramping their own spend, and maybe you could talk about how these partners may in fact be competitors.

MR. CHANOS: One of the interesting little aspects of the story, is that the hyperscalers themselves represent incredibly large tenancy for the legacy guys. And that's gonna continue we think, for a while, because it doesn't make sense, even though the hyperscalers can buildout a new center, cheaper then the legacy guys, it doesn't make sense if it's in a locale where they don't need an entire new data center on their own. They can take 20 percent of the capacity of a data center in Milwaukee, or St. Louis, or something like that.

So, you do have this bad dynamic, where your largest competitors are also your largest tenants. That's never a position you want to be in as a landlord, but be that as it may, that's the position they find themselves in. But you're right, the CapEx really began to pick up at AWS, and Azure, and Google, in this space in, in 2016, 2017, and you see it in the numbers.



CONFIDENTIAL                                                  Equinix_049141

And so on top of that, you saw lots of private equity activity, which became another part of the Bull Case that we think is changing.  And that is private equity discovered this and began buying up data centers at really, really pricey levels, peaking out at DigitalBridge's purchase of Switch, which just closed a month or two ago at 40 times EBITDA.  And a number of deals were done around 25 to 30 times EBITDA in 2020 and 2021.

But part of our thesis last summer was that there was going to be indigestion in the private space, that a lot of these purchases were going to be regretful, and that private equity buyers in a rising rate environment, were increasingly gonna realize this is a capital intensive business, and we haven't gotten to that part yet.

Servicing the debt and the CapEx requirements was more than the cashflow.  Maybe buying them at 25 to 30 times that cashflow, wasn't so smart.  So part of our thesis was, that if 2022 turned into 2023, we thought the private equity would become a seller of data centers.  And that's exactly what it's turning out to be the case right now, which is why I think we have this latest bout of weakness here in March.  Increasingly data centers are being put up for



CONFIDENTIAL                                      Equinix_049142

sale at cap rates in high single digits.  That's just disastrous for the valuations for the big guys.

COMPOUND248: We'll maybe make a little bit more sense of this, when we do start to put in place some of these pieces around unit economics.  So, just generically, if Digital Realty wants to build a new tier force of the top end, their core type of data center that they build in the U.S. in Northern Virginia is the data center capital of the world, and Digital Realty has a big footprint there, what might it cost them to build it?  And I guess there's a campus element to this too which might add confusion, but if you just kind of give us some generic numbers, so that we can use that as a starting point to figure out unit economics.

MR. CHANOS: First you have to start with the issue of depreciation, because now for years and years and years, the data center guys have had CapEx at 150 to 175 percent of their depreciation amortization.  We don't think that the unit economics worked at all here in terms of the capital per square foot, and I'm not gonna bore you with all the dollars per square foot costs.

The thing you have to focus, and your listeners have to focus on, is the returns on



CONFIDENTIAL

Equinix_049143

investment, and that's where on an EBIT basis, the numbers are just laughably low.  They're 2 percent at DLR and they're 5, 6 percent at EQIX, and even if you add back the depreciation, the numbers are still single digits for DLR, and low double digits for EQIX.

But if CapEx is 150 to 175 percent of your depreciation, then your EBIT is overstated in our view, if you're not growing on a real basis.  And we don't think they're growing on a real basis, in fact DLR is shrinking on a real basis.  It gets back, one of the real cruxes of our story, which is that depreciation is not only a real expense, it may be understated for these companies.

COMPOUND248: And most of them sort of guide to a pretty low quote "maintenance CapEx number", is that right?

MR. CHANOS: Yeah, so here's how that works. The maintenance CapEx number, the company saves roughly 10 percent of their total CapEx.  So they're on a 15 year life on average, if you look at just total depreciation to capital employed.  So that means that they're telling you with a straight face that the maintenance CapEx for the air conditioning, and the HVAC, the forklifts, the rack (inaudible), is 150 years, and 150 years is of course absurd.



CONFIDENTIAL                                    Equinix_049144

It was finally explained to us by an insider, a year or so ago, what was going on here. And what was going on, was simply the fact that if you tell your auditors and your internal audit people, say the air conditioning goes at a data center, and you gotta replace the air conditioning, you have no choice, you have to replace the air conditioning. If you replace the air conditioning, and you can say that you will bring in one new tenant, or you'll be able to raise rents on any kind of meaningful number of existing tenants, you can call the entire ticket growth CapEx.

So even though the HVAC has to be replaced, no matter what, it's now considered growth CapEx, because it will add to the economics of the data center. And that's of course absurd. That's just an accounting joke.

COMPOUND248: I presume the fact these are campuses where they build them in phases, probably also allows them to muddy the water between what's being maintained and what's being expanded.

MR. CHANOS: I think that's right. Again, if you just look at the returns on incremental investment, you'll see that they're in some cases negative, but certainly way below the cost of capital.



CONFIDENTIAL                                              Equinix_049145

And then of course you have the problem of Digital Realty, which is now trying to sell data centers, and telling you with a straight face that it's 2.5 billion, 2.7 billion of CapEx is all growth.  Well wait a minute, if you strapped for cash and you're trying to sell assets, why don't you just cut back on your growth CapEx?  And we haven't gotten a good answer to that.

COMPOUND248: Maybe that feeds into this. They obviously have commitments to develop, they've signed agreements with potential customers where they have to deliver megawattage in certain areas near Dulles Airport, Northern Virginia, et cetera.  I hear you saying they're actually at a state where they have to strip the legacy data centers, most legacy assets, and try to sell those.  How else do these guys fund builds?  Because they are REITs, so they're a little capital constrained around reinvestment.

MR. CHANOS: Exactly, and the problem that Digital Realty has, is the cash burn.  Inclusive of distributions, and before asset sales or acquisitions, we had them burning 2.7 billion dollars last year.  So that's about 220, 230 million a month.  230 million a month is quite a cash burn, and that's gotta be financed, or asset sales need to be done, just to keep



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

Equinix_049146

the lights on.  That's before acquisitions.

COMPOUND248: That's on a 30 billion dollar market cap, right?

MR. CHANOS: Yeah.

COMPOUND248: That's a lot.

MR. CHANOS: It's a lot.  Exactly.  I think that particularly in an environment where capital is gonna be more expensive, the need to raise that amount of money every month, is gonna become an increasing issue here.  And on top of that, when you've got private equity now turning better to the sell side than the buy side, a natural buyer of these assets is turned into a seller competing with you.  And then of course you've got some of the more troubled, smaller cap players, who are looking to sell assets as well, like Sixterra, or even Digital Realty's Singapore listed REIT, which is trying to sell assets.

So, a lot of the positive flywheel stuff that was occurring through 2022, has now reversed. Let's face it, these stocks are still trading, they're trading at a hundred times earnings, and unlike towers, and unlike warehouses, where you could argue that you can use an NOI or an EBITDA basis, I think that for the legacy data center guys, these are technology operating businesses.  They're service



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL                                    Equinix_049147

companies, and they should be valued really like a tech company. And they don't hold water at a tech company valuations, not at a hundred times.

COMPOUND248: And I guess maybe just building on that point a little bit, a DLR, my impression is, it's also attempting to de-lever at the high end of a leverage range, which at the same time they're attempting to quote "expand" with new growth CapEx, sell assets, and we have this interesting interest rate environment. So I wonder just how you think about the intersection of interest costs rising, and the need to raise capital, and how that ties out to the unit economics.

MR. CHANOS: So again, DLR is the weakest of the big players here. And you're right, so net debt and preferred, is a little over 19 billion dollars on 2.2 billion of EBITDA, you're almost at 9 times leverage.

COMPOUND248: That's almost real money.

MR. CHANOS: That's almost real money, and we don't think it's investment grade, by the way. The rating agency still have these guys just barely at investment grade. I don't think it is, not with the negative free cashflow and where the leverage is going. They run the real risk of being downgraded to



CONFIDENTIAL

junk, sooner rather than later, which will of course increase their funding cost dramatically. But here's the thing, they were successful in selling green bonds and basically selling a lot of fixed rate debt over the past handful of years, to their credit.

Their interest costs on net debt last year was, I believe 1.6 or 1.7 percent. Now that's the good news. The bad news is it's only going up from those levels as it gets re (inaudible).

COMPOUND248: That's largely unsecured, so they have a reasonable amount of flexibility as it relates to selling assets and what not?

MR. CHANOS: Yeah, yeah, they do. But again, your interest costs are only going up, and they're not going down. And by the way, Equinix, their interest costs on net debt was below 3 percent last year. So these guys have really, have had it in a very good way, and again, to their credit, they locked a lot of those rates. But again, with negative cashflow, and asset sales, whatever, the cost of debt capital is only going up for them.

COMPOUND248: Do you have a sense for if they do a new build today, what the stabilized yield really is, if they start a new project? And then I'm trying to tie that back to this financing cost. I presume


CONFIDENTIAL

the yields have not risen as much as their financing costs have risen.  I could be wrong about that.

MR. CHANOS: Their financing costs on the margin have clearly risen more.  It all depends on how you define this CapEx.  This is the fulcrum part of the Bear case, is these guys will tell you their cash on cash marginal return is high teens, low twenties on a stabilized center, and I can't even get to a fraction of that.  It gets to back to this, how are you defining the money you plow right back into the business that never seems to generate any free cashflow, and with DLR's case, with no real revenue growth after inflation.

And so I think that it's semantics.  If you're ignoring 90 percent of your CapEx in calculating your returns, I think you're not only fooling the market, you're fooling yourself.

COMPOUND248: In case the average listener is curious, someone like DLR will state that they basically sell space and power, and you would think, well with power costs going up, that must be clearly negative.  In general power is a pass through.

MR. CHANOS: It's a pass through for DLR, it is not a pass through for Equinix, they go out and hedge.



CONFIDENTIAL                                                    Equinix_049150

COMPOUND248: Got it.  We've talked about the rate environment and the overstated economics of these, but we haven't really talked about is how the current macro tech environment does or does not intersect with your thesis.

I would just assume as a layperson on the outside, that with the slowdown in tech spending, and the big cutbacks, both at the hyperscalers, but also in the VC community, I could see crosswinds there. That on the one hand, that slows demand, maybe on the other hand, it slows these hyperscalers investments into new data centers themselves.  I just wonder if you have any thoughts on that milieu.

MR. CHANOS: Well growth of the hyperscalers is downshifting dramatically, you know that, cause it's gone from basically 4 -- 30 and 40 percent to 10 and 20 percent.  There's no doubt that the hyperscalers are seeing a slow down.  Now, they were taking share from the legacy guys.  Legacy guys weren't growing that fast.

So the question will be going forward, the legacy guys start to claw back share because the total growth of the market is still strong, or is this a general downshift in data demand that's just gonna keep downward pressure on occupancies and rents.  That



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

Equinix_049151

remains to be seen.  We'll see.

COMPOUND248: You were talking about, what I presume are fairly thoughtful financial buyers, whether it's Blackstone or DigitalBridge, or Brookfield, what are they claiming to see that you just strongly disagree with?  Would you say it's the same maintenance CapEx, or do you think there's something different going on there?

MR. CHANOS: I've had enough run-ins with private equity through my forty years, that sometimes they see things, and sometimes they don't.  And often at the end of long cycles, they end up doing -- because they have money to put to work, they end up doing things they regret later, and I seriously agree that that's what's happened here.

That in fact, this business, once they got into it, they got into it on the later side, is not what it appears to be, and as you know probably, most of these deals were financed in their mortgage REITs or in pools that were not their buyout pools.  They're basically earning a management fee off the committed capital, and I would bet at this point they're not expecting to see much in the way of performance fees.

Now my friends at DigitalBridge are a whole lot different.  I think they've just totally drank the



CONFIDENTIAL

Equinix_049152

Kool-Aid as they got out of traditional real estate and embraced the digital model, and it's everything they do.  So the highest prices paid have been paid by DigitalBridge for these assets.  If we're right, that's not good news for DigitalBridge shareholders, because I think that the equity AUM then has the risk of being mismarked.

COMPOUND248: Understood.  Listeners will not.  We have a podcast with DigitalBridge and Marc Ganzi, and they can go listen to his perspective.  I don't think they would deny that they're paying premium multiples.  I think they believe they have a strategic growth plan to be able to bring customers and also new geographies.  These turn into development platforms.  I can imagine some of your perspective on that.

MR. CHANOS: I would say that if you're paying 40 times existing EBITDA you had better hope that that happens.

COMPOUND248: If you were a financial buyer, what would you be looking for?  How would you think about valuing these assets?

MR. CHANOS: I wouldn't be in this business.  I don't think there's an economic return in it.  And I don't wanna be competing with Amazon, Google, and



CONFIDENTIAL                                                    Equinix_049153

Microsoft.

COMPOUND248: General good rule of thumb. What cap rate is Digital Realty implied at today?

MR. CHANOS: We just did the numbers this morning apropos of what Wells Fargo pointed out, and Wells Fargo said they're seeing a number of deals being priced in the 8 to 10 percent cap rate in the private arena, and we've been kinda sounding that alarm as I mentioned earlier. As of last night's close or this morning's open, we had Digital Realty at a 5.4 implied cap, and we had Equinix at a 5.6 percent implied cap. At an 8 percent implied cap, the downside to the stocks was considerable.

COMPOUND248: Yeah, I presume that would put them --

MR. CHANOS: Way down.

COMPOUND248: Especially DLR would be down 70 plus or something like that.

MR. CHANOS: DLR to be down 70 plus has to be a 9 or 10 cap, but it still is a long way down from where the stocks are. Digital Realty's own subsidiaries, DCRU REIT in Singapore, trades at a 9 cap. Sixterra trades at a 9 cap. GDS, the Chinese data center company, it trades at the New York Stock Exchange, trades at 9 cap. So there's plenty of



CONFIDENTIAL                                              Equinix_049154

publicly traded comps right now trading at 9 caps. And then you've got the two big guys sitting there at a 5 caps.

COMPOUND248: I think Sixterra, on top of having its own 9 cap and economic troubles, may also be a substantial customer of DLR. I could be wrong.

MR. CHANOS: In their DCRU REIT, there are I think over 20 percent of that, and I think quite a bit less however, in the consolidated. But still a major client.

COMPOUND248: Let's imagine five years from now, you're looking from the perch of March 2028, somehow the financial system has not collapsed between now and then. If you're wrong, what do you think happened that cause data center equities to outperform? What are the risks to the short?

MR. CHANOS: I think risks to the short are a pick back up in total data center usage, of the back of AI, or what have you, and firm pricing, and returns on capital that begin to climb above cost of capital. People ask us where you're gonna be wrong, where would you change your mind? I said show me ROICs above the cost of capital for a heavily leveraged business, and I'll change my mind. But we are so far below that level, that I think from here to there is gonna be a



CONFIDENTIAL                                                    Equinix_049155

pretty bumpy road.

COMPOUND248: I presume to some extent, if these are really call it 7 or 8 cap businesses, in today's financing environment, we're just not going to see as much new build, certainly speculative new build, and so if I'm trying to think five years from now, I could see perhaps the supply tightening a bit, which might allow pricing power --

MR. CHANOS: Now wait a minute, I thought there was all this growth CapEx from these guys. You can't have it both ways.

COMPOUND248: I'm trying hard to give the other side. The other would be, I guess, a return to QE and very low interest rates which just bails them out on the debt side.

MR. CHANOS: If you like this business, buy Microsoft or Amazon. They're cheaper. They're better businesses and they're cheaper. That's the ultimate irony here, is that the hyperscalers who have a higher return, higher growth, returns on capital, multiples of the legacy guys, trade at lower cashflow multiples than the big REITs.

COMPOUND248: That's a fascinating framing, that the handful of best businesses in the world, trade cheap to a bunch of buildings in Northern



CONFIDENTIAL    Equinix_049156

Virginia.

MR. CHANOS: In our hedge fund, we're long the Nasdaq, the QQQ, we're long those guys in effect, and short the data centers.

COMPOUND248: Well I think that's a wonderful bow to put on the data center side.  I believe you have a broader commercial real estate worry, and for those listening in the future, this is March of '23, and we've just had a few bank failures.

I think I've heard you talk a bit about one of your concerns, is that there are a lot of banks chock full of CRE, especially in the office side that you might worry about.  And I wonder if you could give us a minute or two on your perspective there.

MR. CHANOS: My firm's history of commercial real estate goes way back.  Our first big score in the late 80s was in the commercial real estate arena on the back of the S&L crisis, and the tax sheltered law changes in the late 80s.  We were short a bunch of real estate syndicators, and S&Ls, and real estate companies, and the wreckage that occurred there was kind of epic in terms of what it did to the banking system and S&Ls.

And interestingly enough, the S&Ls started out as a rate duration problem in the late 70s, early



CONFIDENTIAL                                    Equinix_049157

80s, and then morphed into a credit problem, and a fraud problem, as the 80s went on.  And we just saw in the last two weeks in the U.S. was a credit duration problem, not an asset problem in terms of quality.  It really was banks that took on excess deposits and gambled in the bond market that sunk --

COMPOUND248: My trademark phrase is Silicon Valley Bank drowned in deposits.

MR. CHANOS: It did.  It did.  That's a great way to put it.  First Republic to a lesser extent with fixed rate mortgages.  But we saw signs of problems, interestingly didn't get short, but saw signs of problems in the office sector beginning in 2019, pre-pandemic.  Office rents and office occupancy peaked in 2018.  We kind of forget that there was a building boom going on in most cities, --

COMPOUND248: And we worked.

MR. CHANOS: -- prior to the pandemic.  Yeah. And so it became apparent to us, I'm talking to you from Miami, I have partners who are in Chicago, New York City, and elsewhere, it became apparent that a lot of service businesses were not going back to five days a week in the office, post pandemic, and that incremental demand for office space was going to downshift.



CONFIDENTIAL

So we got short the office REITs in 2020 and watched to our horror as the stocks outperformed in 2021, as people saw them as safe, meanwhile as the vacancies increased, rent rolls dropped, and then in 2022 and 2023 they've had their come up is.

The office REITs are down dramatically, and we're not as short as we were back a year ago, but what it also underscored for us as it relates to data centers, some multi-family, we're short an odd REIT, outside of the U.S. as well is the insidious nature of really low CAF rates, for real estate investors.

And again, we kind of touched on it in our discussion on data centers, but when you are paying 3 caps, and 4 caps, and 5 caps for commercial real estate, everything has to go right, because that's a gross cashflow number.  I would point out there's two big problems with that.  The first problem is, is that doesn't include corporate overhead, and for most publicly traded REITs, that's anywhere from 50 to 150 basis points of capital a year, is in overhead.  And we suspect a lot of companies are now putting more and more building operating expenses in SG&A, to make their NOIs look better, if you will.  That's number one.

Number two, particularly as it relates to

 
CONFIDENTIAL                                    Equinix_049159

offices, but we think also to a lesser extent in other areas spreading, the cost to relet a property is capitalized.  So you can capitalize your broker commissions, you can capitalize tenant improvements, you can capitalize free rent, and write it off over the estimated life of the lease.  So we urge people to take a look at CapEx which you would think in a contracting environment, might be declining.

In fact in many of these companies it's not. It's actually increasing, because all of the incentives are being capitalized.  So you really have to look now at the NOI adjusted by a few different things.  And so if you were paying a 4 or 5 cap for an office, the real economics might've been a 1 or 2 cap. That just doesn't work if your duration of your lease is 7 to 12 years.  And so that's the re-rating problem, just on rates, that commercial real estate has before we get to credit.

Just the risk reward didn't look good to us in 2020 and 2021, and then in data centers in 2022 in some of these areas, because you're just not getting compensated on a real true cashflow basis for the risks you're taking.  And then you get the externalities, Local Law 97 in New York.  Are you familiar with that?



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL                                    Equinix_049160

COMPOUND248: No, I'm not.

MR. CHANOS: A lot of people aren't.  And so for example, New York City passed a law.  It's an ordinance now, it's law, it's being challenged, that all buildings above a certain, I think it's 25,000 square feet, have to be completely green in terms of their energy sources, starting next year.  And even One Vanderbilt, the big SL Green modern building which has gas turbines in the basement, it has this elaborate state of the art cooling system in the walls, is not compliant.

COMPOUND248: So this goes back in time, it's not just for new buildings?

MR. CHANOS: It's retroactive, including residential.  And the reason for that is they're gonna charge fines if you're not compliant.  And when I said to somebody, well nobody's gonna be compliant, my friend in the city government says, exactly.  It's a backdoor way to raise property taxes.

COMPOUND248: So to your point, the cashflow, even the cashflow that we see at least in New York city --

MR. CHANOS: Might be questionable.  You were at the subject; you can't move the asset.  It's the advantage and disadvantage of real estate, location.



CONFIDENTIAL

Equinix_049161

But it's not portable.  You can't threaten to move the business across the river or to Florida.  And so for all those reasons, commercial real estate was really an attractive asset on the way up, it becomes in bad markets, poor credit markets, a really bad asset, and everybody forgets that.

From '88, '89, the peak in New York city real estate, at that cycle, New York city real estate did not begin to recover until '95 or '96, and everyone kind of forgets that.  And so I think that you have to be really careful if you're a REIT investor or a real estate investor, don't just take FFO, or AFFO, or NOI at face value, because there's so many moving parts now that are below that surface, that will impact valuations that you might not be aware of.

COMPOUND248: Sounds like you have to be really careful if you're a bank investor too.

MR. CHANOS: Yeah.  The regional banks have most of the exposure.  Again, I think what happened in the last couple weeks since we've been talking, has really been much more about bond and fixed mortgage portfolios than credit.  I don't think we've seen the credit problems yet.

COMPOUND248: Well on that ominous note, it's



CONFIDENTIAL

a perfect way to wrap up discussion on shorting. Before we do, we'd love to seek advice from the people who are sharing wisdom with us, and so I was wondering if maybe I could get two questions of advice.

The first, I've seen over time, that when a short thesis comes out on a company, so many CEOs lash out at the short seller, et cetera. It almost turns into its own sort of flags for other short sellers to come take a look. If you were a non-fraud CEO, and you found yourself the focus of a thoughtful short thesis, what do you say is the most effective way for them to handle that?

MR. CHANOS: One of the gold standards was what Reed Hastings did a number of years ago to a bear thesis where he just rebutted it point by point, thoughtfully, without recrimination, and say well we think he's wrong because of this. And I have that happen to me years and years ago as a young analyst, when I had put a short recommendation on a well known company back when I was in the sell side, and the company actually invited -- very rarely do companies invite short sellers to come to see their operations.

And the CEO invited me out to where they were and spent the day with me, and -- with his CFO and thoughtfully rebutted what I believed. I think I



CONFIDENTIAL                                    Equinix_049163

was right on about half of it, and I think they ended up being right on about half of it.  But that is always a far better approach then saying these are outrageous, lies, and then you don't address it.

Because at the end of the day, if you have this sort of Clinton-esq non denial, denial, and companies are very good about that, they'll say well this is a gross exaggeration, or this isn't -- and yet they won't address the actual points of what the short seller is alleging, then you're opening yourself up to further scrutiny, I think.  And having opinions about facts is what makes markets.

We don't put out big reports, that's not our business model.  I'm happy to post things from time to time if we have observations, but we don't put out 40 page reports on short candidates, but I defend the right of any short seller to do that, as long as you are basing your opinions on facts, and you're not knowingly misstating the facts.  And that standard applies to both bulls and bears.  People get exercised about short sellers doing this, and I keep saying, yeah, well you should see the 48 buy recommendations I get on my portfolio every morning in my inbox.

No one says boo about that, and yet if a short seller puts something out, they're held to a



CONFIDENTIAL                                    Equinix_049164

much higher standard.  And that's by the way how it's always been, and any professional short seller knows that.  As they say in the Godfather II, this is the business we've chosen.  You've known this.  But on the other hand, I don't think short sellers should be held to any higher or lower standard than anyone else.

You cannot trade on or induce others to trade on information you know to be false.  And that's the bright line, that as long as you are on the right side of that line, your opinion is based on the facts, is worth hearing, then the market should hear it.

COMPOUND248: And to your point, if you're wrong, it sounds like the best way for management to address it is through a non-emotional, fact based rebuttal, and through execution.

MR. CHANOS: Yeah.  Given the risks on the short side, and the asymmetry of returns on the short side, if the short seller's wrong, they're gonna know it.

COMPOUND248: I said I'd have advice for two different groups.  The second, you've not just survived the hedge fund industry, you've survived it in the hardest possible way, betting against, what does Buffet call it, the American Tide of every boat getting lifted, and you're out there finding a few



CONFIDENTIAL

Equinix_049165

that maybe aren't seaworthy.  So, for the aspiring fund manager, what are the couple things that you think that are critical for them to get it right when they're first beginning, or inverted, what are the few mistakes you see managers make, that sort of undermine them in the long run?

MR. CHANOS: You have to have a variant perception.  You're not gonna outperform the market if you believe the same things the market believes.  And you might by the way do just fine, but it will be all beta.  And at the end of the day, this market has been pretty vicious in terms of competitiveness in not paying for beta.

Some exceptions to that rule, at the end of the day, if you're just performing in line with the broad market, you're not adding any value to anybody.  So what that means by definition is, you do have to have variant perceptions, and you have to be willing to back those variant perceptions.

There's a lot of asymmetries between the short side and the long side, but one of the good asymmetries is that if I have a fundamental thesis at like data centers, it's really easy for me to find out what the other side is.  I'll get attacked, we talk to the street, we pay commissions, we have access to the



CONFIDENTIAL                                            Equinix_049166

sell side, it's quite easy to see highly paid, highly motivated people, and what they're thinking about stocks bullishly.

But it's not so easy sometimes to hear the bear case on something, or hear the thoughtful bear case on something.  That asymmetry is one of the few advantages to the fundamental short side.  You will have your hypothesis tested completely, should you want it to be as a short seller, because there will be no shortage of people telling you why you're wrong. And if after that you still think that your view of the facts is correct, and your opinion's based on those facts are correct, then you have a variant perception that maybe profitable.

And that applies to the long side as well. If you're going to be successful, you've got to do better than the market over time, and the only way you're gonna do that is to have a viewpoint that is different from the market's viewpoint, in a meaningful way at major points.  And so that general view on investing life I think applies to whether you're a value buyer or fundamental short seller.

COMPOUND248: Well I for one, appreciate your willingness to take your variant perceptions, put the skeptical perspective out there publicly and share it,



CONFIDENTIAL                                    Equinix_049167

and take the arrows, and in particular and I hope others will hear this, I appreciate it the most when it's a business I'm actually interested in owning, because it helps me refine my own thinking, and see my own soft spots.  I'm grateful for what you're doing.  I'm grateful for your time and thank you.

MR. CHANOS: My pleasure.  Thank you.

AUTOMATED MESSAGE: To find more episodes of Breakdowns ranging from Costco, to Visa, to Moderna, or to sign up for our weekly summary, checkout joincolossus.com.  That's j-o-i-n-c-o-l-o-s-s-u-s.com.

(End of Recording)



CONFIDENTIAL

Equinix_049168

CERTIFICATE OF TRANSCRIPTIONIST


I, CATHERINE YODER, hereby certify that I was authorized to and did transcribe the provided recording and that the foregoing transcript is a true transcript of said electronic recording, which is available at https://podcasts.apple.com/us/podcast/jim-chanos-a-short-thesis-on-data-centers/id1559120677?i=1000609441360, to the best of my ability.

I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.


DATED this 21st day of May, 2025.




_____

Catherine Yoder

**$**

**$1.00**
8:14

**$11.00**
8:13,19

**1**

**1**
28:14

**1.6**
17:7

**1.7**
17:7

**10**
12:19
19:16
22:7,20

**12**
28:16

**15**
12:20

**150**
11:18
12:6,24,
25 27:19

**175**
11:19
12:6

**19**
16:16

**2**

**2**
12:2
28:14

**2.2**

16:17

**2.5**
14:3

**2.7**
14:4,22

**20**
8:21 9:15
19:17
23:8

**2016**
7:9 8:11,
14,25
9:24

**2017**
9:24

**2018**
26:15

**2019**
26:13

**2020**
10:9 27:1
28:20

**2021**
10:9 27:3
28:20

**2022**
10:20
15:19
27:5
28:20

**2023**
10:21
27:5

**2028**
23:12

**220**
14:23

**23**
25:8

**230**

14:23

**25**
10:8,19

**25,000**
29:5

**3**

**3**
17:16
27:13

**30**
10:8,19
15:2
19:16

**4**

**4**
19:16
27:14
28:13

**40**
10:7
19:16
21:18
32:15

**48**
32:22

**5**

**5**
12:3 23:3
27:14
28:13

**5.4**
22:11

**5.6**
22:11

**50**
8:14,19
27:19

**6**

**6**
12:3

**7**

**7**
24:3
28:16

**70**
22:17,19

**70s**
25:25

**8**

**8**
22:7,12
24:3

**80s**
25:17,19
26:1,2

**88**
30:7

**89**
30:7

**9**

**9**
16:17
22:20,22,
23,25
23:1,5

**90**

18:15

**95**
30:9

**96**
30:9

**97**
28:24

**A**

**absurd**
12:25
13:16

**access**
34:25

**accessing**
6:12

**accounting**
5:20
13:17

**acquisition
s**
14:21
15:1

**activity**
10:2

**actual**
32:9

**add**
11:12
12:4
13:15

**add-on**
5:13

**adding**
34:16

**address**
32:4,9
33:14



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

Equinix_049170

adjusted
  28:12

advantage
  29:25

advantages
  2:7 35:7

advice
  31:2,4
  33:20

advisor
  3:9

affiliates
  2:15

AFFO
  30:13

agency
  16:22

agree
  20:14

agreements
  14:11

AI
  23:19

air
  5:2 12:23
  13:5,6,7,
  8

Airport
  14:13

alarm
  22:9

alleging
  32:10

Amazon
  5:9 21:25
  24:17

American
  33:24

amortizatio
n
  11:19

amount
  15:8
  17:11

analysis
  7:14

analyst
  31:18

app
  6:12

apparent
  26:19,21

appears
  20:18

appetite
  3:18

applies
  6:1 32:20
  35:15,21

approach
  32:3

apropos
  22:5

areas
  14:12
  28:2,21

arena
  22:8
  25:17

argue
  15:22

arrows
  36:1

art
  29:10

aspects
  9:8

aspiring
  34:1

asset
  14:21,25
  17:20
  26:4
  29:24
  30:4,5

assets
  3:6 6:24
  14:6,15
  15:12,15,
  17 16:9
  17:12
  21:4,22

assume
  19:6

asymmetries
  34:20,22

asymmetry
  33:17
  35:6

attacked
  34:24

attempting
  16:6,8

attractive
  30:4

audit
  13:4

auditors
  13:4

AUM
  21:6

AUTOMATED
  2:2 36:8

average
  4:13,17
  12:20
  18:18

aware
  30:16

AWS
  5:9 9:23

Azure
  9:23

---

**B**

B-
  3:11

back
  2:19 7:7,
  14 12:4,
  10 14:6
  17:25
  18:9,10
  19:22
  23:18
  25:16,18
  26:22
  27:7
  29:12
  31:20
  34:19

backdoor
  29:19

bad
  5:16,20
  9:18 17:8
  30:4,5

bails
  24:14

balance
  5:20

bank
  25:9 26:8
  30:18

banking
  25:22

banks

25:11
  26:5
  30:19

barely
  16:22

based
  33:10,14
  35:12

basement
  29:9

basically
  6:19 7:3
  17:4
  18:20
  19:16
  20:21

basing
  32:18

basis
  2:18
  7:23,25
  8:22
  12:1,8,9,
  10 15:23
  27:20
  28:22

bear
  3:2 18:6
  31:14
  35:5

bears
  32:20

began
  9:23 10:4

begin
  4:7 23:20
  30:9

beginning
  2:1 4:11
  26:13
  34:4



CONFIDENTIAL

Equinix_049171

believed
31:25

believes
34:9

beneficiaries
7:17

bet
20:22

beta
34:11,13

betting
33:23

big
5:5 6:3
11:2,10
16:15
19:8 23:2
24:22
25:16
27:17
29:8
32:13

billion
14:4,22
15:2
16:16,17

bit
4:5 7:5,
16 8:17
11:3 16:5
23:8 24:7
25:10

Blackstone
20:4

boat
33:24

bond
26:6
30:22

bonds

17:3

boo
32:24

boom
26:16

bore
11:22

bout
10:24

bow
25:6

Breakdowns
2:3,11,20
36:9

bright
33:9

bring
2:10 3:8
13:9
21:13

bringing
2:25

broad
34:16

broader
3:3 25:7

broker
28:3

Brookfield
20:5

Buffet
33:24

build
11:6,8,11
13:19
17:23
24:5,6

building
16:4
26:15

27:22
29:8

buildings
24:25
29:5,13

buildout
9:12

builds
14:17

Bull
10:3

bullishly
35:3

bulls
32:20

bumpy
24:1

bunch
24:25
25:19

burn
14:20,24

burning
14:22

business
2:2,3,5,
6,8,20
5:17,18
6:7 7:8,
9,16
10:15
18:11
20:16
21:23
23:23
24:16
30:2
32:14
33:4 36:3

businesses
3:15 5:24

15:25
24:3,18,
24 26:22

buy
7:20
15:12
24:16
32:22

buyer
15:12
21:20
35:22

buyers
10:13
20:3

buying
10:4,18

buyout
20:20

BYTE
3:10,13,
25

——————

C

——————

CAF
27:11

calculated
8:12

calculating
18:16

call
4:7 5:8,9
13:11
24:3
33:24

called
5:4,8

calling
6:20

campus
11:12

campuses
13:19

candidates
32:16

cap
11:1
15:3,15
22:3,7,
11,12,20,
23,25
23:5 24:3
28:13,14

capacity
9:16

Capex
8:23 9:22
10:17
11:18
12:6,15,
18,19,23
13:12,14
14:4,7
16:8
18:5,15
20:7
24:10
28:7

capital
5:23,25
6:1 7:2,
9,11 8:5,
13,19
10:15
11:9,21
12:21
13:25
14:18
15:7
16:12
17:20
20:22
23:20,23



CONFIDENTIAL                                          Equinix_049172

24:20
27:20

**capitalize**
28:3,4,5

**capitalized**
28:3,11

**caps**
23:1,3
27:14

**careful**
30:11,18

**carefully**
3:22,25

**case**
3:2 7:24
10:3,23
18:6,12,
18 35:5,6

**cases**
7:11,24
13:24

**cash**
8:20
14:5,20,
24 18:6,7

**cashflow**
10:18,19
16:24
17:19
18:12
24:21
27:16
28:22
29:20,21

**center**
3:2 4:16
6:9,15
7:20
9:12,15,
16 11:8,
9,18
13:5,16

15:24
18:8
22:24
23:15,18
25:6

**centers**
4:8,24,25
5:5,16
6:1,3,20
10:5,22,
25 14:2,
15 19:12
25:4
27:9,13
28:20
34:23

**cents**
8:20

**CEO**
31:9,23

**CEOS**
31:6

**cetera**
5:10
14:13
31:7

**CFO**
31:24

**challenged**
29:4

**change**
23:22,24

**changing**
10:3

**Chanos**
2:24 4:18
6:16 7:7
8:9,24
9:7 11:16
12:17
13:22
14:19

15:4,6
16:14,20
17:13
18:3,23
19:14
20:9
21:17,23
22:4,16,
19 23:7,
17 24:9,
16 25:2,
15 26:9,
18 29:2,
14,23
30:19
31:13
33:16
34:7 36:7

**charge**
8:22
29:16

**charges**
3:24

**cheap**
24:25

**cheaper**
9:12
24:17,18

**check**
2:11

**checkout**
36:10

**Chicago**
26:20

**Chinese**
22:23

**chock**
25:12

**choice**
13:7

**chosen**
33:4

**cities**
26:16

**city**
26:21
29:3,18,
22 30:7,8

**claiming**
20:5

**claw**
19:22

**client**
23:10

**climb**
23:20

**Clinton-esq**
32:6

**close**
22:10

**closed**
10:7

**cloud**
5:8,10

**co-location**
4:24 5:15
6:17

**collapsed**
23:13

**commercial**
3:3 25:7,
15,17
27:14
28:17
30:3

**commissions**
28:4
34:25

**commitments**
14:10

**committed**
20:21

**communicati ons**
3:17

**community**
19:9

**companies**
8:16
12:13
16:1
25:21
27:21
28:9
31:21
32:7

**company**
12:18
16:2,3
22:24
31:6,20,
21

**compensated**
28:22

**competing**
15:13
21:25

**competitive**
2:6

**competitive ness**
34:12

**competitors**
9:6,19

**completely**
29:6 35:8

**compliant**
29:11,16,
17

**Compound248**
2:19 4:2
6:10,19
8:8,21,25
11:3



CONFIDENTIAL                                                Equinix_049173

12:14
13:18
14:9
15:2,5
16:4,19
17:10,22
18:18
19:1 20:2
21:8,20
22:2,14,
17 23:4,
11 24:2,
12,23
25:5
26:7,17
29:1,12,
20 30:17,
25 33:12,
20 35:23

comps
  23:1

concerns
  25:11

conditionin
g
  5:2 12:23
  13:5,6,7,
  8

confusion
  11:12

connections
  5:4

connectivit
y
  3:16

considerabl
e
  22:13

considered
  13:14

consolidate
d
  23:9

constrained
  14:18

continue
  2:22 9:10

continued
  7:12

contracting
  28:8

conversatio
ns
  2:4

cooling
  29:10

core
  11:7

corporate
  27:18

correct
  35:12,13

correlates
  9:3

cost
  5:25 7:2
  11:11
  13:25
  17:2,20,
  25 23:20,
  23 28:2

Costco
  36:9

costs
  8:18
  11:23
  16:11
  17:6,14,
  16 18:2,
  3,21

couple
  30:21
  34:2

CRE
  25:12

credit
  17:5,18
  26:1,3
  28:18
  30:5,23,
  24

credulous
  2:25

crisis
  25:18

critical
  34:3

crosswinds
  19:9

crunch
  4:9

cruxes
  12:11

curious
  18:19

current
  19:4

customer
  23:6

customers
  14:11
  21:13

cut
  14:6

cutbacks
  19:8

cyber
  4:22

cycle
  30:8

cycles
  20:12

D

data
  3:2,18
  4:8,15,
  19,23,25
  5:4,11,
  14,16
  6:1,3,9,
  15,20
  7:18,20
  9:14,16
  10:5,22,
  25 11:7,
  9,18
  13:5,15
  14:2,15
  15:24
  19:12,24
  22:24
  23:15,18
  25:4,6
  27:8,13
  28:20
  34:23

day
  5:23 8:4
  31:24
  32:5
  34:11,15

days
  26:23

DCRU
  22:22
  23:7

de-lever
  16:6

deals
  10:8
  20:19
  22:6

debt
  10:17

16:15
17:4,6,
16,20
24:15

decisions
  2:18

decline
  7:2

declining
  28:8

deep
  2:4

defend
  32:16

define
  18:5

defining
  18:10

definition
  34:17

deliver
  14:12

demand
  7:1
  19:10,24
  26:24

denial
  32:6

deny
  21:11

department
  4:20

depends
  18:4

deposits
  26:5,8

depreciatio
n
  11:17,19
  12:4,7,



CONFIDENTIAL                                      Equinix_049174

12,21

**develop**
14:10

**development**
21:14

**dichotomy**
6:6

**digital**
2:21 3:7,
10,15
6:24 7:24
8:12,13
11:6,10
14:1,20
15:16
21:2
22:3,10,
21

**Digitalbridge**
20:4,24
21:4,5,9

**Digitalbridge's**
10:6

**digits**
11:1 12:5

**disadvantage**
29:25

**disagree**
20:6

**disastrous**
11:2

**discovered**
10:4

**discussed**
2:16

**discussion**
4:6 27:13
31:1

**distributions**
14:21

**distributor**
4:1

**dive**
4:12

**diving**
2:4

**DLR**
7:24
12:3,5,10
16:5,14
18:19,23
22:17,19
23:6

**DLR's**
18:12

**dollar**
15:2

**dollars**
11:22
14:22
16:16

**double**
12:5

**doubt**
19:17

**downgraded**
16:25

**downshift**
19:24
26:25

**downshifting**
19:15

**downside**
22:13

**downward**
19:25

**dramatically**
17:2
19:15
27:6

**drank**
20:25

**dropped**
27:4

**drowned**
26:8

**Dulles**
14:13

**duration**
25:25
26:3
28:15

**dynamic**
9:18

_____

**E**
_____

**earlier**
22:9

**early**
25:25

**earning**
20:21

**earnings**
15:21

**easier**
3:7

**easy**
34:23
35:1,4

**EBIT**
12:1,7

**EBITDA**
8:15,16
10:7,8

15:23
16:17
21:18

**economic**
5:25
21:24
23:5

**economics**
8:1 11:5,
15,20
13:15
16:13
19:2
28:14

**effect**
25:3

**effective**
31:11

**elaborate**
29:10

**element**
11:12

**embraced**
21:2

**employed**
12:21

**employers**
2:14

**end**
5:23 8:4
11:7 16:6
20:12,13
32:5
34:11,14
36:12

**ended**
32:1

**energy**
29:7

**enterprise**
4:19

**enterprises**
5:15

**entire**
6:5 9:14
13:11

**environment**
10:14
15:7
16:10
19:2,4
24:4 28:8

**epic**
25:22

**episode**
2:20

**episodes**
2:11 36:8

**epitomizes**
4:24

**EQIX**
12:3,5

**Equinix**
17:15
18:24
22:11

**equities**
23:15

**equity**
10:2,4,
13,21
15:11
20:10
21:6

**estate**
3:3 7:19
21:1
25:7,16,
17,20
27:11,15
28:17
29:25
30:3,8,12



CONFIDENTIAL                                          Equinix_049175

estimated
28:6

ETF
3:10

exaggeration
32:8

exceptions
34:14

excess
26:5

Exchange
3:11
22:25

execution
33:15

exercised
32:20

existing
13:11
21:18

expand
16:8

expanded
13:21

expecting
20:23

expense
12:12

expenses
3:25
27:22

expensive
15:8

explained
13:1

explore
2:5

exposure

30:20

expressed
2:12

extent
24:2
26:10
28:1

externalities
28:24

eye
2:25

——————————

**F**

——————————

fabulous
6:25

face
12:22
14:3
15:20
30:13

Facebook
6:12

fact
9:6 12:9
13:3,18
20:16
28:9
33:14

facts
32:12,18,
19 33:10
35:12,13

failures
25:9

fairly
20:3

false
33:8

famed
2:25

familiar
28:25

Fargo
22:5,6

fascinating
24:23

fast
8:6 19:20

faster
3:19 8:7

favored
6:23

fee
5:13
20:21

feeds
14:9

fees
20:23

feet
29:6

FFO
30:13

fiber
3:16 6:14

figure
11:14

finally
13:1

financed
14:25
20:19

financial
20:3
21:20
23:13

financing

17:25
18:1,3
24:4

find
2:10 9:22
34:23
36:8

finding
33:25

fine
34:10

fines
29:16

firm
23:19

firm's
25:15

fixed
3:16 17:4
26:11
30:22

flags
31:8

flat
7:24

flawed
5:18

flexibility
17:11

Florida
30:2

flow
8:20

flywheel
15:18

focus
5:5
11:24,25
31:10

focused
2:21

fooling
18:17

foot
11:21,22

footprint
11:10

force
11:7

foremost
4:3 5:19

Foreside
4:1

forget
26:15

forgets
30:6,10

forklifts
12:24

forty
3:14
20:10

forward
19:21

found
31:10

fraction
18:9

framing
24:23

fraud
26:2

free
16:24
18:11
28:5

friend
29:18



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

friends
  20:24

fulcrum
  18:5

full
  25:12

fund
  3:13 4:1
  14:16
  25:2
  33:22
  34:2

fundamental
  34:22
  35:7,22

funding
  17:2

future
  25:8

**G**

gambled
  26:6

Ganzi
  21:10

garnering
  5:7

gas
  29:9

GDS
  22:23

general
  18:22
  19:24
  22:2
  35:20

generate
  8:14,19
  18:11

generic
  11:13

generically
  11:6

geographies
  21:14

give
  8:10
  11:13
  24:12
  25:13

global
  3:14

Godfather
  33:3

gold
  31:13

good
  14:7
  17:8,17
  21:5 22:2
  28:19
  32:7
  34:21

Google
  5:10 9:23
  21:25

gotta
  13:6
  14:24

government
  29:18

grade
  16:21,23

grateful
  4:4 36:5,
  6

great
  26:9

green

17:3
29:6,8

gross
  8:20,22
  27:16
  32:8

groups
  33:21

grow
  3:17 8:7

growing
  12:8,9
  19:20

growth
  7:1,18,
  19,20
  13:12,14
  14:4,7
  16:8
  18:13
  19:14,23
  21:13
  24:10,20

guess
  11:11
  16:4
  24:13

guessing
  9:1

guest
  2:24

guests
  2:12,14

guide
  12:14

guys
  9:10,13
  11:2,18
  14:16
  15:24
  16:22
  17:17

18:6
19:19,22
23:2
24:10,21
25:3

**H**

half
  32:1,2

hand
  19:10,11
  33:5

handful
  7:25 17:5
  24:24

handle
  31:12

happen
  31:18

happened
  20:15
  23:15
  30:20

happy
  32:14

hard
  24:12

hardest
  33:23

Hastings
  31:14

hear
  6:19
  14:13
  33:11
  35:4,5
  36:2

heard
  25:10

hearing
  7:3 33:11

heavily
  23:23

hedge
  18:25
  25:2
  33:22

held
  32:25
  33:5

helpful
  6:22

helps
  36:4

high
  11:1 16:6
  18:7

higher
  24:19,20
  33:1,6

highest
  21:3

highly
  35:1

history
  2:6 25:15

hold
  16:2

home
  4:11

hope
  21:18
  36:1

horror
  27:2

host
  2:19

hosting
  5:13



CONFIDENTIAL                                          Equinix_049177

hosts
    2:12,14

hotels
    6:10

hundred
    15:21
    16:3

HVAC
    12:24
    13:13

hyperscaler
    6:17

hyperscalers
    5:9 8:2
    9:4,8,12
    19:8,11,
    14,18
    24:19

hypothesis
    35:8

            I

idea
    8:10

ignoring
    18:15

II
    33:3

imagine
    21:15
    23:11

impact
    30:15

implied
    22:3,11,
    12

impression
    16:5

improvements
    28:4

inaudible
    12:24
    17:9

inbox
    32:23

incentives
    28:11

include
    27:18

including
    3:22
    29:14

Inclusive
    14:20

increase
    17:2

increased
    27:4

increasing
    15:9
    28:10

increasingly
    10:14,25

incredibly
    9:9

incremental
    7:8,10
    8:5 13:23
    26:24

incrementally
    8:19

index
    3:13

indigestion
    10:11

induce
    33:7

Industries
    3:17

industry
    33:22

inflation
    18:13

information
    3:20 33:8

informational
    2:17

infrastructure
    2:21
    3:10,15,
    17 6:24

insatiable
    3:18

insider
    13:2

insidious
    27:10

instance
    6:13

intended
    6:8

intensive
    10:15

interest
    16:9,11
    17:6,14,
    15 24:14

interested
    36:3

interesting
    9:1,7
    16:9

interestingly
    25:24
    26:12

internal
    13:4

internet
    6:11

intersect
    19:5

intersection
    16:11

inverted
    34:4

invested
    8:5

investing
    3:6,22,25
    35:21

investment
    2:18 3:24
    12:1
    13:24
    16:21,23

investments
    3:9 19:11

investor
    7:19
    30:12,18

investors
    2:4,9
    3:23
    27:11

invite
    31:22

invited
    31:21,23

involves
    3:22

IO
    3:10

irony
    24:19

issue
    11:17
    15:10

            J

j-o-i-n-c-
o-l-o-s-s-
u-s.com.
    36:11

Jim
    2:24 4:2

joincolossus.com.
    2:11
    36:11

joining
    4:5

joke
    13:17

junk
    17:1

junkies
    5:24

            K

keeping
    5:11

kind
    11:13
    13:10
    25:22
    26:15
    27:12
    30:10



CONFIDENTIAL                                              Equinix_049178

kinda
  22:8

kinds
  7:15

knowingly
  32:19

Kool-aid
  21:1

_____

       L

_____

landlord
  9:21

large
  9:9

largely
  17:10

largest
  8:12 9:19

lash
  31:6

late
  25:17,19,
  25

latest
  10:24

laughably
  12:2

law
  25:18
  28:24
  29:3,4

layperson
  19:6

leading
  3:14

learn
  2:9

lease

28:6,15

legacy
  4:23 5:4,
  16 6:1,8,
  20 9:10,
  13 14:15
  15:24
  19:19,22
  24:21

legend
  2:24

lesser
  26:10
  28:1

lessons
  2:8

level
  23:25

levels
  10:5 17:9

leverage
  16:7,18,
  24

leveraged
  23:23

lies
  32:4

life
  12:20
  28:6
  35:21

lifted
  33:25

lights
  15:1

lines
  8:23

liquidating
  8:7,9

listed

15:17

listen
  21:10

listener
  18:18

listeners
  4:3 11:25
  21:8

listening
  25:8

Local
  28:24

locale
  9:14

location
  5:1 29:25

locked
  17:18

long
  6:25
  20:12
  22:20
  25:2,3
  32:17
  33:9
  34:6,21
  35:15

loss
  3:23

lot
  5:17
  10:12
  15:5,6,18
  17:4,18
  20:25
  25:11
  26:22
  27:21
  29:2
  34:20

lots

10:1

Louis
  9:16

love
  4:7,12
  7:15 31:2

low
  12:2,5,15
  18:7
  24:14
  27:11

lower
  24:21
  33:6

_____

       M

_____

macro
  19:4

made
  4:8 7:5

maintain
  2:15
  4:19,21
  5:12

maintained
  13:21

maintains
  5:1

maintenance
  5:3 8:23
  12:15,18,
  23 20:7

major
  6:2 23:9
  35:20

make
  9:11,13
  11:3
  27:22
  34:5

makes
  2:7 32:12

management
  3:4 5:21
  20:21
  33:13

manager
  34:2

managers
  34:5

Marc
  21:9

March
  10:25
  23:12
  25:8

margin
  8:15 18:4

marginal
  18:7

market
  5:7 15:3
  18:17
  19:23
  26:6
  33:11
  34:8,9,
  11,16
  35:17

market's
  35:19

marketplace
  6:5

markets
  4:6 30:5
  32:12

matter
  4:16 8:6
  13:14

meaningful
  13:10



CONFIDENTIAL                                           Equinix_049179

means
12:21
34:17

measures
3:14

megawattage
14:12

mentioned
22:9

MESSAGE
2:2  36:8

metric
8:16

Miami
26:20

Microsoft
5:10  22:1
24:17

might've
28:14

milieu
19:13

million
14:23

Milwaukee
9:16

mind
23:22,24

minute
14:5  24:9
25:14

mismarked
21:7

misstating
32:19

mistakes
34:5

35:19

mobile
3:15

model
2:6  21:2
32:14

models
5:19

modern
29:8

Moderna
36:9

money
15:9
16:19,20
18:10
20:13

month
10:7
14:23,24
15:9

morning
22:5
32:23

morning's
22:10

morphed
26:1

mortgage
20:19
30:22

mortgages
26:11

motivated
35:2

move
29:24
30:1

moving
30:14

muddy

13:20

multi-
family
27:9

multiples
21:12
24:20,21

_____

**N**
_____

narrative
7:14,16,
17

Nasdaq
25:3

natural
15:12

nature
27:10

needed
5:3

negative
7:11,25
8:5  13:25
16:24
17:19
18:22

net
16:15
17:6,16

network
5:3

news
17:8  21:5

night's
22:9

nobody's
29:17

NOI
15:23

28:12
30:13

NOIS
27:23

non-
emotional
33:14

non-fraud
31:9

Northern
11:8
14:13
24:25

note
30:25

number
10:8
12:15,18
13:10
22:6
27:16,23,
25  31:14

numbers
8:10  9:25
11:13
12:2,4
22:4

_____

**O**
_____

objectives
3:24

observation
s
32:15

occupancies
19:25

occupancy
26:14

occurred
25:21

occurring
15:19

odd
27:9

office
25:12
26:13,14,
23,24
27:1,6
28:14

offices
28:1

ominous
30:25

onsite
4:20  6:16

open
22:10

opening
32:10

operating
15:25
27:22

operations
31:22

operators
2:4,9

opinion
33:10

opinion's
35:12

opinions
2:12,13
32:11,18

Oracle
5:10

ordinance
29:4

outperform
23:16



CONFIDENTIAL

Equinix_049180

34:8

**outperformed**
27:2

**outrageous**
32:4

**overhead**
27:18,20

**overstated**
12:7 19:2

**owning**
36:3

---

**P**

**paid**
21:3 35:1

**pandemic**
26:14,18, 23

**part**
4:10
10:2,10, 16,20
18:5

**partners**
9:5 26:20

**partnership**
3:8

**parts**
30:14

**party**
5:1

**pass**
18:22,23, 24

**passed**
29:3

**past**
7:6 17:5

**pay**
34:25

**payback**
8:21

**paying**
21:11,18
27:13
28:13
34:13

**peak**
30:7

**peaked**
7:9 26:14

**peaking**
10:5

**people**
13:4
23:21
27:3 28:6
29:2 31:2
32:20
35:2,10

**percent**
8:15 9:15
11:19
12:2,3,6, 19 17:7,
16 18:15
19:16,17
22:7,11, 12 23:8

**perception**
34:8
35:14

**perceptions**
34:18,19
35:24

**perch**
23:12

**perfect**
31:1

**perform**
7:13

**performance**
3:14 7:1
20:23

**performing**
34:15

**person**
4:13,17

**perspective**
9:2
21:10,15
25:14
35:25

**phases**
13:19

**phrase**
26:7

**pick**
9:23
23:18

**pieces**
11:5

**place**
11:4

**plan**
21:13

**platforms**
21:15

**play**
4:11 7:19

**players**
8:13
15:15
16:15

**pleased**
3:8

**pleasure**
36:7

**plenty**
22:25

**plow**
18:10

**podcast**
2:12,14,
16,21 3:8
21:9

**point**
9:1 11:14
16:5
20:22
27:16
29:20
31:15
33:12

**pointed**
22:5

**points**
27:20
32:9
35:20

**pools**
20:20

**poor**
6:7 30:5

**portable**
30:1

**portfolio**
32:23

**portfolios**
30:23

**position**
9:20,21

**positions**
2:15

**positive**
15:18

**post**
26:23

32:14

**potential**
14:11

**power**
18:20,21,
22 24:8

**pre-**
26:13

**preceded**
4:4

**preferred**
16:16

**premium**
21:12

**pressure**
19:25

**presume**
8:25
13:18
17:25
20:3
22:14
24:2

**pretty**
7:9 8:11
9:3 12:15
24:1
34:12

**priced**
22:7

**prices**
21:3

**pricey**
10:5

**priciest**
6:4

**pricing**
23:19
24:8

**principle**



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

3:23

prior
26:18

private
10:2,4,
11,13,21
15:11
20:10
22:8

problem
5:15 7:22
8:4 14:1,
19 25:25
26:1,2,4
27:17
28:17

problems
26:11,13
27:17
30:24

process
4:14

professional
33:2

profitable
35:14

project
17:24

property
28:2
29:19

prospectus
3:20

providers
5:8

public
4:8

publicly
23:1
27:19

35:25

pun
6:8

purchase
10:6

purchases
10:12

purposes
2:17

put
10:25
11:4
20:13
22:14
25:6
26:10
31:19
32:13,15
35:24

puts
32:25

putting
27:21

---

**Q**

QE
24:14

QQQ
25:3

quality
26:4

question
19:21

questionable
5:20
29:23

questions
31:4

quote
12:15
16:8

---

**R**

rack
12:24

raise
13:10
15:8
16:12
29:19

ramping
9:4

range
16:7

ranging
4:6 36:9

rarely
31:21

rate
10:14
16:10
17:4 19:2
22:3,7
25:25
26:11

rates
4:9 11:1
17:19
24:14
27:11
28:17

rating
16:22

re-rating
28:16

Read
3:21

real
3:3,6 6:6
7:19 8:3
12:8,9,
10,11,12
16:19,20,
25 18:12
21:1
25:7,16,
17,20
27:11,14
28:14,17,
22 29:25
30:3,8,12

realize
10:14

Realty
7:24
8:12,13
11:6,10
14:2,20
22:3,10

Realty's
15:16
22:21

reason
29:15

reasonable
17:11

reasons
30:3

rebuttal
33:15

rebutted
31:15,25

recent
2:21

recommendation
31:19

recommendations

32:22

Recording
2:1 36:12

recover
30:9

recrimination
31:16

Reed
31:14

refine
36:4

regional
30:19

regret
20:14

regretful
10:13

reinvestment
14:18

REIT
15:17
22:22
23:7 27:9
30:11

REITS
3:2 6:4,9
7:21
14:17
20:19
24:22
27:1,6,19

relates
17:12
27:8,25

relet
28:2

relevant
4:16



CONFIDENTIAL

Equinix_049182

relied
  2:17

remains
  20:1

rent
  27:4 28:5

rents
  13:10
  19:25
  26:14

replace
  13:6,7,8

replaced
  13:13

reports
  32:13,16

represent
  9:9

represented
  6:3

Republic
  26:10

reputation
  4:3

required
  8:13

requirements
  10:18

residential
  29:15

respond
  3:4

retroactive
  29:14

return
  5:23 8:5
  18:7
  21:24
  24:13,20

returns
  5:25 7:8,
  10,23
  11:25
  13:23
  18:16
  23:19
  24:20
  33:17

revenue
  18:12

revenues
  8:14

reversed
  15:19

reward
  28:19

risen
  18:1,2,4

rising
  4:9 10:13
  16:11

risk
  3:22
  16:25
  21:6
  28:19

risks
  3:24
  23:16,17
  28:23
  33:16

river
  30:2

road
  24:1

ROICS
  23:22

rolls
  27:4

roughly

12:19

Roundhill
  3:9

roundhillin
vestments.
com/etf/
byte.
  3:21

routine
  5:2

rule
  22:2
  34:14

run
  16:25
  34:6

run-ins
  20:9

running
  4:21

———————————

          S

———————————

S&l
  25:18

S&ls
  25:20,23,
  24

safe
  27:3

sale
  11:1

sales
  14:21,25
  17:20

salesforce
  6:13

saves
  12:18

score
  25:16

scrutiny
  32:11

seaworthy
  34:1

secrets
  2:9

sector
  26:13

securities
  2:15

security
  4:22

seek
  31:2

sell
  5:12
  14:2,6,16
  15:11,15,
  17 16:9
  18:20
  31:20
  35:1

seller
  4:4 10:22
  15:13
  31:7
  32:10,17,
  25 33:2
  35:9,22

seller's
  33:18

sellers
  3:4 31:8,
  22 32:21
  33:5

selling
  4:7,14
  17:3,4,12

semantics

18:14

sense
  9:11,13
  11:4
  17:22

series
  2:3

served
  6:13

server
  4:25
  6:14,16

servers
  4:21 5:1,
  12 6:18

service
  15:25
  26:22

services
  4:1 5:13

Servicing
  10:17

SG&A
  27:22

share
  5:7 8:3
  19:19,22
  35:25

shareholders
  21:5

sharing
  31:3

sheets
  5:20

sheltered
  25:18

shifting
  7:4



CONFIDENTIAL                                        Equinix_049183

**short**
3:1,4
4:4,6,14,
24 5:5,18
23:16,17
25:4,19
26:12
27:1,7,9
31:6,7,8,
10,19,22
32:9,16,
17,21,25
33:2,5,
17,18
34:21
35:7,9,22

**shortage**
35:10

**shorting**
4:8 31:1

**shorts**
7:15

**show**
23:22

**shrinking**
12:10

**side**
5:18
15:11,12
20:17
24:13,15
25:6,12
31:20
33:10,17,
18 34:21,
24 35:1,
7,15

**sign**
36:10

**signed**
14:11

**signs**
26:11,12

**Silicon**
26:7

**simply**
5:11 13:3

**Singapore**
15:16
22:22

**single**
2:5 11:1
12:5

**sitting**
23:2

**Sixterra**
15:16
22:23
23:4

**skeptical**
2:25
35:25

**sketch**
6:23 7:5

**SL**
29:8

**slightly**
6:21

**slow**
4:10
19:18

**slowdown**
19:7

**slows**
19:10,11

**smaller**
15:14

**smart**
10:19

**society's**
3:18

**soft**
36:5

**software**
4:21

**solely**
2:13

**sooner**
17:1

**sort**
4:12 6:10
7:4 8:25
12:14
31:8 32:6
34:5

**sounding**
22:8

**sounds**
30:17
33:13

**sources**
29:7

**space**
9:24
10:12
18:20
26:24

**speak**
6:11

**speculative**
24:5

**spend**
9:4

**spending**
19:7

**spent**
31:24

**spots**
36:5

**spreading**
28:2

**square**
11:21,22

29:6

**St**
9:16

**stabilized**
17:23
18:8

**standard**
32:19
33:1,6

**standards**
31:13

**start**
4:15
11:4,16
17:24
19:22

**started**
3:5 9:4
25:24

**starting**
9:1 11:14
29:7

**state**
14:14
18:19
29:10

**stations**
6:11

**Stock**
3:11
22:24

**stocks**
6:4 7:12
15:20
22:13,21
27:2 35:3

**store**
7:23,25

**story**
9:8 12:11

**straight**
12:22
14:3

**strapped**
14:5

**strategic**
21:13

**street**
2:24
34:25

**strip**
14:15

**strong**
19:23

**strongly**
20:6

**stuff**
15:18

**subject**
29:24

**subsidiaries**
22:22

**substantial**
23:6

**successful**
17:3
35:16

**summary**
36:10

**summer**
4:8 10:10

**sunk**
26:6

**supply**
24:7

**surface**
30:14

**survived**



CONFIDENTIAL    Equinix_049184

33:22

**suspect**
6:20
27:21

**Switch**
10:6

**symbol**
3:11

**syndicators**
25:20

**system**
23:13
25:23
29:10

---

**T**

**tailwinds**
7:4

**taking**
19:19
28:23

**talk**
9:5 25:10
34:24

**talked**
19:1,3

**talking**
20:2
26:19
30:21

**tax**
25:18

**taxes**
29:19

**tech**
4:10 7:20
16:2
19:4,7

**technology**

15:25

**teens**
18:7

**telling**
12:22
14:3
35:10

**tenancy**
9:9

**tenant**
13:9 28:4

**tenants**
9:19
13:11

**term**
6:25

**terms**
11:21
25:22
26:4 29:6
34:12

**terrible**
7:11

**tested**
35:8

**theme**
2:22

**thesis**
3:1 4:11
10:10,20
19:5
31:6,11,
15 34:22

**thing**
11:24
17:3

**things**
8:23
20:11,14
28:13
32:14

34:2,9

**thinking**
9:2 35:2
36:4

**thought**
10:21
24:9

**thoughtful**
20:3
31:10
35:5

**thoughtfully**
3:4
31:16,25

**thoughts**
19:13

**threaten**
30:1

**thumb**
22:2

**tick**
2:7

**ticker**
3:11

**ticket**
13:11

**Tide**
33:24

**tie**
17:25

**tier**
11:7

**ties**
16:12

**tightening**
24:7

**time**
16:7
29:12

31:5
32:14,15
35:17
36:6

**timely**
4:7 7:6

**times**
10:7,8,19
15:21
16:3,17
21:18

**today**
2:22
17:23
22:3

**today's**
24:4

**top**
5:13 6:2
10:1 11:7
15:10
23:4

**total**
12:19,21
19:22
23:18

**totally**
20:25

**touched**
27:12

**towering**
6:8

**towers**
3:16
6:14,25
15:22

**tracks**
3:13

**trade**
24:21,25
33:7,8

**traded**
23:1
27:19

**trademark**
26:7

**trades**
3:10
22:22,23,
24,25

**trading**
15:20,21
23:1

**traditional**
21:1

**troubled**
15:14

**troubles**
23:5

**true**
5:24
28:22

**truth**
5:21

**turbines**
29:9

**turn**
21:14

**turned**
10:20
15:13

**turning**
10:23
15:11

**turns**
31:7

**twenties**
18:7

**twist**
2:23



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

Equinix_049185

type
    11:7

**U**

U.S.
    3:2 11:8
    26:3
    27:10

ultimate
    24:18

underlines
    5:17

undermine
    34:5

underpin
    3:6

underpinned
    7:1

underscored
    27:8

understand
    4:14

understated
    12:13

Understood
    21:8

unit
    8:1 11:5,
    15,20
    16:13

unlike
    15:21,22

unsecured
    17:10

urge
    28:6

usage
    23:18

**V**

vacancies
    27:4

valid
    8:11

Valley
    26:8

valuations
    6:8 11:2
    16:3
    30:15

valued
    16:1

valuing
    21:22

Vanderbilt
    29:8

variant
    34:7,18,
    19 35:13,
    24

VC
    19:9

venture
    4:10

vicious
    34:12

view
    6:21 7:15
    12:8
    35:11,20

viewpoint
    35:18,19

Virginia
    11:9
    14:13
    25:1

Visa

36:9

visit
    3:21

**W**

wait
    14:5 24:9

walk
    3:1

Wall
    2:24

walls
    29:11

wanna
    21:25

warehouses
    15:22

watched
    27:2

water
    13:20
    16:2

ways
    4:18 5:14
    24:11

weakest
    16:14

weakness
    10:24

week
    26:23

weekly
    36:10

weeks
    26:3
    30:21

weigh
    6:11

Wells
    22:5,6

wide
    4:6

willingness
    35:24

wisdom
    3:3 31:3

wonderful
    25:5

wondering
    31:3

work
    20:13
    28:15

worked
    11:20
    26:17

works
    12:17

world
    3:1,7
    11:9
    24:24

world's
    4:3

worry
    25:7,13

worse
    6:2 8:2,8

worth
    33:11

wrap
    31:1

wreckage
    25:21

write
    28:5

wrong

18:2
23:6,14,
21 31:17
33:13,18
35:10

**Y**

Y-T-E
    3:12

year
    7:6 8:11,
    21 12:20
    13:2
    14:22
    17:6,16
    27:7,20
    29:7

years
    7:13 8:1
    11:17,18
    12:25
    17:5
    20:10
    23:11
    24:6
    28:16
    31:14,18

yield
    17:23

yields
    18:1

York
    3:11
    22:24
    26:21
    28:24
    29:3,21
    30:7,8

young
    31:18



CONFIDENTIAL                                          Equinix_049186