# EXHIBIT 16

Equity Research



Flash Comment — March 20, 2024

**Data Centers**

# Equinix, Inc. (EQIX)

## EQIX: Short Report Driving Stock Weakness

### Our Call

A Hindenberg short report that EQIX "manipulates" its non-GAAP AFFO metrics drove the stock down pre-market. We have heard similar short theses for years on data centers that ultimately were only a minor distraction.

### Initial Thoughts

**Equinix Manipulates Its Accounting For AFFO, Its "Key Profitability Metric".** The report claims EQIX has financially engineered capex, reducing the mix of reported maintenance capex to inflate reported AFFO. The maintenance capex case has been made many times before, dating back to Highfield's short piece on DLR (and more recently by Jim Chanos). Ultimately, there is some management discretion around classifying capex — and whether it's revenue-generating or solely recurring.

But we don't believe EQIX's definitions are materially different from other REITs. EQIX expenses a portion of its maintenance spend instead of capitalizing it, which would impact both EBITDA and AFFO. It also classifies any capex activities that result in incremental revenues from a customer as "growth" capex vs. maintenance/recurring, a similar approach, we believe, to DLR's and other serial real estate developers. There is clearly management discretion on non-GAAP metrics across *all REITs*.

**Equinix's Core Businesses Being Disrupted by Hyperscalers** We have heard similar arguments for years that EQIX's carrier-neutral interconnect facilities would become less valuable over time. But given EQIX's market share positioning — over 40% of dedicated cloud-on ramps within its markets and continued growth from its cloud and IT services customers — we believe they are well-protected from disintermediation.

**Stock Reaction.** While we acknowledge EQIX (and other REITs) take some liberties with AFFO add-backs, these historical short attacks have only been temporary road-blocks. EQIX expenses a material amount of its maintenance spend and conforms to maintenance capex classifications similar to other data centers.

Equity Analyst(s)

**Eric Luebchow, CFA**
Equity Analyst | Wells Fargo Securities, LLC
Eric.Luebchow@wellsfargo.com | 312-630-2386

**James Feldman**
Equity Analyst | Wells Fargo Securities, LLC
James.Feldman@wellsfargo.com | 212-214-5328

**Caleb Stein**
Associate Equity Analyst | Wells Fargo Securities, LLC
Caleb.Stein@wellsfargo.com | 704-410-1823

---

**Equinix, Inc. (EQIX)**
Equal Weight
Price: $844.58/Price Target: $825.00
Market Cap: $79,915 MM
*Note: Pricing as of 03/19/2024*
*Source: Company Data, Wells Fargo Securities estimates, and Factset.*

All estimates/forecasts are as of 3/20/2024 unless otherwise stated. 3/20/2024 10:28:59EDT. Please see page 3 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

This document is for kamorgan@equinix.com and should not be distributed further.

## Investment Thesis, Valuation and Risks

### Equinix, Inc. (EQIX)
**Investment Thesis**
We are Equal Weight on EQIX, as we believe the network-neutral data center space represents a derivative play on the continued growth of IP and Internet traffic. As a REIT, EQIX can grow AFFO/share at a high-single-digit rate through 2025, above most industry peers, in our view, although we believe the growth potential is largely priced into shares at current levels.

**Target Price Valuation for EQIX: $825.00 from NC**
Our $825.00 price target is based on a 5-year DCF with a 6.5% weighted average cost of capital and 22x terminal value EBITDA multiple. The 22x multiple is consistent with its trailing 5-year historical average.

**Risks to Our Price Target and Rating for EQIX**
Downside risks include potential for a weak economy to affect IT spend, foreign exchange headwinds, increasing power/cooling requirements, and competition. Upside risks include customer demand far exceeding supply and driving pricing upside, AI-generated growth tailwinds, and levering up balance sheet to drive outsized AFFO growth.

This document is for kamorgan@equinix.com and should not be distributed further.

Equinix, Inc.                                                                                                   Equity Research

# Required Disclosures

We, Eric Luebchow and James Feldman, certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

# Additional Information Available Upon Request



Equinix, Inc. Rating History as of 03-19-2024

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of Equinix, Inc..

Wells Fargo Securities, LLC, maintains a market in the common stock of Equinix, Inc..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Equinix, Inc. in the next three months.

Wells Fargo Securities, LLC, or its affiliates has a significant financial interest in Equinix, Inc..

**STOCK RATING**

**OW=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**EW=Equal Weight**: Total return on stock expected to be -10% to +10% over the next 12 months. HOLD

**UW=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**NR=Not Rated**: The rating and price target has been removed due to lack of fundamental basis to support the recommendation or due to legal, regulatory or company policy considerations.

**As of March 19, 2024**
47.4% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
44.2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
8.4% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.

This document is for kamorgan@equinix.com and should not be distributed further.

Wells Fargo Securities, LLC has provided investment banking services for 34.8% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 34.4% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 27.3% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities, LLC ("Wells Fargo Securities").

WFS Research may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in WFS Research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC and Wells Fargo Securities International Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States and Wells Fargo Securities International Limited is regulated under laws of the United Kingdom. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC or Wells Fargo Securities International Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States or United Kingdom and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Canadian Investment Regulatory Organization (CIRO) and, Member – Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**China** – Strictly Private and Confidential. For the sole use of the recipient only. Not to be copied or redistributed within the People's Republic of China.

**Brazil** - This report was not created for distribution to investors resident in Brazil or to the Brazilian public in general. Wells Fargo Securities, LLC is a broker-dealer registered in United States of America with and regulated by the U.S. Securities and Exchange Commission. Wells Fargo Securities, LLC is not registered in Brazil and its products, including this report and the securities mentioned in this report, have not been and will not be publicly issued, placed, distributed, offered or negotiated in the Brazilian capital markets, and, as a result, have not been and will not be registered with the Brazilian Securities Commission (Comissão de Valores Mobiliários, the CVM). The offer of Wells Fargo Securities, LLC's products, including this report and any securities mentioned in this report, is intended only for residents in the countries in which Wells Fargo Securities, LLC is authorized to operate.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should seek professional advice, including tax advice, to determine whether any advice or recommendation in the attached research report is suitable for their particular circumstances. The information in this report is provided as of the date of the report and has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at the time that the report was published, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities.

This document is for kamorgan@equinix.com and should not be distributed further.

Equinix, Inc.

Equity Research

Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top-rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. Copyright © 2024 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

This document is for kamorgan@equinix.com and should not be distributed further.