# EXHIBIT 17

# Document Produced Natively

EQX_CTI_00000031

**View trades**

TRADE PARAMETERS :

Trade Start Date = 05/03/2019

Trade End Date = 05/24/2024

 PortGroup = T8540802E

TRANSACTION PARAMETERS:

 Include Transaction Type = ROLL, TRD, ISSU

 SECURITIES PARAMETERS :

 RatingOp = >

 Reason = DEFAULT

7 matches four

| Fund | Td Num | Trader | Counterparty | Counterparty Desk | BUY/SELL | Tran Type | Trade Face | Orig. Face | Ticker/Coupon/Maturity | Sec Desc | Group/Type | CUSIP(Aladdin ID) | Trade Price | Trade Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T8540802E | 3271 | DXS | GS | EQ-ALGO | BUY | BUY | 640.00 | 640.00 | EQIX | EQUINIX REIT INC | EQUITY/EQUITY | 29444U700 | 802.87810000 | 03/25/2024 |
| T8540802E | 3001 | DXS | GS | EQ-PROGRAM | BUY | BUY | 19.00 | 19.00 | EQIX | EQUINIX REIT INC | EQUITY/EQUITY | 29444U700 | 759.69000000 | 08/17/2023 |
| T8540802E | 3305 | RDB | UBS | EQ-EQUITY | SELL | SELL | -275.00 | -275.00 | EQIX | EQUINIX REIT INC | EQUITY/EQUITY | 29444U700 | 744.04330000 | 04/15/2024 |
| T8540802E | 3306 | DXS | GS | EQ-ALGO | SELL | SELL | -120.00 | -120.00 | EQIX | EQUINIX REIT INC | EQUITY/EQUITY | 29444U700 | 744.74160000 | 04/15/2024 |
| T8540802E | 3131 | DXS | JPMS | EQ-PROGRAM | BUY | BUY | 117.00 | 117.00 | EQIX | EQUINIX REIT INC | EQUITY/EQUITY | 29444U700 | 821.51650000 | 12/05/2023 |
| T8540802E | 2975 | DXS | GS | GEN | BUY | BUY | 1,043.00 | 1,043.00 | EQIX | EQUINIX REIT INC | EQUITY/EQUITY | 29444U700 | 808.34900000 | 07/20/2023 |
| T8540802E | 2979 | DXS | GS | GEN | BUY | BUY | 313.00 | 313.00 | EQIX | EQUINIX REIT INC | EQUITY/EQUITY | 29444U700 | 811.17000000 | 07/21/2023 |
| **T8540802E** | **(7/7)** | **(2/7)** | **(3/7)** | **(4/7)** | **(2/7)** | **(2/7)** | **1,737.00** | **1,737.00** | **EQIX** | **EQUINIX REIT INC** | **EQUITY/EQUITY** | **29444U700** | **(7/7)** | **(6/7)** |

*Worksheet:* Trades-T8540802E-_5

EQX_CTI_00000031

| Settle Date | Net Money | Currency | Yield | Version | Tran Type Code | Fail Responsible Party | Directed Counterparty | When Modified | Portfolio | Portfolio Full Name | Issue Date | Net Proceeds | ClearParId |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/27/2024 | -513,848.38 | USD | 0. | 1 | TRD | | | | T8540802E | UNIFORMED SANITMANS COMP ACCRUALS | 08/11/2000 | | |
| 08/21/2023 | -14,434.30 | USD | 0. | 1 | TRD | | | | T8540802E | UNIFORMED SANITMANS COMP ACCRUALS | 08/11/2000 | | |
| 04/17/2024 | 204,604.77 | USD | 0. | 1 | TRD | | | | T8540802E | UNIFORMED SANITMANS COMP ACCRUALS | 08/11/2000 | | |
| 04/17/2024 | 89,367.07 | USD | 0. | 1 | TRD | | | | T8540802E | UNIFORMED SANITMANS COMP ACCRUALS | 08/11/2000 | | |
| 12/07/2023 | -96,118.60 | USD | 0. | 1 | TRD | | | | T8540802E | UNIFORMED SANITMANS COMP ACCRUALS | 08/11/2000 | | |
| 07/24/2023 | -843,134.09 | USD | 0. | 1 | TRD | | | | T8540802E | UNIFORMED SANITMANS COMP ACCRUALS | 08/11/2000 | | |
| 07/25/2023 | -253,904.04 | USD | 0. | 1 | TRD | | | | T8540802E | UNIFORMED SANITMANS COMP ACCRUALS | 08/11/2000 | | |
| **(6/7)** | **-1,427,467.57** | **USD** | **0.** | **1** | **TRD** | | | | **T8540802E** | **UNIFORMED SANITMANS COMP ACCRUALS** | **08/11/2000** | | |

*Worksheet:* Trades-T8540802E-_5

EQX_CTI_00000031