# EXHIBIT 18

**TD Cowen**
a division of TD Securities

Correction: This document replaces a previously published note.

Communications Infrastructure: Data Centers

# EQUINIX

Published and distributed by Cowen and Company, LLC

**EQUITY RESEARCH**

March 21, 2024

**Price: $811.64** (03/21/2024)
**Price Target: $862.00**

**OUTPERFORM (1)**

**ESG SCORE: 78/100**

**Michael Elias**
646 562 1358
michael.elias@cowen.com

**Cooper Belanger**
646 562 1312
cooper.belanger@cowen.com

**Gregory Williams, CFA**
646 562 1367
gregory.williams@cowen.com

**Anton Rinnert**
646 562 1447
anton.rinnert@cowen.com

**Key Data**

| Symbol | NASDAQ: EQIX |
|---|---|
| Market Cap | $76.8B |

QUICK TAKE: COMPANY UPDATE

# CORRECTION: SAME SHORT THESIS, DIFFERENT AUTHOR: VIEW WEAKNESS AS BUYING OPP.

### THE TD COWEN INSIGHT

This morning, a short thesis was published on EQIX. The thesis is largely a re-hashing of a short thesis published in 2022, which we disagreed with. The comments on overselling power capacity are incremental, but is a broader industry practice, more common with enterprise/retail DC operators. As such, the weakness creates an attractive entry point for those looking to invest in AI-inference.

*This note contains revised information regarding the overselling of data center capacity and removes comments made regarding Digital Realty.*

### What Happened?

This morning, a short report was published on Equinix, which in our view highlighted three points: (1) the understatement of maintenance capex for Equinix (thus benefiting AFFO), (2) Equinix is overselling data center power at the facility level, and (3) the hyperscalers are competing with and potentially cannibalizing Equinix's core business. We address each of these three points below.

### There Is Subjectivity In The Classification Of Maintenance Capex That Is Applicable To All REITs, Not Just Equinix

The short report outlines that Equinix is understating the magnitude of maintenance capex by classifying maintenance capex as growth capex, similar to a component of the data center short thesis outlined in 2022 (link to our thoughts on the thesis). Subsequent to the 2022 short thesis, we spent time digging into this dynamic. We found that there is subjectivity in what can be classified as maintenance capex vs. growth capex. Specifically, if there is spend associated with upgrading a facility with the purpose of winning a new customer/deployment, the spend can be classified as growth capex. An example of this in data center land would be the upgrade of cooling units that are approaching end of life. If Equinix or any other data center operator is looking to win a customer deployment that runs high cabinet densities and the cooling architecture of the existing data center is insufficient to handle the workload, the data center operator would upgrade the cooling system to support the higher cabinet densities and would likely classify it as growth capex given it is in support of a new customer. However, given the cooling system was approaching end of life, one could argue that it should be classified as maintenance capex. This is an example of the subjectivity involved in the classification of capex spend. Importantly, this dynamic is applicable to all REITs as the equivalent in the office sector would be upgrading centralized AC in an office building at the request of a potential new tenant. All said, this dynamic in our view is inherent to all REITs, and we do not believe Equinix should be called out in isolation for this.

*(Please see full report by opening link)*

### Overselling Power Capacity: The "Dirty Little Secret" Of The Data Center Industry

The overselling of power is a "dirty little secret" for the data center industry as we have learned in our time following the sector. Through our conversations with data center industry executives on the heels of the short report, we have learned that this is a common practice among (1) network-dense interconnection data centers (similar to those operated by Equinix), and (2) large multi-tenant retail data centers with a large and diverse customer base. In the case of network-dense data centers, operators we have spoken to have suggested that it is common to oversell capacity to the tune of 25-40% of the maximum capacity of a data center. Furthermore, our conversation with Equinix led us to believe

FEINSTEIN_EQIX_0024460

there is likely a degree of this which occurs in its data centers. In addition, if a large retail data center has a large number of customers with small deployments (i.e., +200 unique customers), operators may elect to oversell capacity with the view that the data center is sufficiently diversified from a customer perspective such that the likelihood that its customers look to use all of the contracted power in the facility all at the same time is sufficiently low. Importantly, our understanding is that there is nothing that prevents data center operators from overselling capacity from a contractual perspective (similar to airlines overbooking flights). On the hyperscale front, this practice of overselling capacity does not occur in single tenant hyperscale BTS (build-to-suit) data centers. Furthermore, even with large footprint hyperscale deployments that are in a multi-tenant environment, there are few situations in which an operator would oversell power capacity leased by a hyperscaler given the potential for power utilization to flex up. Data center operators cite stricter penalties for SLA violations with hyperscalers vs. enterprises in the event of an outage as one reason for avoiding this practice. Additionally, given the market for large footprint data center capacity is an oligopsony (small number of buyers for a given product), the reputational and commercial risk of overselling power capacity leased to a hyperscaler does not justify the incremental revenue that can be generated.

**Hyperscalers vs. Colocation Providers: We Do Not View The Hyperscalers As Cannibalizing The Interconnection Business Model, View As A Bigger Risk To Enterprise Data Center Operators**

In our view, there are three types of data centers: (1) hyperscale-oriented data centers, (2) plain vanilla enterprise data centers (no meaningful interconnection value proposition), and (3) interconnection-oriented data centers. Equinix's business model has long been centered on interconnection-oriented data centers. As the pioneer of the carrier-neutral data center, Equinix succeeded in winning the initial network deployments of the network operators, which created a logical place for enterprises to deploy workloads as they looked to connect to customers in the early days of the internet. This flywheel built on itself with more networks joining Equinix's ecosystems, which led to more enterprises joining the ecosystem, which led to more networks joining (and the cycle continues). Flash forward ~15 years, when the hyperscalers began deploying cloud on-ramps (access points), they looked for data centers that had all of the networks and customers they needed to reach in a single place, which led them to Equinix given the flywheel outlined above. Since the deployment of the first cloud on-ramp, Equinix has garnered a +40% market share of global cloud on-ramps given the density of its ecosystem. This ecosystem density is the same reason why Equinix can charge above market rents for data center space and charge a premium for cross-connects. Furthermore, as we consider enterprise cloud deployment architecture, we have observed a hybrid-multi cloud model emerge where enterprises retain their mission-critical workloads within an interconnection data center such as Equinix, which is then connected through the cloud on-ramp to the enterprises' deployments in the cloud. This in our view represents a symbiotic relationship between Equinix and the hyperscalers, not a competitive relationship. We do not view the hyperscalers as a threat to the interconnection value proposition of Equinix, but rather see them as additive to its interconnection value proposition. As such, we largely dismiss the notion that the hyperscalers are cannibalizing Equinix's core business.

FEINSTEIN_EQIX_0024461

Equinix
March 21, 2024

## Comparative Analysis – Communications Infrastructure

| Company | Ticker | Rating | Price 3/20/2024 | Mkt Cap $ MM | EV $ MM | EV/Sales C2024E | EV/Sales C2025E | EV/EBITDA C2024E | EV/EBITDA C2025E | P/FFO C2024E | P/FFO C2025E | P/AFFO C2024E | P/AFFO C2025E | Sales C2024E | Sales C2025E | EBITDA C2024E | EBITDA C2025E | FFO/Sh C2024E | FFO/Sh C2025E | AFFO/Sh C2024E | AFFO/Sh C2025E | Dividend C2024E | Dividend Yield C2024E | Dividend Payout (% of AFFO) | Total Debt/ Total Cap | Net Debt/ EBITDA | Performance 2023 | Performance 2024 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S. Based Towers** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| American Tower | AMT ** | 1 | $195.21 | 92,161 | 126,466 | 11.5x | 11.9x | 17.9x | 17.8x | 18.9x | 18.0x | 19.0x | 19.9x | -1.3% | -3.7% | -0.3% | 0.8% | 3.7% | 4.9% | 2.9% | -4.4% | $6.48 | 3.3% | 63.2% | 100.7% | 4.9x | 1.9% | -9.6% |
| Crown Castle | CCI ** | 1 | $103.59 | 45,070 | 69,268 | 10.6x | 10.7x | 16.6x | 17.0x | 15.0x | 16.1x | 14.9x | 15.4x | -6.0% | -1.2% | -5.5% | -1.9% | -7.5% | -6.6% | -8.0% | -2.9% | $6.26 | 6.0% | 90.1% | 83.9% | 5.8x | -15.1% | -10.1% |
| SBA Coms. | SBAC ** | 1 | $213.49 | 23,322 | 34,825 | 12.9x | 12.5x | 18.3x | 17.6x | 17.6x | 17.1x | 16.2x | 16.2x | -0.8% | 4.0% | 0.7% | 3.9% | -4.3% | 2.9% | 1.1% | -0.5% | $4.01 | 1.9% | 30.4% | 164.9% | 6.0x | -9.5% | -15.8% |
| **Mean** | | | | | | **11.7x** | **11.7x** | **17.6x** | **17.4x** | **17.2x** | **17.1x** | **16.7x** | **17.2x** | **-2.7%** | **-0.3%** | **-1.7%** | **0.9%** | **-2.7%** | **0.4%** | **-1.3%** | **-2.6%** | **$5.58** | **3.7%** | **61.2%** | **116.5%** | **5.5x** | **-7.6%** | **-11.8%** |
| Median | | | | | | 11.5x | 11.9x | 17.9x | 17.6x | 17.6x | 17.1x | 16.2x | 16.2x | -1.3% | -1.2% | -0.3% | 0.8% | -4.3% | 2.9% | 1.1% | -2.9% | $6.26 | 3.3% | 63.2% | 100.7% | 5.8x | -9.5% | -10.1% |
| **Data Centers** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Digital Realty Trust | DLR ** | 2 | $139.52 | 47,804 | 62,783 | 11.2x | 11.4x | 24.6x | 22.0x | 20.8x | 19.3x | 22.7x | 21.1x | 2.7% | -1.7% | 5.7% | 11.9% | 1.7% | 7.7% | 5.1% | 7.7% | $5.06 | 3.6% | 82.3% | 43.9% | 6.1x | 34.2% | 3.7% |
| Equinix | EQIX ** | 1 | $804.59 | 77,311 | 91,296 | 10.3x | 9.3x | 22.2x | 19.1x | 32.6x | 29.1x | 23.1x | 21.0x | 7.9% | 11.2% | 11.3% | 15.8% | 4.7% | 12.3% | 8.5% | 9.8% | $17.04 | 2.1% | 48.9% | 49.8% | 3.8x | 23.0% | -0.1% |
| **Mean** | | | | | | **10.7x** | **10.3x** | **23.4x** | **20.6x** | **26.7x** | **24.2x** | **22.9x** | **21.1x** | **5.3%** | **4.7%** | **8.5%** | **13.8%** | **3.2%** | **10.0%** | **6.8%** | **8.7%** | **$11.05** | **2.9%** | **65.6%** | **46.8%** | **5.0x** | **28.6%** | **1.8%** |
| Median | | | | | | 10.7x | 10.3x | 23.4x | 20.6x | 26.7x | 24.2x | 22.9x | 21.1x | 5.3% | 4.7% | 8.5% | 13.8% | 3.2% | 10.0% | 6.8% | 8.7% | $11.05 | 2.9% | 65.6% | 46.8% | 5.0x | 28.6% | 1.8% |
| **China-Based Data Centers** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chindata | CD | NR | NA | NA | NA | NM | NM | NM | NM | NM | NM | NM | NM | 17.8% | 16.3% | 10.2% | 15.7% | NM | NM | NM | NM | NA | NA | NA | NA | NA | NA | NA |
| GDS Holdings | GDS ** | 1 | $7.90 | 1,472 | 7,523 | 4.8x | 4.2x | 10.5x | 8.3x | NM | NM | NM | NM | 13.5% | 14.0% | 12.3% | 26.4% | NM | NM | NM | NM | NA | NA | NA | 81.6% | 9.7x | -55.8% | -13.4% |
| 21Vianet | VNET | NR | $1.92 | 46 | 306 | 0.3x | 0.2x | 1.0x | 0.8x | NM | NM | NM | NM | 10.1% | 12.0% | 12.9% | 15.4% | NM | NM | NM | NM | NA | NA | NA | NA | NA | -49.4% | -33.3% |
| **Mean** | | | | | | **2.5x** | **2.2x** | **5.7x** | **4.6x** | **NM** | **NM** | **NM** | **NM** | **13.8%** | **14.1%** | **11.8%** | **19.2%** | **NM** | **NM** | **NM** | **NM** | **NM** | **NM** | **NM** | **81.6%** | **9.7x** | **-52.6%** | **-23.3%** |
| Median | | | | | | 2.5x | 2.2x | 5.7x | 4.6x | NM | NM | NM | NM | 13.5% | 14.0% | 12.3% | 15.7% | NM | NM | NM | NM | NM | NM | NM | 81.6% | 9.7x | -52.6% | -23.3% |
| **Private Equity** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DigitalBridge | DBRG ** | 1 | $18.47 | 3,334 | 3,523 | 6.2x | 5.4x | 11.0x | 8.8x | 29.9x | 20.6x | 29.9x | 20.6x | -62.4% | 16.3% | -63.2% | 25.3% | NM | NM | NM | NM | $0.04 | 0.2% | NM | 0.0% | -0.3x | 60.3% | 5.3% |
| **Mean** | | | | | | **6.2x** | **5.4x** | **11.0x** | **8.8x** | **NM** | **NM** | **NM** | **NM** | **-62.4%** | **16.3%** | **-63.2%** | **25.3%** | **NM** | **NM** | **NM** | **NM** | **$0.04** | **0.2%** | **NM** | **0.0%** | **-0.3x** | **60.3%** | **5.3%** |
| Median | | | | | | 6.2x | 5.4x | 11.0x | 8.8x | NM | NM | NM | NM | -62.4% | 16.3% | -63.2% | 25.3% | NM | NM | NM | NM | $0.04 | 0.2% | NM | 0.0% | -0.3x | 60.3% | 5.3% |
| **Network Infrastructure** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Uniti Group | UNIT * | 1 | $6.18 | 1,746 | 7,295 | 6.3x | 6.1x | 7.8x | 7.5x | 4.4x | 4.4x | 4.3x | 4.1x | 1.0% | 3.0% | 1.8% | 3.3% | 144.2% | 0.2% | 1.0% | 5.0% | $0.60 | 9.7% | 41.7% | 179.5% | 6.0x | 4.5% | 6.8% |
| **Mean** | | | | | | **6.3x** | **6.1x** | **7.8x** | **7.5x** | **4.4x** | **4.4x** | **4.3x** | **4.1x** | **1.0%** | **3.0%** | **1.8%** | **3.3%** | **144.2%** | **0.2%** | **1.0%** | **5.0%** | **$0.60** | **9.7%** | **41.7%** | **179.5%** | **6.0x** | **4.5%** | **6.8%** |
| Median | | | | | | 6.3x | 6.1x | 7.8x | 7.5x | 4.4x | 4.4x | 4.3x | 4.1x | 1.0% | 3.0% | 1.8% | 3.3% | 144.2% | 0.2% | 1.0% | 5.0% | $0.60 | 9.7% | 41.7% | 179.5% | 6.0x | 4.5% | 6.8% |
| **All Excluding Intl. Operators** | | | | | | 8.6x | 8.4x | 14.8x | 13.7x | 17.4x | 15.6x | 16.3x | 14.8x | -7.4% | 3.5% | -6.2% | 7.4% | 20.3% | 3.1% | 1.5% | 2.1% | $4.94 | 3.4% | 50.9% | 77.8% | 4.0x | 12.4% | -2.5% |
| **All Including Intl. Operators** | | | | | | 6.5x | 6.3x | 11.1x | 10.3x | 15.8x | 14.2x | 15.3x | 13.9x | -2.7% | 5.3% | -2.2% | 8.6% | 2.4% | 3.5% | -6.6% | 3.7% | $3.60 | 2.5% | 50.9% | 76.3% | 3.9x | 0.2% | -10.7% |
| **Market Indices** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| S&P 500 | SP50 | | 5,176 | | | 15.2x | 14.5x | 31.1x | 41.6x | NA | NA | NA | NA | -85.4% | 14.1% | -61.0% | 9.3% | NA | NA | NA | NA | | 1.9% | NA | NA | NA | 24.2% | 8.5% |

1 = Outperform, 2 = Market Perform, 3 = Underperform, NR = Not Rated
* Covered by Gregory Williams, ** Covered by Michael Elias

Source: Company data, FactSet, TD Cowen estimates.

FEINSTEIN_EQIX_0024462

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Data Centers:**

Our valuation methodology consists of an absolute and relative value approach. We arrive at a fair value utilizing either 1) a five-year discounted cash flow (DCF), 2) a segmented sum-of-parts (SOP) analysis, or 3) a segmented hybrid valuation using both a SOP and a NAV analysis. Our relative value approach takes into account EV/EBITDA, EV/FRE, P/FFO, P/AFFO, dividend yield, cap rates, P/FCF, P/FRE, and when applicable P/E.

We make investment recommendations on certain early stage, pre-revenue companies based upon an assessment of their business model, technology, probability of market success, and the potential market opportunity, balanced by an assessment of applicable risks. Such companies may not be assigned a price target.

### Investment Risks

**Data Centers:**

Risks Include: (1) Communication Infrastructure stocks can be more sensitive to movements (or expectation of movements) in interest rates with higher/lower rates often leading to an outsized decrease/increase in stock price; (2) rapidly changing/disruptive technology, new product/service offerings, and evolving industry/technology standards could have an impact on demand and/or pricing; and (3) deterioration in the macro environment both domestically and internationally could lead to a reduction in demand and a consequent impact on valuation multiples.

### Risks To The Price Target

(1) makes dilutive acquisitions; (2) data center stocks are particularly susceptible to fluctuations in interest rates, which can have a negative impact on the stock price; and (3) deterioration in the macro environment both domestically and internationally could lead to a reduction in demand.

FEINSTEIN_EQIX_0024463

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| EQIX | Equinix |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC makes a market in the stock of Equinix securities.

Cowen and Company, LLC or its affiliates managed or co-managed a public offering of Equinix in the past 12 months.

Cowen and Company, LLC or its affiliates received compensation for investment banking services from Equinix in the past 12 months.

Cowen and Company, LLC or its affiliates expect to receive, or intend to seek, compensation for investment banking services in the next 3 months from Equinix.

Equinix is or has been in the past 12 months a client of Cowen and Company, LLC; Cowen and Company, LLC has provided investment banking services during the past 12 months.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

**TD Cowen Research Reports:** TD Cowen research reports are simultaneously available to all clients on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of TD Cowen research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://tdcowenlibrary.bluematrix.com/client/library.jsp.

THIS RESEARCH REPORT WAS PRODUCED SOLELY BY COWEN AND COMPANY, LLC.

THIS RESEARCH REPORT WAS PREPARED IN ACCORDANCE WITH THE RULES UNDER THE FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA). THIS REPORT WAS NOT PREPARED IN ACCORDANCE WITH CANADIAN DISCLOSURE REQUIREMENTS RELATING TO RESEARCH REPORTS.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC and its affiliates, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://tdcowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**TD Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "TD Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "TD Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "TD Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice Related To Branding:** "TD Cowen" is a division of TD Securities and is the name under which Cowen and Company, LLC and certain entities that fall under the brand TD Securities conduct certain of its businesses.

"TD Securities" is a trademark of The Toronto-Dominion Bank and represents certain investment banking, capital markets and wholesale banking activities conducted through certain subsidiaries and branches of The Toronto-Dominion Bank. Cowen and Company, LLC is a wholly-owned, indirect subsidiary of The Toronto-Dominion Bank. TD Securities Inc. is

FEINSTEIN_EQIX_0024464

regulated by the Investment Industry Regulatory Organization of Canada, a member of the Canadian Investor Protection Fund and a member of Canadian Marketplaces. This material is for general informational purposes only and is not investment advice nor does it constitute an offer, recommendation or solicitation to buy or sell a particular financial instrument.

**Notice to UK and European Union Investors:** This publication is produced and published by Cowen and Company, LLC which is regulated in the United States by Financial Industry Regulatory Authority. Cowen and Company's principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC, as well as its affiliates. Additionally, the persons who are not involved with the production of the recommendation but are reasonably expected to have access to the recommendation prior to its completion are subject to policies and procedures preventing them to trade related to expected recommendation. Research department related policies are designed to prevent, monitor, surveil and avoid appearance of conflicts of interest with respect to the persons or associated persons involved in the production of the recommendation. This research report is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent. The Toronto-Dominion Bank and TD Bank Europe Limited ("TDBEL") are regulated for investment business conducted in the UK by the UK Financial Conduct Authority. TD Global Finance unlimited company is regulated for investment business conducted in Ireland by the Central Bank of Ireland. Cowen Execution Services Limited is authorised and regulated in the UK by the Financial Conduct Authority.

This document it is intended only to be issued to persons who (i) are persons falling within Article 19(5) ("Investment professional") of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended, the "Financial Promotion Order"), (ii) are persons falling within Article 49(2)(a) to (d) ("High net worth companies, unincorporated associations, etc.") of the Financial Promotion Order, or (iii) are persons to whom an invitation or inducement to engage in investment activity (within the meaning of section 21 of the Financial Services and Markets Act 2000) in connection with the issue or sale of any securities may otherwise lawfully be communicated or caused to be communicated. Insofar as the document is issued in or to the European Union, it is intended only to be issued to persons categorized as 'Per Se Professional' or 'Eligible Counterparties' as defined in S.I. No 375 of 2017, European Union (Markets in Financial Instruments) Regulations 2017, Schedule 2. Clients in the United Kingdom wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TDBEL. European clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Global Finance unlimited company. Article 20 Market Abuse Regulation 596/2014 ("MAR") requires market participants who produce or disseminate Investment Recommendations or other information recommending or suggesting an investment strategy to take reasonable care that such information is objectively presented, and to disclose their interests or indicate conflicts of interest.

**Australia**

If you receive this document and you are domiciled in Australia, please note that it is intended to be issued for general information purposes only and distributed to a person who is a wholesale client, as defined in the Corporations Act 2001 and Corporations Regulations 2001, by Toronto Dominion (South East Asia) Limited ("TDSEA"). TDSEA does not hold itself out to be providing financial advice in these circumstances. TD Securities is a trademark and represents certain investment dealing and advisory activities of The Toronto-Dominion Bank and its subsidiaries, including TDSEA. The Toronto-Dominion Bank is not an authorized deposit-taking or financial services institution in Australia. TDSEA is a holder of an Australian Financial Services License (528885) and is regulated in Australia by the Australian Securities and Investments Commission.

**Canada**

No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon this research report, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. Cowen and Company, LLC operates as a dealer in Canada under an exemption from the dealer registration requirements contained in National Instrument 31-103 – Registration Requirements and Exemptions (NI 31-103) and, as such, Cowen and Company, LLC is not required to be and is not a registered dealer in Canada. Canadian clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Securities or TD Securities Inc. TD Securities Inc. is a member of the Canadian Investor Protection Fund.

**China, India, and South Korea**

Insofar as the document is received by any persons in the People's Republic of China ("PRC"), India and South Korea, it is intended only to be issued to persons who have the relevant qualifications to engage in the investment activity mentioned in this document. The recipient is responsible for obtaining all relevant government regulatory approvals/licenses themselves, and represents and warrants to The Toronto-Dominion Bank that the recipient's investments in those securities do not violate any law or regulation, including, but not limited to, any relevant foreign exchange regulations and/or overseas investment regulations. The Toronto-Dominion Bank has a representative office in Shanghai, Mumbai and Seoul which should be contacted for any general enquiry related to The Toronto-Dominion Bank or its business. However, neither any of the Toronto-Dominion Bank offshore branches/subsidiaries nor its representative offices are permitted to conduct business within the borders of the PRC, India and South Korea. In locations in Asia where the Bank does not hold licenses to conduct business in financial services, it is not our intention to, and the information contained in this document should not be construed as, conducting any regulated financial activity, including dealing in, or the provision of advice in relation to, any regulated instrument or product. This publication is for general information only, without addressing any particular needs of any individual or entity, and should not be relied upon without obtaining specific advice in the context of specific circumstances.

**Hong Kong SAR (China)**

This document, which is intended to be issued in Hong Kong SAR (China) ("Hong Kong") only to Professional Investors within the meaning of the Securities and Futures Ordinance (the "SFO") and the Securities and Futures (Professional Investor) Rules made under the SFO, has been distributed through Toronto-Dominion Bank, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission.

**Japan**

For Japanese residents, please note that if you have received this document from The Toronto-Dominion Bank entities based outside Japan, it is being provided to qualified financial institutions ("QFI") only under a relevant exemption to the Financial Instruments and Exchange Act.

If you have received this document from TD Securities (Japan) Co., Ltd., it is being provided only to institutional investors. TD Securities (Japan) Co., Ltd. is regulated by the Financial Services Agency of Japan and is distributing this document in Japan as a Type 1 Financial Instruments Business Operator registered with the Kanto Local Finance Bureau under registration number, Kinsho 2992, and a member of Japan Securities Dealers Association.

**New Zealand**

The Toronto-Dominion Bank is not a "registered bank" in New Zealand under the Reserve Bank Act 1989.

**Singapore**

This report is distributed in Singapore by The Toronto-Dominion Bank, Singapore Branch, and recipients in Singapore of this report are to contact The Toronto-Dominion Bank, Singapore Branch in respect of any matters arising from, or in connection with, this report. The Toronto-Dominion Bank, Singapore Branch is regulated by the Monetary Authority of Singapore. Where this report is issued or promulgated in Singapore, it is only intended for distribution to a person who is an accredited investor, expert investor or institutional investor as defined in the Securities and Futures Act (Cap. 289), the Securities and Futures (Prescribed Specific Classes of Investors) Regulations 2005, or the Securities and Futures (Classes of Investors) Regulations 2018 issued by the Monetary Authority of Singapore.

FEINSTEIN_EQIX_0024465

**Additional Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.tdcowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://tdcowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at March 21, 2024, 19:06ET. and disseminated at March 21, 2024, 19:06ET.

**Copyright, User Agreement and other general information related to this report**

© 2024 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of TD Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of TD Cowen. TD Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All TD Cowen trademarks displayed in this report are owned by TD Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**TD COWEN EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## TD Cowen Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 12/31/23**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 623 | 65.86% | 189 | 30.34% |
| Hold (b) | 315 | 33.30% | 52 | 16.51% |
| Sell (c) | 8 | 0.85% | 1 | 12.50% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by TD Cowen Cross-Asset Research.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

Equinix Rating History as of 03/19/2024
powered by: BlueMatrix
(1):$811.00 02/11/21
(1):$790.00 04/29/21
(1):$890.00 06/23/21
(1):$880.00 07/29/21
(2):$880.00 11/04/21
(2):$890.00 02/17/22
(2):$853.00 04/28/22
(2):$823.00 07/28/22
(2):$726.00 10/20/22
(2):$730.00 11/03/22
(1):$811.00 12/13/22
(1):$815.00 05/04/23
1,000
900
800
700
600
500
Apr 21
Jul 21
Oct 21
Jan 22
Apr 22
Jul 22
Oct 22
Jan 23
Apr 23
Jul 23
Oct 23
Jan 24
(1):$835.00 06/22/23
(1):$822.00 08/03/23
(1):$815.00 10/26/23
(1):$862.00 02/15/24
Closing Price
Target Price

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | D = Discontinued Coverage | $xx = Price Target | NA = Not Available | S=Suspended

FEINSTEIN_EQIX_0024467

## POINTS OF CONTACT

**Reaching TD Cowen**

**Main Cowen and Company Locations**

| **New York** | **Boston** | **Cleveland** | **San Francisco** |
|---|---|---|---|
| 599 Lexington Avenue | Two International Place | 20006 Detroit Road | One Maritime Plaza, 9th Floor |
| New York, NY 10022 | Boston, MA 02110 | Suite 100 | San Francisco, CA 94111 |
| 646 562 1010 | 617 946 3700 | Rocky River, OH 44116 | 415 646 7200 |
| 800 221 5616 | 800 343 7068 | 440 331 3531 | 800 858 9316 |
| **Atlanta** | **Chicago** | **Stamford** | **Washington, D.C.** |
| 3424 Peachtree Road NE | 181 West Madison Street | 262 Harbor Drive | 2900 K Street, NW |
| Suite 2200 | Suite 3135 | Stamford, CT 06902 | Suite 520 |
| Atlanta, GA 30326 | Chicago, IL 60602 | 646 616 3000 | Washington, DC 20007 |
| 866 544 7009 | 312 577 2240 | | 202 868 5300 |

**International Location**

**Cowen Execution Services Limited**

**London**

1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



 @TDCOWENRESEARCH     TD COWEN     TD COWEN