Neal Potischman (SBN 254862)
Jonathan K. Chang (SBN 355907)
Vincent Barredo (SBN 275518)
Michael G. Mills (SBN 350938)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
        jonathan.chang@davispolk.com
        vincent.barredo@davispolk.com
        michael.mills@davispolk.com

Rory A. Leraris (*pro hac vice*)
Jaclyn M. Willner (*pro hac vice*)
Emily Park (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:  (212) 701-5800
Email: rory.leraris@davispolk.com
        jaclyn.willner@davispolk.com
        emily.park@davispolk.com

*Attorneys for Defendants Equinix, Inc.,
Charles Meyers, and Keith D. Taylor*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND,<br><br>               Plaintiff,<br><br>        v.<br><br>EQUINIX, INC., CHARLES MEYERS, and KEITH D. TAYLOR,<br><br>               Defendants. | Case No. 3:24-cv-02656-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION TO CERTIFY THE CLASS**<br><br>Date:       July 31, 2025<br>Time:      10:00 a.m.<br>Courtroom:  4<br>Honorable Vince Chhabria |

The Request for Judicial Notice (the "Request") filed by Defendants Equinix, Inc., Charles Meyers, and Keith D. Taylor in support of their Opposition to Plaintiff's Motion to Certify the Class came on for hearing before the Honorable Vince Chhabria on July 31, 2025 at 10:00 a.m. in Courtroom 4.

Pursuant to Federal Rule of Evidence 201, the Defendants requested that the Court take judicial notice of documents attached as Exhibits 1, 2, 4-16, and 18 to the Declaration of Jonathan K. Chang in support of the Defendants' Opposition to Plaintiff's Motion to Certify the Class. These exhibits are analyst reports, news articles, an SEC filing, and two transcripts of a podcast.

The Court will take judicial notice of facts disclosed in Exhibits 1, 2, 4-16, and 18 for the purpose of determining what information was available to the market because they are publicly available and not reasonably subject to dispute, and judicial notice is therefore appropriate.

Thus, having considered the Request and all supporting papers and opposition papers and having heard the argument of counsel, IT IS HEREBY ORDERED that:

Defendants' Request for Judicial Notice is GRANTED.

Dated: _____          _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION TO CERTIFY THE CLASS - CASE NO. 3:24-cv-02656-VC