ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
HADIYA K. DESHMUKH (328118)
HAILEY S. ZANUTTO (358143)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com
hzanutto@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND,<br><br>               Plaintiff,<br><br>   vs.<br><br>EQUINIX, INC., et al.,<br><br>               Defendants. | Case No. 3:24-cv-02656-VC<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND PRE-TRIAL DEADLINES [ECF 76] |

4926-5041-1083.v1

The parties[1] to the above-captioned action (the "Parties" and the "Action," respectively) submit the below stipulation and proposed order pursuant to Civil Local Rules 6-2 and 7-12, for approval by the Court:

WHEREAS, during the case management conference held on January 24, 2025, the Court instructed the Parties to attempt to resolve this Action through private mediation, and set a deadline of June 6, 2025;

WHEREAS, on February 4, 2025, the Court issued a Stipulation and Order, ECF 76, which set forth deadlines for, *inter alia*, the close of fact discovery, expert discovery, class certification, *Daubert* motions, dispositive motions, and a pre-trial conference ("Scheduling Order");

WHEREAS, on June 4, 2025, the Parties participated in an extensive and arms' length full-day mediation session with an experienced mediator, Miles Ruthberg of Phillips ADR, which culminated with Mr. Ruthberg issuing a mediator's recommendation to resolve this Action;

WHEREAS, on June 5, 2025, the Parties both accepted Mr. Ruthberg's recommendation and reached a settlement in principle on the financial terms of a proposed agreement to resolve the Action (the "Proposed Settlement");

WHEREAS, the Parties are in the process of documenting the Proposed Settlement;

WHEREAS, the Parties seek to stay further proceedings and pre-trial deadlines in the current Scheduling Order to conserve resources and permit the Parties to focus on documenting the Proposed Settlement and seek preliminary approval of the Proposed Settlement ("Motion for Preliminary Approval"); and

WHEREAS, the Parties have agreed to make best efforts to permit Plaintiff to file a Motion for Preliminary Approval by July 15, 2025;

Accordingly, the Parties stipulate, and request that the Court order, as follows:

---

[1]   The parties are Lead Plaintiff Uniformed Sanitationmen's Association Compensation Accrual Fund ("Plaintiff") and Equinix, Inc., Charles Meyers, and Keith D. Taylor (together, "Defendants").

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND PRE-TRIAL DEADLINES [ECF 76] - 3:24-cv-02656-VC                                                          - 1 -

1.    The case, including deadlines set forth in the Scheduling Order, shall be stayed until further order of this Court, pending the filing of the Motion for Preliminary Approval.

IT IS SO STIPULATED, through counsel of record.

DATED:  June 9, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
HADIYA K. DESHMUKH
HAILEY S. ZANUTTO


              s/ Daniel J. Pfefferbaum
          DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com
hzanutto@rgrdlaw.com

Counsel for Plaintiffs

PITTA LLP
VINCENT F. PITTA
120 Broadway, 28th Floor
New York, NY  10271
Telephone: 212/652-3890
vpitta@pittalaw.com

Additional Counsel

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND PRE-TRIAL
DEADLINES [ECF 76] - 3:24-cv-02656-VC                                                                          - 2 -
4926-5041-1083.v1

DATED:  June 9, 2025

DAVIS POLK & WARDWELL LLP

s/ Neal Potischman

Neal Potischman (SBN 254862)
Jonathan K. Chang (SBN 355907)
Vincent Barredo (SBN 275518)
Michael G. Mills (SBN 350938)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, CA  94063
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111
Email:  neal.potischman@davispolk.com
jonathan.chang@davispolk.com
vincent.barredo@davispolk.com
michael.mills@davispolk.com

Rory A. Leraris (*pro hac vice*)
Jaclyn M. Willner (*pro hac vice*)
Emily Park (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:   (212) 701-5800
Email: rory.leraris@davispolk.com
jaclyn.willner@davispolk.com
emily.park@davispolk.com

*Attorneys for Defendants Equinix, Inc.,*
*Charles Meyers, and Keith D. Taylor*

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Daniel J. Pfefferbaum, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:  June 9, 2025

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

\*   \*   \*

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND PRE-TRIAL
DEADLINES [ECF 76] - 3:24-cv-02656-VC                                                                        - 3 -
4926-5041-1083.v1

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE