ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
HADIYA K. DESHMUKH (328118)
HAILEY S. ZANUTTO (358143)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com
hzanutto@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND, | ) ) ) ) | Case No. 3:24-cv-02656-VC<br><br>CLASS ACTION |
| Plaintiff, | ) ) ) | DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF LEAD |
| vs. | ) ) ) | PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF |
| EQUINIX, INC., et al., | ) ) | PROPOSED SETTLEMENT |
| Defendants. | ) | DATE: September 4, 2025<br>TIME: 2:00 p.m. (via Zoom)<br>JUDGE: Honorable Vince Chhabria<br>CTRM: 4, 17th Floor |

I, DANIEL J. PFEFFERBAUM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I submit this declaration, together with the attached exhibits, in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Settlement.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1:   Stipulation of Settlement and exhibits thereto; and

Exhibit 2:   Edward Flores and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2024 Full-Year Review* (NERA Jan. 22, 2025).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2025, at San Francisco, California.

/s/ Daniel J. Pfefferbaum<br>DANIEL J. PFEFFERBAUM