# Attachment 2

**CAFA NOTICE ADMINISTRATOR**
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

July 25, 2025

**VIA UPS OR USPS PRIORITY MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
| --- |

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants Equinix, Inc., Charles Meyers, and Keith D. Taylor (collectively, "Defendants") relating to the proposed settlement of a class action lawsuit.

- **Case:** *Uniformed Sanitationmen's Association Compensation Accrual Fund v. Equinix, Inc. et al.,* Case No. 3:24-cv-02656-VC.

- **Court:**  United States District Court for the Northern District of California.

- **Defendant:** Equinix, Inc., Charles Meyers, and Keith D. Taylor.

- **Documents Enclosed**:  In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

     - Class Action Complaint (filed May 2, 2024); and

     - Amended Class Action Complaint (filed September 12, 2024).

  2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  The Court has scheduled a preliminary approval hearing for September 4, 2025, at 2:00 p.m., via Zoom, at the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The Court has not scheduled a final approval hearing or any other judicial hearing concerning the settlement agreement at this time.

  3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

     - Notice of Pendency and Proposed Settlement of Class Action *(Exhibit 1 to the [Proposed] Order Preliminarily Approving Settlement);*

     - Proof of Claim and Release *(Exhibit 2 to the [Proposed] Order Preliminarily Approving Settlement);* and

**CAFA NOTICE ADMINISTRATOR**
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

- Summary Notice of Proposed Settlement of Class Action *(Exhibit 3 to the [Proposed] Order Preliminarily Approving Settlement)*.

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**   The following documents are included:

- Lead Plaintiff's Notice of Unopposed Motion for Preliminary Approval of Proposed Settlement and Memorandum of Points and Authorities in Support Thereof;

- Declaration of Daniel J. Pfefferbaum in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Settlement;

  o Stipulation of Settlement *(Exhibit 1 to the Pfefferbaum's Declaration)*;

    ▪ [Proposed] Order Preliminarily Approving Settlement and Providing for Notice *(Exhibit A to the Stipulation of Settlement)*;

    ▪ [Proposed] Final Judgment and Order of Dismissal with Prejudice *(Exhibit B to the Stipulation of Settlement)*;

  o Recent Trends in Securities Class Action Litigation: 2024 Full-Year Review *(Exhibit 2 to the Pfefferbaum's Declaration)*;

- Declaration of Peter Crudo Regarding Notice and Administration; and

- [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** Please note that the parties to this Settlement have agreed to provide Defendants with the option to terminate the Settlement if the opt-out threshold is exceeded and not cured in accordance with the terms of the Supplemental Agreement, which is referenced in Sections 7.3 and 7.4 of the Stipulation of Settlement. It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise on complex litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Manual for Complex Litigation § 21.631 (4th ed.).

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**   To date, the Court has not issued a final order, judgment or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The Settlement Class consists of all Persons who purchased or otherwise acquired Equinix common stock between May 3, 2019, and March 24, 2024, inclusive, and who suffered damages by Defendants' alleged violations of §§10(b) and 20(a) of the Exchange Act. Excluded from the Class are: (1) Defendants and members of the immediate families of each Individual Defendant; (2) the officers, directors, and affiliates of Defendants, at all relevant times, and members of their immediate families; (3) the legal representatives, heirs, successors, or assigns of any of the

**CAFA NOTICE ADMINISTRATOR**

10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

foregoing; and (4) any entity in which any Defendant has or had a controlling interest. Also excluded from the Class is any Person who properly excludes himself, herself, itself, or themselves from the Class by submitting a valid and timely request for exclusion.

CAFA requires Defendants to provide, "if feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that state's appropriate State official." 28 U.S.C. §1715(b)(7)(A). If it is not feasible to provide that information, CAFA requires a "reasonable estimate" from the Defendants. 28 U.S.C. § 1715(b)(7)(B).

As is typical with a securities settlement, Defendants do not have access to information sufficient to identify the names of all settlement class members who reside in each state or to estimate proportionate shares of their claims to the entire settlement. It is also not feasible for Defendants to provide an estimate of the number of class members residing in each state or the estimated proportionate share of each class member's claims to the entire settlement.

8. **Per 28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  To date, the Court has not issued a final order or judgment in the above-referenced action.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Sincerely,

CAFA Notice Administrator

Enclosures