ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
HADIYA K. DESHMUKH (328118)
HAILEY S. ZANUTTO (358143)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com
hzanutto@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EQUINIX, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 3:24-cv-02656-VC<br><br>CLASS ACTION<br><br>REVISED EXHIBIT AND PROPOSED ORDER IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT<br><br>DATE:　　　September 4, 2025<br>TIME:　　　2:00 p.m. (via Zoom)<br>JUDGE:　　Honorable Vince Chhabria<br>CTRM:　　　4, 17th Floor |

4896-5757-8597.v1

On July 15, 2025, Lead Plaintiff Uniformed Sanitationmen's Association Compensation Accrual Fund ("Lead Plaintiff" or "Plaintiff") filed its Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Proposed Settlement and Memorandum of Points and Authorities in Support Thereof (the "Motion").  ECF 103.

On August 26, 2025, this Court directed Plaintiff to ensure that the proposed notice to the settlement class attached to the Motion (the "Notice," ECF 103-5, Ex. 1), and the proposed order to which it is attached (ECF 103-5), comply with this Court's Standing Order, including, but not limited to, the provision informing class members that failure to comply with requirements for submitting objections may be excused for good cause.  ECF 107.

Accordingly, Plaintiff hereby attaches the following:

Attachment 1: A revised Notice complying with the Court's Standing Order;

Attachment 2: A redline comparing the revised Notice to the Notice previously filed on July 15, 2025 (ECF 103-5, Ex. 1);

Attachment 3: The revised proposed order complying with the Court's Standing Order; and

Attachment 4: A redline comparing the revised proposed order to the proposed order previously filed on July 15, 2025 (ECF 103-5).

The revised proposed order with all exhibits, including the revised Notice, will be emailed to the Court in Word format.

DATED:  September 2, 2025                  Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
HADIYA K. DESHMUKH
HAILEY S. ZANUTTO


                                    s/ Daniel J. Pfefferbaum
                                    DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com
hzanutto@rgrdlaw.com

Counsel for Plaintiffs

PITTA LLP
VINCENT F. PITTA
120 Broadway, 28th Floor
New York, NY 10271
Telephone: 212/652-3890
vpitta@pittalaw.com

Additional Counsel