# ATTACHMENT 2

**REDLINE to VERSION FILED ON JULY 15, 2025 - EX 1 - NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**

ROBBINS GELLER RUDMAN
      & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
HADIYA K. DESHMUKH (328118)
HAILEY S. ZANUTTO (358143)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com
hzanutto@rgrdlaw.comLead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND,<br><br>                    Plaintiff,<br><br>    vs.<br><br>EQUINIX, INC., et al.,<br><br>                  Defendants. | Case No. 3:24-cv-02656-VC<br><br>CLASS ACTION<br><br>NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION<br><br>EXHIBIT 1 |

**TO:**   **ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED EQUINIX, INC. ("EQUINIX" OR THE "COMPANY") COMMON STOCK BETWEEN MAY 3, 2019, AND MARCH 24, 2024, INCLUSIVE, AND ARE NOT OTHERWISE EXCLUDED FROM THE CLASS (THE "CLASS")**

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.  YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION. PLEASE NOTE THAT IF YOU ARE A CLASS MEMBER, YOU MAY BE ENTITLED TO SHARE IN THE PROCEEDS OF THE SETTLEMENT DESCRIBED IN THIS NOTICE.  TO CLAIM YOUR SHARE OF THE SETTLEMENT PROCEEDS, YOU MUST SUBMIT A VALID PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") **POSTMARKED OR SUBMITTED ONLINE ON OR BEFORE _____, 2025**.

This Notice of Pendency and Proposed Settlement of Class Action ("Notice") has been provided to you pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California (the "Court").  The purpose of this Notice is to inform you of the pendency of this class action (the "Action" or the "Litigation") between Lead Plaintiff and Defendants Equinix, Charles Meyers, and Keith D. Taylor and the proposed $41,500,000 settlement reached therein (the "Settlement") and of the hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement as well as counsel's application for fees and expenses.  This Notice describes what steps you may take in relation to the Settlement and this class action.[1]

This Notice is not intended to be, and should not be construed as, an expression of any opinion by the Court with respect to the truth of the allegations in the Action as to any of the Defendants or the merits of the claims or defenses asserted by or against the Defendants.  This Notice is solely to advise you of the pendency and proposed Settlement of the Action and of your rights in connection therewith.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A PROOF OF CLAIM** | The only way to be eligible to receive a payment from the Settlement.  **Proofs of Claim must be postmarked or submitted online on or before _____, 2025.** |
| **EXCLUDE YOURSELF** | Get no payment.  This is the only option that *potentially* allows you to ever be part of any other lawsuit against the Defendants or any other Released Defendant Parties about the legal claims being resolved by this Settlement.  Should you elect to exclude yourself from the Class you should understand that Defendants and the other Released Defendant Parties will have the right to assert any and all defenses they may have to any claims that you may seek to assert, including, without limitation, the defense that any such claims are untimely under applicable statutes of limitations and statutes of repose.  **Exclusions must be postmarked or received on or before _____, 2025.** |
| **OBJECT** | Write to the Court about why you do not like the Settlement, the Plan of Allocation, and/or the request for attorneys' fees and expenses.  You will still be a Member of the Class.  **Objections** |

_____

[1]   All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings provided in the Stipulation of Settlement dated July 15, 2025 (the "Settlement Agreement" or "Stipulation"), which is available on the website www.EquinixSecuritiesSettlement.com.

EX 1 - NOTICE OF PENDENCY AND PROPOSED SETTLEMENT
OF CLASS ACTION - 3:24-cv-02656-VC                                                                    - 1 -

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| | must be *filed or postmarked no later than* _____, **2025. If you submit a written objection, you may (but do not have to) attend the hearing.** |
| **ATTEND THE HEARING ON _____, 2025** | Ask to speak in Court about the fairness of the Settlement. **Requests to speak must be *filed or postmarked no later than* _____, 2025. This requirement may be excused by the Court upon good cause shown.** |
| **DO NOTHING** | Receive no payment. You will, however, still be a Member of the Class, which means that you give up your right to ever be part of any other lawsuit against the Defendants or any other Released Defendant Parties about the legal claims being resolved by this Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

## <u>SUMMARY OF THIS NOTICE</u>

**Statement of Class Recovery**

Pursuant to the Settlement described herein, a $41.5 million settlement fund has been established. Based on Lead Plaintiff's estimate of the number of Equinix shares eligible to recover under the Settlement, the average distribution per common share under the Plan of Allocation is approximately $2.36 before deduction of any taxes on the income earned on the Settlement Amount thereof, notice and administration costs, and the attorneys' fees and expenses as determined by the Court. **Class Members should note, however, that these are only estimates**. A Class Member's actual recovery will be a proportion of the Net Settlement Fund determined by that claimant's allowed claim amount as compared to the total allowed claims of all Class Members who submit acceptable Proofs of Claim. An individual Class Member may receive more or less than these estimated average amounts. *See* Plan of Allocation set forth and discussed at pages \_\_\_ below for more information on the calculation of your claim.

**Statement of Potential Outcome of Case**

The Parties disagree on both liability and damages and do not agree on the amount of damages that would be recoverable if the Class prevailed on each claim alleged. Defendants deny that they are liable to the Class and deny that the Class has suffered any damages. The issues on which the Parties disagree are many, but include: (1) whether Defendants engaged in conduct that would give rise to any liability to the Class under the federal securities laws; (2) whether Defendants have valid defenses to any such claims of liability; (3) the appropriate economic model for determining the amount by which the price of Equinix common stock was allegedly artificially inflated (if at all) during the Class Period; (4) the amount, if any, by which the price of Equinix common stock was allegedly artificially inflated (if at all) during the Class Period; (5) the effect of various market forces on the prices of Equinix common stock was at various times during the Class Period; (6) the extent to which external factors influenced the prices of Equinix common stock at various times during the Class Period; (7) the extent to which the various matters that Lead Plaintiff alleged were materially false or misleading influenced (if at all) the prices of Equinix common stock at various times during the Class Period; and (8) the extent to which the various allegedly adverse material facts that Lead Plaintiff alleged were misstated or omitted influenced (if at all) the prices of Equinix common stock at various times during the Class Period.

**Statement of Attorneys' Fees and Expenses Sought**

Since the Action's inception, Lead Counsel has expended considerable time and effort in the prosecution of this Action on a wholly contingent basis and has advanced the expenses of the Action in the expectation that if it was successful in obtaining a recovery for the Class, it would be paid from such recovery. Lead Counsel will apply to the Court for an award of attorneys' fees not to exceed twenty-five percent (25%) of the Settlement Amount, plus expenses not to exceed $300,000, plus interest earned on both amounts. If the amounts requested are approved by the Court, the average cost per Equinix common share will be approximately $0.61.

**Further Information**

For further information regarding the Action, this Notice, or to review the Stipulation, please contact the Claims Administrator toll-free at 888-777-6598 or visit the website www.EquinixSecuritiesSettlement.com.

You may also contact a representative of counsel for the Class: Greg Wood, Shareholder Relations, Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, 800-449-4900, settlementinfo@rgrdlaw.com.

**Please Do Not Call the Court or Defendants with Questions About the Settlement.**

**Reasons for the Settlement**

Lead Plaintiff's principal reason for entering into the Settlement is the benefit to the Class now, without further risk or the delays inherent in continued litigation. The cash benefit under the Settlement must be considered against the significant risk that a smaller recovery – or, indeed, no recovery at all – might be achieved after contested motions, trial, and likely appeals, a process that could last several years into the future. For the Defendants, who have denied and continue to deny all allegations of liability, fault, or wrongdoing whatsoever, and deny that the Class was harmed or suffered any damages as a result of the conduct alleged in the Action, the principal reason for entering into the Settlement is to eliminate the uncertainty, risk, costs, and burdens inherent in any action, especially in complex cases such as this Action.

## BASIC INFORMATION

| 1. | What is the purpose of this Notice? |
|---|---|

This Notice is being provided to you pursuant to an Order of a U.S. District Court because you or someone in your family or an investment account for which you serve as custodian may have purchased or acquired Equinix common stock between May 3, 2019, and March 24, 2024, inclusive (the "Class Period").

This Notice explains the class action lawsuit, the Settlement, Class Members' legal rights in connection with the Settlement, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the Action is the United States District Court for the Northern District of California, and the case is known as *Uniformed Sanitationmen's Association Compensation Accrual Fund v. Equinix, Inc., et al.*, No. 3:24-cv-02656-VC. The case has been assigned to the Honorable Vince Chhabria. The entity representing the Class is the Lead Plaintiff, and the company and individuals it sued and who have now settled are called the Defendants.

| 2. | What is this lawsuit about? |
|---|---|

The initial complaint was filed in the Action on May 2, 2024. On August 15, 2024, the Court appointed Uniformed Sanitationmen's Association Compensation Accrual Fund as Lead Plaintiff and approved its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.

Lead Plaintiff filed the Amended Complaint for Violation of the Federal Securities Laws on September 12, 2024, alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 against Defendants (the "Complaint"). Lead Plaintiff alleges that Defendants made materially false and misleading statements and/or omissions by, among other things, allegedly misrepresenting and/or failing to disclose that: (i) Equinix manipulated its financial accounting to reduce maintenance (*i.e.*, recurring) capital expenses, in order to artificially inflate its reported Adjusted Funds from Operations ("AFFO"); and (ii) Equinix oversold power capacity at its datacenters and did not warn of the risks associated with this practice or the limits it placed on the Company's growth prospects. Lead Plaintiff further alleges that but for Defendants' scheme to overstate its results, the Company would have missed its AFFO guidance given to investors, and the Individual Defendants would not have received $150 million in stock bonus awards. Lead Plaintiff alleges that persons who purchased or otherwise acquired Equinix common stock during the Class Period suffered economic losses when the price of Equinix common stock declined as a result of alleged corrective disclosures, including a report issued by Hindenburg Research that claimed that that the Company overstated its reported AFFO by misclassifying certain maintenance capital expenses, and that the Company oversold its power capacity at its datacenters.

Defendants filed their motion to dismiss the Complaint on October 10, 2024. Lead Plaintiff filed its opposition on October 31, 2024, and Defendants filed their reply on November 19, 2024. The Court heard oral argument on Defendants' motion on December 5, 2024. On January 6, 2025, the Court entered an order granting in part and denying in part the motion to dismiss. Defendants answered the Complaint on February 20, 2025.

On January 24, 2025, the Court held a case management conference and ordered the Parties to participate in a mediation session by June 6, 2025.

Lead Plaintiff and Defendant served each other with various discovery requests, and each responded and produced documents. Lead Plaintiff deposed a corporate representative of Equinix, and pursued document discovery from numerous third parties.

On April 17, 2025, Lead Plaintiff filed its Motion to Certify Class. Defendants filed their opposition brief on May 29, 2025.

Pursuant to the Court's January 24, 2025 order, Lead Plaintiff and Defendants participated in a confidential mediation session with Miles Ruthberg of Phillips ADR, an experienced mediator, on June 4, 2025. The mediation session was preceded by the submission and exchange of mediation statements by both Lead Plaintiff and Defendants. The Parties engaged in a day-long, good-faith negotiations, and following the end of the mediation, Mr. Ruthberg issued a mediator's proposal to settle the Litigation for $41.5 million, to be paid by Defendants and/or their insurers on behalf of Defendants for the benefit of the Class, subject to the negotiation of the terms of a Stipulation of Settlement and approval by the Court. The Parties accepted the mediator's proposal, and proceeded to negotiate the Stipulation of Settlement and its supporting exhibits, including this Notice. The Stipulation of Settlement reflects the binding and final agreement of the Parties.

Defendants deny each and all of the claims and contentions of wrongdoing or violations of law alleged by Lead Plaintiff in the Action, as well as any and all allegations of fault, liability, wrongdoing, or damages against them arising out of any of the statements or omissions alleged, or that could have been alleged, in the Litigation. Defendants deny that they made any materially false or misleading statements, or engaged in any scheme giving rise to any liability under the

federal securities laws. Defendants deny that any of the Defendants, or any other agent of Equinix, acted with the requisite intent to commit a violation of the federal securities laws. Defendants maintain that their conduct was at all times proper and in compliance with applicable law. Defendants also deny that any losses allegedly suffered by Members of the Class were caused by any allegedly false or misleading statements by them; that any Class Member, including Lead Plaintiff, suffered any damages; or that any Class Member, including Lead Plaintiff, was harmed by any conduct alleged in the Litigation or that could have been alleged therein. Defendants continue to believe that the claims asserted against them in the Action are without merit. Defendants also maintain that they have meritorious defenses to all claims that were raised or could have been raised in the Action.

| 3. | Why is there a settlement? |
|---|---|

The Court has not decided in favor of Defendants or the Lead Plaintiff. Instead, both sides agreed to the Settlement to avoid the distraction, costs, and risks of further litigation, and Lead Plaintiff agreed to the Settlement in order to ensure that Class Members will receive compensation.

## WHO IS IN THE SETTLEMENT

| 4. | How do I know if I am a Member of the Class? |
|---|---|

The Court directed that everyone who fits this description is a Class Member: all Persons who purchased or otherwise acquired Equinix common stock between May 3, 2019, and March 24, 2024, inclusive, and who suffered damages by Defendants' alleged violations of §§10(b) and 20(a) of the Exchange Act, except those Persons and entities that are excluded.

Excluded from the Class are: (1) Defendants and members of the immediate families of each Individual Defendant; (2) the officers, directors, and affiliates of Defendants, at all relevant times, and members of their immediate families; (3) the legal representatives, heirs, successors, or assigns of any of the foregoing; and (4) any entity in which any Defendant has or had a controlling interest. Also excluded from the Class are those Persons who timely and validly exclude themselves therefrom by submitting a request for exclusion in accordance with the requirements set forth in question 11 below.

**Please Note**: Receipt of this Notice or the Summary Notice does not mean that you are a Class Member or that you will be entitled to receive a payment from the Settlement. If you are a Class Member and you wish to be eligible to participate in the distribution of the proceeds from the Settlement, you are required to submit the Proof of Claim and the required supporting documentation as set forth therein postmarked or submitted online at www.EquinixSecuritiesSettlement.com on or before _____, 2025.

| 5. | What if I am still not sure if l am included? |
|---|---|

If you are still not sure whether you are included, you can ask for free help. You can contact the Claims Administrator toll-free at 888-777-6598, or you can fill out and return the Proof of Claim, to see if you qualify.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

| 6. | What does the Settlement provide? |
|---|---|

The Settlement provides that, in exchange for the release of the Released Plaintiff's Claims (defined below) and dismissal of the Action, Defendants have agreed to pay (or cause to be paid

by their insurers) $41.5 million in cash to be distributed after taxes, tax expenses, notice and claims administration expenses, and approved fees and expenses, *pro rata*, to Class Members who send in a valid Proof of Claim pursuant to the Court-approved Plan of Allocation.  The Plan of Allocation is described in more detail at the end of this Notice.

| 7. | How much will my payment be? |
|---|---|

Your share of the Net Settlement Fund will depend on several things, including the total value of Equinix common stock represented by the valid Proofs of Claim that Class Members send in, compared to the value of your claim, all as calculated under the Plan of Allocation discussed below.

**HOW YOU GET A PAYMENT – SUBMITTING A PROOF OF CLAIM**

| 8. | How can I get a payment? |
|---|---|

To be eligible to receive a payment from the Settlement, you must submit a Proof of Claim.  A Proof of Claim may be downloaded at www.EquinixSecuritiesSettlement.com.   Read the instructions carefully, fill out the Proof of Claim, include all the documents the form asks for, sign it, and **mail it to the Claims Administrator at the address provided in the Proof of Claim or submit it online at www.EquinixSecuritiesSettlement.com so that it is postmarked or received no later than _____, 2025**.

| 9. | When would I get my payment? |
|---|---|

**The Court will hold a Settlement Hearing on _____, 2025, at _____ _.m.**, to decide whether to approve the Settlement.  If the Court approves the Settlement, there might be appeals.  It is always uncertain whether appeals can be resolved, and if so, how long it would take to resolve them.  It also takes time for all the Proofs of Claim to be processed.  Please be patient.

| 10. | What am I giving up to get a payment or to stay in the Class? |
|---|---|

Unless you timely and validly exclude yourself, you are staying in the Class, and that means you cannot sue, continue to sue, or be part of any other lawsuit against Defendants or the other "Released Defendant Parties" (as defined below) about the "Released Plaintiff's Claims" (as defined below) in this case.  It also means that all of the Court's orders will apply to you and legally bind you.  If you remain a Class Member, and if the Settlement is approved, you will give up all Released Plaintiff's Claims, including "Unknown Claims" (as defined below), against the "Defendants' Released Persons" (as defined below):

- "Released Plaintiff's Claims" means all claims and causes of action of every nature and description, whether known or unknown, including Unknown Claims (as defined below), demands, losses, and rights, whether arising under federal, state, common, foreign law, or any other law, rule, or regulation, that Lead Plaintiff or any other Member of the Class: (i) asserted in the Complaint or could have asserted in any forum, that arise out of or relate to any of the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the Litigation, the Complaint, or any previous complaint filed in the Litigation; and (ii) that arise out of or relate to the purchase or acquisition of Equinix common stock during the Class Period.  Released Plaintiff's Claims do not include: (i) any claims related to the enforcement of the Settlement; (ii) any claims asserted in any

EX 1 - NOTICE OF PENDENCY AND PROPOSED SETTLEMENT
OF CLASS ACTION - 3:24-cv-02656-VC                                                                         - 6 -

previously filed or pending shareholder derivative or ERISA actions; or (iii) any claims of any Person who or which submits a request for exclusion that is accepted by the Court. Nothing in the foregoing shall release or preclude the refiling of any demand or shareholder derivative litigation in any other court, as described in *Gandhi v. Meyers, et al.*, Case No. 3:25-cv-02054-VC (N.D. Cal.) (ECF 25), and *Benkovski v. Meyers, et al.*, Case No. 3:25-cv-01642-VC (N.D. Cal.) (ECF 26).

- "Released Defendants' Claims" means any and all claims and causes of action of every nature and description whatsoever, including both known claims and Unknown Claims (as defined below), whether arising under federal, state, common, or foreign law, against Releasing Plaintiff Parties (as defined below) that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants in the Litigation, except for claims relating to the enforcement of the Settlement or any claims against any Person who or which submits a request for exclusion that is accepted by the Court.

- "Released Defendant Party" or "Released Defendant Parties" or "Defendants' Released Persons" mean any or all of Defendants' and their current and former employers, officers, directors, agents, servants, representatives, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, advisors, auditors, immediate family members, underwriters, insurers, reinsurers, employees, attorneys, and each other their respective heirs, executors, administrators, successors and assigns, in their capacities as such, including, but not limited to, Equinix and any of its subsidiaries.

- "Releasing Plaintiff Party" or "Releasing Plaintiff Parties" mean Lead Plaintiff, all other plaintiffs in the Litigation, their respective attorneys, all other Class Members, and their respective current and former officers, directors, agents, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, employees, and attorneys, in their capacities as such.

- "Unknown Claims" means: (a) any and all Released Plaintiff's Claims that the Releasing Plaintiff Parties do not know or suspect to exist in his, her, or its favor at the time of the release of such claims; and (b) any and all Released Defendants' Claims that any of the Released Defendant Parties do not know or suspect to exist in his, her, or its favor at the time of the release of such claims, and including, without limitation, those that, if known by him, her, or it, might have affected his, her, or its decision(s) with respect to this Settlement. Unknown Claims include, without limitation, those claims in which some or all of the facts composing the claim may be unsuspected, undisclosed, concealed, or hidden. With respect to: (a) any and all Released Plaintiff's Claims against the Released Defendant Parties; and (b) any and all Released Defendants' Claims against the Releasing Plaintiff Parties, the Settling Parties stipulate and agree that, upon the Effective Date, the Settling Parties shall expressly waive, and each Releasing Plaintiff Party and Released Defendant Party shall be deemed to have, and by operation of the Judgment shall have expressly waived, any and all provisions, rights, and protections conferred by California Civil Code §1542 and by any law of any state or territory of the United

States, or principle of common law or foreign law, that is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

The Releasing Plaintiff Parties and Released Defendant Parties acknowledge that they may hereafter discover facts, legal theories, or authorities in addition to or different from those which he, she, it, or their counsel now knows or believes to be true with respect to the subject matter of the Released Plaintiff's Claims or Released Defendants' Claims, but: (a) the Releasing Plaintiff Parties shall expressly, fully, finally, and forever waive, compromise, settle, discharge, extinguish, and release, and each Releasing Plaintiff Party shall be deemed to have waived, compromised, settled, discharged, extinguished, and released, and upon the Effective Date, and by operation of the Judgment shall have waived, compromised, settled, discharged, extinguished, and released, fully, finally, and forever, any and all Released Plaintiff's Claims against the Released Defendant Parties, known or unknown, suspected or unsuspected, contingent or non-contingent, accrued or unaccrued, whether or not concealed or hidden, which now exist, or heretofore have existed, or may hereafter exist, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities; and (b) the Released Defendant Parties shall expressly, fully, finally, and forever waive, compromise, settle, discharge, extinguish, and release, and each Released Defendant Party shall be deemed to have waived, compromised, settled, discharged, extinguished, and released, and upon the Effective Date, and by operation of the Judgment shall have waived, compromised, settled, discharged, extinguished, and released, fully, finally, and forever, any and all Released Defendants' Claims against Lead Plaintiff, the Class, and Plaintiffs' Counsel, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities. The Parties acknowledge, and the Releasing Plaintiff Parties and Released Defendant Parties shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement of which this release is a part.

## EXCLUDING YOURSELF FROM THE CLASS

If you do not want to participate in this Settlement, and you want to keep the right to potentially sue the Defendants and the other Released Defendant Parties, on your own, about the claims being released by the Settlement, then you must take steps to remove yourself from the Class. This is called excluding yourself – or is sometimes referred to as "opting out." If you are requesting exclusion because you want to bring your own lawsuit based on the matters alleged in this Action, you may want to consult an attorney and discuss whether any individual claim that you may wish to pursue would be time-barred by the applicable statutes of limitation or repose.

| 11. | How do I get out of the Class and the proposed Settlement? |
|---|---|

To exclude yourself from the Class and the Settlement, you must send a letter by First-Class Mail stating that you "request exclusion from the Class in the *Equinix Securities Settlement*." Your letter must include your purchases or acquisitions of Equinix common stock during the Class Period, including the dates and the number of Equinix common shares you: (a) owned as of the opening of trading on May 3, 2019; and (b) purchased, otherwise acquired, and/or sold during the Class Period, as well as the price paid for each such purchase or other acquisition and received for each such sale. In addition, you must include your name, address, telephone number, and your signature. You must submit your exclusion request so that it is **postmarked no later than _____, 2025** to:

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
ATTN: EXCLUSIONS
P.O. Box 5100
Larkspur, CA 94977-5100

If you ask to be excluded, you will not get any payment from the Settlement, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit, and you may be able to sue the Defendants and the other Released Defendant Parties about the Released Plaintiff's Claims in the future.

| 12. | If I do not exclude myself, can I sue the Defendants and the other Released Defendant Parties for the same thing later? |
|---|---|

No. Unless you exclude yourself, you give up any rights you may potentially have to sue the Defendants and the other Released Defendant Parties for any and all Released Plaintiff's Claims. If you have a pending lawsuit against the Released Defendant Parties, speak to your lawyer in that case immediately. You must exclude yourself from the Class in this Action to continue your own lawsuit. Remember, the exclusion deadline is _____, 2025.

| 13. | If I exclude myself, can I get money from the proposed Settlement? |
|---|---|

No. If you exclude yourself, you should not send in a Proof of Claim to ask for any money. But you may have the right to potentially sue or be part of a different lawsuit against the Defendants and the other Released Defendant Parties.

**THE LAWYERS REPRESENTING YOU**

| 14. | Do I have a lawyer in this case? |
|---|---|

The Court ordered that the law firm of Robbins Geller Rudman & Dowd LLP represents the Class Members, including you. These lawyers are called Lead Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense.

| 15. | How will the lawyers be paid? |
|---|---|

Lead Counsel will apply to the Court for an award of attorneys' fees not to exceed twenty-five percent (25%) of the Settlement Amount and for expenses, costs, and charges in an amount not to exceed $300,000 in connection with prosecuting the Action, plus interest on such fees and

expenses at the same rate as earned by the Settlement Fund.  Such sums as may be approved by the Court will be paid from the Settlement Fund.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or any part of it.

| 16. | How do I tell the Court that I object to the proposed Settlement? |
|---|---|

If you are a Class Member, you can comment on or object to the proposed Settlement, the proposed Plan of Allocation, and/or Lead Counsel's fee and expense application.  You can ask the Court to deny approval by filing an objection.  You can't ask the Court to order a different settlement; the Court can only approve or reject the Settlement.  If the Court denies approval, no settlement payments will be sent out, and the lawsuit will continue.  If that is what you want to happen, you should object.  You can write to the Court setting out your comment or objection. The Court will consider your views.  All written objections and supporting papers ~~must~~should: (i) clearly identify the case name and number (*Uniformed Sanitationmen's Association Compensation Accrual Fund v. Equinix, Inc., et al.*, 3:24-cv-02656-VC); (ii) be submitted to the Court either by mailing them to the Clerk of the Court, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, or by filing them in person at any location of the United States District Court for the Northern District of California; and (iii) be filed or postmarked on or before _____, 2025.  Include your name, address, telephone number, and your signature (even if you are represented by counsel), including the number of Equinix common shares you: (a) owned as of the opening of trading on May 3, 2019; and (b) purchased, otherwise acquired, and/or sold during the Class Period, as well as the dates and prices for each such purchase, other acquisition or sale, and state with specificity your comments or the reasons why you object to the proposed Settlement, Plan of Allocation, and/or fee and expense application, including any legal and evidentiary support for such objection.  Any objection must state whether it applies only to the objector, to a specific subset of the Class, or to the entire Class.  You must also identify all other class action settlements in which you or your counsel have filed objections in the past five years.  You must also include copies of documents demonstrating all of your purchase(s), acquisitions, and/or sale(s) of Equinix common stock during the Class Period.  The Court may excuse this requirement to submit an objection upon good cause shown.

| 17. | What is the difference between objecting and excluding? |
|---|---|

Objecting is simply telling the Court that you do not like something about the Settlement. You can object **only** if you stay in the Class.

Excluding yourself is telling the Court that you do not want to recover money from the Settlement and do not want to release any claims you think you may have against Defendants and the other Released Defendant Parties.  If you exclude yourself, you cannot object to the Settlement because it does not affect you.

## THE COURT'S SETTLEMENT HEARING

The Court will hold a hearing to decide whether to approve the proposed Settlement.  You may attend and you may ask to speak, but you do not have to.

| 18. | When and where will the Court decide whether to approve the proposed Settlement? |
|---|---|

The Court will hold a Settlement Hearing at __:___ __.m., on _____, **2025**, before the Honorable Vince Chhabria, via Zoom, at the United States District Court for the Northern

EX 1 - NOTICE OF PENDENCY AND PROPOSED SETTLEMENT
OF CLASS ACTION - 3:24-cv-02656-VC                                                              - 10 -

District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.  At the hearing, the Court will consider whether the Settlement and the Plan of Allocation are fair, reasonable, and adequate.  If there are objections, the Court will consider them, even if you do not ask to speak at the hearing.  The Court will listen to people who ~~have asked~~appear to speak at the hearing.  The Court may also decide how much Lead Counsel will be paid.  After the Settlement Hearing, the Court will decide whether to approve the Settlement and the Plan of Allocation.  We do not know how long these decisions will take.  You should be aware that the Court may change the date and time of the Settlement Hearing without another notice being sent to Class Members.  If you want to attend the hearing, you should check with Lead Counsel or the Settlement website, www.EquinixSecuritiesSettlement.com, beforehand to be sure that the date and/or time has not changed.

| 19. | Do I have to attend the hearing? |
|---|---|

No.  Lead Counsel will answer any questions the Court may have.  But, you are welcome to attend at your own expense.  If you send an objection, you do not have to come to Court to talk about it.  As long as you mailed your written objection on time, the Court will consider it.  You may also pay your own lawyer to attend, but it is not necessary.  Class Members do not need to appear at the hearing or take any other action to indicate their approval.

| 20. | May I speak at the hearing? |
|---|---|

If you object to the Settlement, the Plan of Allocation, and/or the fee and expense application, you may ask the Court for permission to speak at the Settlement Hearing.  To do so, you must include with your objection (*see* question 16 above) a statement saying that it is your "Notice of Intention to Appear in the *Equinix Securities Settlement*."  Be sure to include your name, address, telephone number, your signature, the number of shares of Equinix common stock you purchased and/or sold during the Class Period (*i.e.* from May 3, 2019 through March 24, 2024, inclusive), and copies of documents evidencing those purchases and/or sales. Persons who intend to object to the Settlement, the Plan of Allocation, and/or any awards to Lead Counsel and desire to present evidence at the Settlement Hearing must include in their written objections the identity of any witnesses they may call to testify and any exhibits they intend to introduce into evidence at the Settlement Hearing.  Your notice of intention to appear must be sent to the Clerk of the Court so that it is *received no later than            , 2025*.  However, if you wish to appear at the Settlement and object without having first submitted a written objection and a request to appear as set forth in this paragraph (or in item 16 above), the Court may excuse your failure to do so *if* you can provide the Court with a "good cause" explanation of why you were unable to substantially comply with the requirements set forth above.~~filed or postmarked no later than         , 2025.~~  You cannot speak at the hearing if you exclude yourself from the Class.

### IF YOU DO NOTHING

| 21. | What happens if I do nothing? |
|---|---|

If you do nothing, you will not receive any money from this Settlement.  In addition, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants and/or the other Released Defendant Parties about the Released Plaintiff's Claims in this case.

**GETTING MORE INFORMATION**

| **22.      How do I get more information?** |
|---|

This Notice contains only a summary of the terms of the proposed Settlement.  For even more detailed information concerning the matters involved in this Action, you can obtain answers to common questions regarding the proposed Settlement by contacting the Claims Administrator toll-free at 888-777-6598.  Reference is also made to the Settlement Agreement, to the pleadings in support of the Settlement, to the Orders entered by the Court and to the other Settlement related papers filed in the Action, which are posted on the Settlement website at www.EquinixSecuritiesSettlement.com.  You may also access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLAN OF ALLOCATION OF NET SETTLEMENT
FUND AMONG CLASS MEMBERS**

The Settlement Amount of $41.5 million together with any interest earned thereon is the "Settlement Fund."  The Settlement Fund, less all taxes, tax expenses, notice and claims administration expenses, and approved fees and expenses (the "Net Settlement Fund") shall be distributed to Class Members who submit timely and valid Proofs of Claim to the Claims Administrator ("Authorized Claimants").  The Plan of Allocation provides that you will be eligible to participate in the distribution of the Net Settlement Fund only if you have an overall net loss on all of your transactions in Equinix common stock during the Class Period.

The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among Class Members based on their respective alleged economic losses resulting from the securities law violations alleged in the Action.

The Plan of Allocation is intended to compensate investors who purchased or otherwise acquired Equinix common stock between May 3, 2019, and March 24, 2024, inclusive, and have held through the issuance of at least one corrective disclosure.  In this case, Lead Plaintiff alleges that Defendants made false statements and omitted material facts during the Class Period, which had the effect of artificially inflating the prices of Equinix common stock.  Lead Plaintiff alleges that corrective information allegedly impacted the price of Equinix stock (the "corrective disclosure") on March 20, 2024, March 21, 2024, and March 25, 2024.  The Plan of Allocation is intended to compensate investors who purchased or otherwise acquired Equinix common stock during the Class Period, held through the issuance of at least one corrective disclosure, and have a "Recognized Loss Amount" as described below.[2]

The Plan of Allocation is not a formal damages analysis. The Recognized Loss Amount is not intended to estimate the amount a Class Member may have been able to recover after a trial, nor to estimate the amount you will receive.  It is a formula for allocating the Net Settlement Fund among all Authorized Claimants.  The allocation below is based on the following inflation per

---

[2]    Any transactions in Equinix common stock executed outside regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next trading session.

common share amounts for Class Period share purchases and sales as well as the statutory PSLRA 90-day look-back amount of $762.89 per Equinix common share.[3]  Furthermore, if any of the formulas set forth below yield an amount less than $0.00, the claim per share shall be $0.00.

Lead Plaintiff developed the Plan of Allocation in consultation with Lead Plaintiff's damages consultant.  In developing the Plan of Allocation, Lead Plaintiff's damages consultant calculated the estimated amount of alleged artificial inflation in the price of Equinix common stock that was allegedly proximately caused by Defendants' alleged materially false and misleading statements and omissions which survived Defendants' motion to dismiss.  In calculating the estimated inflationary impact of those misrepresentations and omissions, Lead Plaintiff's damages consultant considered the price changes in Equinix common stock in reaction to the relevant alleged corrective disclosures, adjusting the price change for factors that were attributable to market or industry forces and other non-fraud related factors.  Defendants had no role in the creation of the Plan of Allocation.

In order to have recoverable damages under the federal securities laws, disclosures of the alleged misrepresentations and/or omissions must be a cause of the decline in the price of the security.  In this Action, Lead Plaintiff alleges that corrective information allegedly impacting the price of Equinix common stock and determined to result in potentially recoverable damages (the "corrective disclosure") was released to the market on March 20, 2024, March 21, 2024, and March 25, 2024.  In order to have a "Recognized Loss Amount" under the Plan of Allocation, Equinix common stock must have been purchased or acquired during the Class Period and held through the issuance of at least one corrective disclosure.

As detailed below, the Net Settlement Fund will be allocated on a *pro rata* basis according to recognized claims for class member damages.

Based on the formulas stated below, a "Recognized Loss Amount" will be calculated for each purchase or acquisition of Equinix common stock during the Class Period that is listed on the Proof of Claim and for which adequate documentation is provided.  If a Recognized Loss Amount calculates to a negative number or zero under the formulas below, that Recognized Loss Amount will be zero.

For each share of Equinix publicly traded common stock purchased or otherwise acquired from May 3, 2019, through March 24, 2024, and:

      (a)      sold prior to March 20, 2024, the Recognized Loss Amount will be $0.00;

      (b)      sold on March 20, 2024 through May 24, 2024, inclusive, the Recognized Loss Amount will be ***the lesser of***: (i) the decline in inflation during the holding period (as presented in Table 1 below), and (ii) the purchase price minus the sale price;

---

[3]  "In any private action arising under this Act in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."  Consistent with §28(D)(e)(1) of the Exchange Act, Recognized Loss Amounts for Equinix common stock are reduced to an appropriate extent by taking into account the closing prices of Equinix common stock during the 90-day look-back period.  The mean (average) closing price for Equinix common stock during this 90-day look-back period was $762.89 per share as shown in Table 2.

(c)      sold from March 25, 2024, through and including the close of trading on June 21, 2024, the Recognized Loss Amount will be *the least of*: (i) the decline in inflation during the holding period (as presented in Table 1 below), (ii) the purchase price minus the sale price, or (iii) the purchase price minus the average closing price between March 21, 2024, and the date of sale as stated in Table 2 below; and

(d)      held as of the close of trading on June 21, 2024, the Recognized Loss Amount will be *the lesser of*: (i) the decline in inflation during the holding period (as presented in Table 1 below), or (ii) the purchase price minus $762.89, the average closing price for Equinix common stock between March 25, 2024, and June 21, 2024 (the last entry in Table 2 below).

## TABLE 1

### Decline in Inflation per Share by Date of Purchase and Date of Sale

| Purchase Date | Sale Date | | | |
|---|---|---|---|---|
| | 5/3/2019 - 3/19/2024 | 3/20/2024 | 3/21/2024 - 3/24/2024 | Sold on or Retained Beyond 3/25/2024 |
| 5/3/2019 - 3/19/2024 | $0.00 | $9.00 | $15.04 | $15.62 |
| 3/20/2024 | | $0.00 | $6.04 | $6.62 |
| 3/21/2024 - 3/24/2024 | | | $0.00 | $0.58 |
| Purchased on or Beyond 3/25/2024 | | | | $0.00 |

**TABLE 2**

**Equinix Common Stock Average Closing Prices**

| Date | Average Closing Price Between March 25, 2024 and Date Shown | Date | Average Closing Price Between March 25, 2024 and Date Shown |
|---|---|---|---|
| 3/25/2024 | $792.52 | 5/8/2024 | $755.18 |
| 3/26/2024 | $796.30 | 5/9/2024 | $755.70 |
| 3/27/2024 | $802.63 | 5/10/2024 | $755.76 |
| 3/28/2024 | $808.31 | 5/13/2024 | $756.36 |
| 4/1/2024 | $806.66 | 5/14/2024 | $757.29 |
| 4/2/2024 | $804.33 | 5/15/2024 | $758.71 |
| 4/3/2024 | $802.12 | 5/16/2024 | $759.78 |
| 4/4/2024 | $799.49 | 5/17/2024 | $760.81 |
| 4/5/2024 | $797.81 | 5/20/2024 | $761.67 |
| 4/8/2024 | $796.85 | 5/21/2024 | $762.41 |
| 4/9/2024 | $797.25 | 5/22/2024 | $762.87 |
| 4/10/2024 | $795.48 | 5/23/2024 | $762.98 |
| 4/11/2024 | $793.81 | 5/24/2024 | $763.05 |
| 4/12/2024 | $791.68 | 5/28/2024 | $763.17 |
| 4/15/2024 | $788.51 | 5/29/2024 | $763.11 |
| 4/16/2024 | $785.61 | 5/30/2024 | $763.05 |
| 4/17/2024 | $782.61 | 5/31/2024 | $763.05 |
| 4/18/2024 | $780.24 | 6/3/2024 | $762.81 |
| 4/19/2024 | $778.54 | 6/4/2024 | $762.85 |
| 4/22/2024 | $777.35 | 6/5/2024 | $762.77 |
| 4/23/2024 | $776.61 | 6/6/2024 | $762.77 |
| 4/24/2024 | $775.71 | 6/7/2024 | $762.59 |
| 4/25/2024 | $774.09 | 6/10/2024 | $762.59 |
| 4/26/2024 | $772.32 | 6/11/2024 | $762.55 |
| 4/29/2024 | $770.48 | 6/12/2024 | $762.53 |
| 4/30/2024 | $768.20 | 6/13/2024 | $762.60 |
| 5/1/2024 | $765.50 | 6/14/2024 | $762.66 |
| 5/2/2024 | $763.11 | 6/17/2024 | $762.66 |
| 5/3/2024 | $760.94 | 6/18/2024 | $762.85 |
| 5/6/2024 | $758.70 | 6/20/2024 | $762.86 |
| 5/7/2024 | $757.19 | 6/21/2024 | $762.89 |

For Class Members who held Equinix common stock at the beginning of the Class Period or made multiple purchases, acquisitions, or sales during the Class Period, the First-In, First-Out ("FIFO") method will be applied to such holdings, purchases, acquisitions, and sales for purposes of calculating a claim. Under the FIFO method, sales of Equinix common stock during the Class Period will be matched, in chronological order, first against Equinix common stock held at the beginning of the Class Period. The remaining sales of Equinix common stock during the Class

Period will then be matched, in chronological order, against Equinix common stock purchased or acquired during the Class Period.

A Class Member will be eligible to receive a distribution from the Net Settlement Fund only if a Class Member had a net overall loss, after all profits from transactions in all Equinix common stock described above during the Class Period are subtracted from all losses. However, the proceeds from sales of Equinix common stock that have been matched against Equinix common stock held at the beginning of the Class Period will not be used in the calculation of such net loss. No distributions will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

If a claimant had a market gain with respect to their overall transactions in Equinix common stock during the Class Period, the value of the claimant's Recognized Loss Amount will be zero. If a claimant suffered an overall market loss with respect to their overall transactions in Equinix common stock during the Class Period, but that market loss was less than the claimant's total Recognized Loss Amount calculated above, then the claimant's Recognized Loss Amount will be limited to the amount of the actual market loss. For purposes of determining whether a claimant had a market gain, or suffered a market loss, with respect to a claimant's overall transactions of Equinix common stock during the Class Period, the Claims Administrator will determine the difference between, the claimant's (i) Total Purchase Amount[4] and (ii) the sum of the Total Sales Proceeds[5] and Holding Value.[6]

A purchase, acquisition, or sale of Equinix common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. All purchase, acquisition, and sale prices shall exclude any fees and commissions. The receipt or grant by gift, devise, or operation of law of Equinix common stock during the Class Period shall not be deemed a purchase, acquisition, or sale of Equinix common stock for the calculation of a claimant's recognized claim nor shall it be deemed an assignment of any claim relating to the purchase or acquisition of such share unless specifically provided in the instrument of gift or assignment. The receipt of Equinix common stock during the Class Period in exchange for securities of any other corporation or entity shall not be deemed a purchase or acquisition of Equinix common stock.

Distributions will be made to Authorized Claimants after all claims have been processed, after the Court has finally approved the Settlement, and after any appeals are resolved. If there is any balance remaining in the Net Settlement Fund after at least six (6) months from the initial date of distribution of the Net Settlement Fund (whether by reason of tax refunds, uncashed checks, or otherwise), the Claims Administrator shall, if feasible, reallocate such balance among Authorized Claimants in an equitable and economic fashion. These redistributions shall be repeated until the balance remaining in the Net Settlement Fund is no longer economically feasible to distribute to

---

[4]    The "Total Purchase Amount" is the total amount the claimant paid (excluding commissions and other charges) for Equinix common stock purchased or otherwise acquired during the Class Period.

[5]    The Claims Administrator will match any sales of Equinix common stock from the start of the Class Period through and including the close of trading on March 24, 2024, first against the claimant's opening position (the proceeds of those sales will not be considered for purposes of calculating market gains or losses). The total amount received (excluding commissions and other charges) for the remaining sales of Equinix common stock sold from the start of the Class Period through and including the close of trading on March 24, 2024, will be the "Total Sales Proceeds."

[6]    The Claims Administrator will ascribe a "Holding Value" equal to $792.52 for each share of Equinix common stock purchased or acquired during the Class Period and still held as of the close of trading on March 24, 2024.

Class Members. Thereafter, any balance that still remains in the Net Settlement Fund shall be donated to non-sectarian, not for profit organization(s), to be recommended by Lead Counsel and approved by the Court.

Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim. If you are dissatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Class Members and the claims administration process, to decide the issue by submitting a written request for review.

The Court has reserved jurisdiction to allow, disallow, or adjust the claim of any Class Member on equitable grounds.

Payment pursuant to the Plan of Allocation set forth above shall be conclusive against all Authorized Claimants. Defendants, their respective counsel, and all other Released Defendant Parties will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. No Person shall have any claim against Lead Plaintiff, Lead Counsel, the Claims Administrator, or other Person designated by Lead Counsel, Defendants, or Defendants' Counsel based on distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. All Class Members who fail to complete and submit a valid and timely Proof of Claim shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the Stipulation, including the terms of any judgment entered and the releases given.

## SPECIAL NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES

If you purchased or acquired Equinix common stock during the Class Period for the beneficial interest of an individual or organization other than yourself, the Court has directed that, WITHIN SEVEN (7) CALENDAR DAYS OF YOUR RECEIPT OF THE SUMMARY NOTICE, you either (a) provide to the Claims Administrator the name and last known email or physical address of each person or organization for whom or which you purchased or acquired such Equinix common stock during such time period, or (b) request additional copies of the Summary Notice, which will be provided to you free of charge, and within seven (7) calendar days send via email or regular mail where an email address is not available, mail the Summary Notice directly to the beneficial owners of the Equinix common stock referred to herein. If you choose to follow alternative procedure (b), upon such mailing, you must send a statement to the Claims Administrator confirming that the email was sent or the mailing was made as directed and retain the names, email addresses or physical addresses for any future mailings to Class Members. You are entitled to reimbursement from the Settlement Fund of your reasonable expenses actually incurred in connection with the foregoing, including reimbursement of postage expense and the cost of ascertaining the names and addresses of beneficial owners. Reasonable out-of-pocket expenses actually incurred in connection with the foregoing includes up to $0.03 for providing names, addresses and email addresses to the Claim Administrator per record; up to a maximum of $0.03 per

EX 1 - NOTICE OF PENDENCY AND PROPOSED SETTLEMENT
OF CLASS ACTION - 3:24-cv-02656-VC                                                    - 17 -

Summary Notice emailed or mailed by you, plus postage at the rate used by the Claims Administrator. Your reasonable expenses will be paid upon request and submission of appropriate supporting documentation. All communications concerning the foregoing should be addressed to the Claims Administrator at:

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

DATED: _____

        BY ORDER OF THE COURT
        UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA