UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WAYNE CHAN, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>EQUINIX, INC., et al.,<br><br>           Defendants. | Case No.  24-cv-02656-VC<br><br>**COURT'S PROPOSED CHANGES TO FULL NOTICE**<br><br>Re: Dkt. No. 103 |

The parties should consider the attached potential redlines to the Notice of Pendency and Proposed Settlement of Class Action document.

**IT IS SO ORDERED.**

Dated: September 3, 2025

_____
VINCE CHHABRIA
United States District Judge