# EXHIBIT A

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
HADIYA K. DESHMUKH (328118)
HAILEY S. ZANUTTO (358143)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com
hzanutto@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND,<br><br>                   Plaintiff,<br><br>   vs.<br><br>EQUINIX, INC., et al.,<br><br>                 Defendants. | Case No. 3:24-cv-02656-VC<br><br>CLASS ACTION<br><br>DECLARATION OF DENNIS SHOCK ON BEHALF OF UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT; APPROVAL OF PLAN OF ALLOCATION; AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES |

I, Dennis Shock, declare as follows:

1.     I am the Trustee of Lead Plaintiff Uniformed Sanitationmen's Association Compensation Accrual Fund (the "Accrual Fund"), and I am authorized to make this Declaration on its behalf.  The Accrual Fund is an employee pension benefit plan that provides retirement benefits to workers covered by a union contract between the Uniformed Sanitationmen's Association, Teamsters Local 831, and the City of New York.  As of December 31, 2024, the Accrual Fund held approximately $300 million in assets under management and had approximately 6,900 participants.  As Trustee, I participate in and oversee decisions regarding the administration of the Accrual Fund, including the prosecution of this Action.

2.     I respectfully submit this Declaration in support of final approval of: (i) the $41.5 million proposed settlement (the "Settlement") of the litigation reached between Lead Plaintiff Accrual Fund on behalf of the Class and the defendants, and (ii) approval of Lead Counsel Robbins Geller Rudman & Dowd's ("Lead Counsel") application for an award of attorneys' fees and expenses.  I have personal knowledge of the matters set forth in this Declaration, and if called upon, I could and would competently testify thereto.

3.     In seeking appointment as Lead Plaintiff and Class Representative in this Action, the Accrual Fund understood its fiduciary duties to serve the interests of the Class by participating in the management and prosecution of this Action.  Following its appointment as Lead Plaintiff, the Accrual Fund kept itself informed regarding case developments and procedural matters over the course of the litigation, including regular correspondence with Lead Counsel concerning litigation strategy and the potential resolution of this litigation.  In its capacity as Lead Plaintiff, the Accrual Fund reviewed pleadings and briefs submitted in this matter, including complaints, the opposition to the motion to dismiss, and the motion for class certification.  In addition, the Accrual Fund responded to discovery served on it and produced relevant documents.

4.     The Accrual Fund has evaluated the risks of continuing this Action, including the possibility of a nominal recovery or no recovery at all, and authorized Lead Counsel to settle this

Action for $41,500,000.00. The Accrual Fund believes this Settlement is not only fair and reasonable, but represents an excellent recovery and is in the best interests of the Class.

5.      While the Accrual Fund understands that the determination of attorneys' fees is left to the Court, the Accrual Fund supports Lead Counsel's application for attorneys' fees of 25% of the Settlement amount and expenses in an amount not to exceed $300,000. The Accrual Fund believes the request is fair, reasonable, and appropriate, as this Settlement would not have been possible without the diligent efforts of Lead Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of _11/7__, 2025 in New York City, New York.

_____
DENNIS SHOCK, TRUSTEE

DECLARATION OF DENNIS SHOCK ON BEHALF OF UNIFORMED SANITATIONMEN'S ASSN COMPENSATION ACCRUAL FUND ISO FINAL APPROVAL OF CLASS ACTION SETTLEMENT-
3:24-cv-02656-VC                                                                                    - 2 -