ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
HADIYA K. DESHMUKH (328118)
HAILEY S. ZANUTTO (358143)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com
hzanutto@rgrdlaw.com

Lead Counsel for Lead Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND, | ) ) ) ) | Case No. 3:24-cv-02656-VC |
| | | CLASS ACTION |
| Plaintiff, | ) ) ) | SUPPLEMENTAL DECLARATION OF ROSS D. MURRAY REGARDING: (A) |
| vs. | ) ) | CONTINUED NOTICE DISSEMINATION; (B) UPDATE ON CALL CENTER |
| EQUINIX, INC., et al., | ) ) | SERVICES AND WEBSITE; (C) PROOFS OF CLAIM RECEIVED; AND (D) |
| Defendants. | ) ) ) | REQUESTS FOR EXCLUSION RECEIVED TO DATE |

DATE:     December 18, 2025
TIME:     2:00 p.m. (via Zoom)
CTRM:    4, 17th Floor
JUDGE:   Hon. Vince Chhabria

I, ROSS D. MURRAY, declare and state as follows:

1.      I am employed as a Vice President of Securities by Verita Global, located at 1 McInnis Parkway, Suite 250, San Rafael, California.  Pursuant to this Court's September 4, 2025 Order Preliminarily Approving Settlement and Providing for Notice as Modified (ECF 112) (the "Notice Order"), Verita Global was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned action (the "Action").[1]  I oversaw the notice services that Verita Global provided in accordance with the Notice Order.

2.      I submit this declaration as a supplement to my previously filed declaration, the Declaration of Ross D. Murray Regarding: (A) Notice Dissemination; (B) Publication; (C) Establishment of Call Center Services and Website; (D) Proofs of Claim Received; and (E) Report on Exclusions and Objections (ECF 115-2) (the "Initial Mailing Declaration").  The following statements are based on my personal knowledge and information provided to me by other Verita Global employees, and, if called as a witness, I could and would testify competently thereto.

## CONTINUED DISSEMINATION OF NOTICE

3.      As more fully detailed in the Initial Mailing Declaration, as of November 10, 2025, Verita Global had mailed or emailed a total of 400,185 Summary Notices to potential Class Members and their nominees.  In addition, one institution reported that they anticipated sending Summary Notices via email to 398,831 potential Class Members.  *See* Initial Mailing Declaration, ¶11.

4.      Since November 10, 2025, Verita Global has mailed or emailed an additional 223 Summary Notices and 19 copies of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package") in response to requests from potential Class Members, brokers, and nominees and as a result of mail returned as undeliverable for which new addresses were identified

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement, dated July 15, 2025 (ECF 103-2) (the "Stipulation"), which is available on the website established for the Settlement at www.EquinixSecuritiesSettlement.com.

and re-mailed to those new addresses.[2]  Therefore, as of December 10, 2025, Verita Global has mailed or emailed a total of 400,408 Summary Notices and 19 Claim Packages to potential Class Members and nominees.

## UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE

5.     Verita Global continues to maintain the toll-free telephone number (1-888-777-6598) to accommodate inquiries about the Settlement from potential Class Members.  Verita Global also monitors the case-dedicated e-mail address, info@EquinixSecuritiesSettlement.com. Verita Global endeavors to respond timely to each telephone and e-mail inquiry and will continue to respond to Class Member inquiries via the toll-free telephone number and case dedicated e-mail address until the conclusion of the administration.

6.     Verita Global also continues to maintain the website dedicated to the Settlement, www.EquinixSecuritiesSettlement.com (the "Settlement Website"), to assist potential Class Members.  Following Lead Counsel's filing of their briefing in support of the Settlement on November 10, 2025, Verita Global posted to the Settlement Website copies of the papers in support of the Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and the Motion for an Award of Attorneys' Fees and Expenses.  Verita Global will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the administration of this Settlement.

## PROOFS OF CLAIM RECEIVED TO DATE

7.     Pursuant to the Notice Order, the Summary Notice and Notice informed potential Class Members that Proofs of Claim must be postmarked or submitted online on or before December 24, 2025.  As of December 10, 2025, Verita Global has received 3,276 Proofs of Claim.

## REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE

8.     Pursuant to the Notice Order, the Notice and Settlement Website informed potential Class Members that written requests for exclusion from the Class were to be mailed to Verita

---

[2] Verita Global has re-mailed a total of 153 Summary Notices to persons whose original mailings were returned by the United States Postal Service ("USPS") and for whom updated addresses were provided to Verita Global by the USPS or were obtained through other means.

Global, postmarked or received no later than December 1, 2025. At the time of the Initial Mailing Declaration, Verita Global reported that it had not received any requests for exclusion. *See* Initial Mailing Declaration, ¶17.

9.      Since the Initial Mailing Declaration was executed, and as of the date of this declaration, Verita Global has received seven requests for exclusion, redacted copies of which are attached hereto as Exhibit A.

10.     Although the Notice Order (and the Notice) provides that Class Members who wish to file objections must file them with the Court and copy them to relevant counsel (rather than to Verita Global), I also note for the sake of completeness that as of the date of this declaration Verita Global has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 10th day of December, 2025, at San Rafael, California.

ROSS D. MURRAY

- 3 -

# EXHIBIT A



*EQSS-EXCL00001*

RECEIVED
November 17, 2025
Claims Center

# Exclusion Cover Page

Case Name: Equinix Securities Settlement

Case Code:  EQSS

Exclusion Deadline: December 1, 2025 (Postmarked, Received or Before)

Name of Person Filing Exclusion: Lawrence Schaer

10/24/2025

To whom May it Concern:

I wish to request that I to be
excluded from this case issue.

(Proof)
Here is an enclosed copied of this
that my name was there.
I do not wish to be part of it

Thank you kindly
Lawrence Schau

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

Presorted
First Class Mail
US Postage
**PAID**
Permit #219
Petaluma, CA





EQSSSM-1055197-2 /
Do Not Mark This Barcode
31223



LAWRENCE M SCHAER
TOD DTD 12/13/2023

# EQSS

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED OR RECEIVED BY DECEMBER 1, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, AND/OR THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $300,000, PLUS INTEREST ON BOTH AMOUNTS. ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY DECEMBER 1, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: September 4, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND, <br><br> Plaintiff, <br><br> vs. <br><br> EQUINIX, INC., et al., <br><br> Defendants. | Case No. 3:24-cv-02656-VC <br><br> <u>CLASS ACTION</u> |

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**TO:     ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED EQUINIX, INC. ("EQUINIX") COMMON STOCK BETWEEN MAY 3, 2019, AND MARCH 24, 2024, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on December 18, 2025, at 2:00 p.m., before the Honorable Vince Chhabria, via Zoom. Class Members and members of the public may attend the Settlement Hearing remotely by accessing the following link: https://www.cand.uscourts.gov/vc. At the hearing, the Court will consider whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")[1] for $41,500,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below), and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THIS ACTION, AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than December 24, 2025)** or electronically via the website **(no later than December 24, 2025)**. Failure to submit your Proof of Claim by December 24, 2025, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action. If you purchased or acquired Equinix common stock between May 3, 2019, and March 24, 2024, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and releases entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.EquinixSecuritiesSettlement.com, or by writing to:

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 800-449-4900
settlementinfo@rgrdlaw.com

---

[1] The Stipulation can be viewed and/or obtained at www.EquinixSecuritiesSettlement.com.

Lawrence Schaer

25 OCT 2025  AM 6  L

177

US for ve

RECEIVED

NOV 1 7 2025

'ERITA GLOBA

Securities
Equinix Settlement
Claims Administration
c/o Verita Global
PO B 301133
Los Angeles, Ca
90030-113333

G 0030 · 1133


*EQSS-EXCL00002*

RECEIVED
November 19, 2025
Claims Center

# Exclusion Cover Page

Case Name: Equinix Securities Settlement

Case Code:  EQSS

Exclusion Deadline: December 1, 2025 (Postmarked, Received or Before)

Name of Person Filing Exclusion: Lori Browne Trustee
Rev Living Trust U/A 3/7/01

Dear Equinix Securities Settlement,

Please excuse me from the class action settlement. This is a request for exclusion. According to the website, I could not locate a specific form for exclusion.

Lori Browne, Trustee
Rev. Living Trust

Nov. 17, 2025

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

00254231



PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO. 225
JOB#N24916 - 010
51#



01

**********AUTO**5-DIGIT 92130
LORI A BROWNE TTEE
REV LIVING TRUST OF LORI BROWNE
U/A 3/7/01



01



# EQSS

27   JAJ6NF1   92130

---

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED OR RECEIVED BY DECEMBER 1, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, AND/OR THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $300,000, PLUS INTEREST ON BOTH AMOUNTS. ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY DECEMBER 1, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: September 4, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Loni Brown

17 NOV 2025 PM 5 L

FOREVER USA

1775 2

RECEIVED
NOV 19 2025
'ERITA GLOBA

Equinix Securities Settlement
Claims Administrator
c/o Verita Global
PO Box 301133
Los Angeles, CA 90030-1133

90030-113333



*EQSS-EXCL00003*

RECEIVED
November 21, 2025
Claims Center

# Exclusion Cover Page

Case Name: Equinix Securities Settlement

Case Code:  EQSS

Exclusion Deadline: December 1, 2025 (Postmarked, Received or Before)

Name of Person Filing Exclusion: Steven D and Penelope S Thorpe Trustees
Steven & Penelope Thorpe Rev Living Tr

November 15, 2025

Equinix Securities Settlement
Claims Administrator
c/o Verita Global
PO Box 301133
Los Angeles, CA 90030-1133

Dear Claims Administrator,

We received official notification that we are class members of the Equinix Securities Settlement.  We own a small amount of Equinix stock through our trust.

We do not want to be a part of the settlement, and we choose not to make a claim in the settlement.  Please exclude us from the class and the settlement.

Sincerely,

Steven D. Thorpe, Trustee
Steven and Penelope Thorpe Rev Living Trust

Penelope S. Thorpe, Trustee
Steven and Penelope Thorpe Rev Living Trust

Steven and Penelope Thorpe

17 NOV 2025  PM 5  L

1775 FREEDOM 5

RECEIVED
NOV 2 1 2025
VERITA GLOBA

Equinix Securities Settlement
Claims Administrator
c/o Verita Global
PO Box 301133
Los Angeles, CA 90030-1133

90030-113333



*EQSS-EXCL00004*

RECEIVED
November 21, 2025
Claims Center

# Exclusion Cover Page

Case Name: Equinix Securities Settlement

Case Code:  EQSS

Exclusion Deadline: December 1, 2025 (Postmarked, Received or Before)

Name of Person Filing Exclusion: Carolyn S Forman

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

00136616



06

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO. 225

JOB#N24916 - 010

16#

*I request exclusion from this class action settlement. I didn't even know I have Equinix. I'm 86 — almost 87.*
*Carolyn S. Forman*

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 370
CAROLYN S. FORMAN

06

# EQSS

34  JB44NP1  37075

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED OR RECEIVED BY DECEMBER 1, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, AND/OR THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $300,000, PLUS INTEREST ON BOTH AMOUNTS. ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY DECEMBER 1, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: September 4, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNIFORMED SANITATIONMEN'S ASSOCIATION)    Case No. 3:24-cv-02656-VC
COMPENSATION ACCRUAL FUND,              )
                                        )    CLASS ACTION
                            Plaintiff,  )
                                        )
        vs.                             )
                                        )
EQUINIX, INC., et al.,                  )
                                        )
                            Defendants. )

## SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO:** **ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED EQUINIX, INC. ("EQUINIX") COMMON STOCK BETWEEN MAY 3, 2019, AND MARCH 24, 2024, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on December 18, 2025, at 2:00 p.m., before the Honorable Vince Chhabria, via Zoom. Class Members and members of the public may attend the Settlement Hearing remotely by accessing the following link: https://www.cand.uscourts.gov/vc. At the hearing, the Court will consider whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")[1] for $41,500,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below), and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THIS ACTION, AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than December 24, 2025)** or electronically via the website **(no later than December 24, 2025)**. Failure to submit your Proof of Claim by December 24, 2025, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action. If you purchased or acquired Equinix common stock between May 3, 2019, and March 24, 2024, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and releases entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.EquinixSecuritiesSettlement.com, or by writing to:

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 800-449-4900
settlementinfo@rgrdlaw.com

---

[1] The Stipulation can be viewed and/or obtained at www.EquinixSecuritiesSettlement.com.

1

00136617

07

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO. 225

JOB#N24916 - 010

16#

*deceased*
*10-12-24*

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 370
JACK L. FORMAN

07

# EQSS

34  JBA4NF1  37075

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED OR RECEIVED BY DECEMBER 1, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, AND/OR THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $300,000, PLUS INTEREST ON BOTH AMOUNTS. ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY DECEMBER 1, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: September 4, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION) COMPENSATION ACCRUAL FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EQUINIX, INC., et al., ) <br> ) <br> Defendants. ) | Case No. 3:24-cv-02656-VC <br><br> <u>CLASS ACTION</u> |

## SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO:     ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED EQUINIX, INC. ("EQUINIX") COMMON STOCK BETWEEN MAY 3, 2019, AND MARCH 24, 2024, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on December 18, 2025, at 2:00 p.m., before the Honorable Vince Chhabria, via Zoom.  Class Members and members of the public may attend the Settlement Hearing remotely by accessing the following link: https://www.cand.uscourts.gov/vc.  At the hearing, the Court will consider whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")[1] for $41,500,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below), and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THIS ACTION, AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than December 24, 2025)** or electronically via the website **(no later than December 24, 2025)**. Failure to submit your Proof of Claim by December 24, 2025, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action.  If you purchased or acquired Equinix common stock between May 3, 2019, and March 24, 2024, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and releases entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.EquinixSecuritiesSettlement.com, or by writing to:

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 800-449-4900
settlementinfo@rgrdlaw.com

---

[1]     The Stipulation can be viewed and/or obtained at www.EquinixSecuritiesSettlement.com.

1

**Mrs. Sue Forman**



17 NOV 2025  PM 6  L



1775

**RECEIVED**

NOV 2 1 2025

**/ERITA GLOBA**

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

90030-113333



*EQSS-EXCL00005*

RECEIVED
November 24, 2025
Claims Center

# Exclusion Cover Page

Case Name: Equinix Securities Settlement

Case Code:  EQSS

Exclusion Deadline: December 1, 2025 (Postmarked, Received or Before)

Name of Person Filing Exclusion: Sally Elizabeth Steele

Claims Administrator
c/o Verita Global
ATTN: EXCLUSIONS
P.O. Box 5100
Larkspur, CA 94977-5100

Dear Sir/Madam,

I am requesting to be excluded from the Class in the Equinix Securities Settlement. I purchased 3 shares of Equinix on June 13, 2023 and still own these shares. The total cost basis for these 3 shares was $2,260.38 (or $753.46 per share).

Attached is the information I received from my Financial Advisor regarding my purchase and ownership of my 3 shares of Equinix Stock.

My name is Sally Elizabeth Steele. My address is ███████████████████████ ████████████ and my phone number is ████████████

Thank You,
Sally Elizabeth Steele,

*Sally Elizabeth Steele*

View Cost Basis - Held Shares    < Back    Cost Basis Calculator    Reports    Cost Notes ▼

Select    [X]
Add Note
View Notes

**Edit Cost Basis**    **View Held Shares**    **View Sold Shares**

| | | |
|---|---|---|
| **Account type:** | Cash, Margin, Loan | |
| **Total cost basis:** | 2,260.38 | **Quantity with cost:** 3.00000 |
| **Current value:** | 2,359.62 | **Quantity without cost:** 0.00000 **Description:** EQUINIX INC |
| **Unrealized gain or loss:** | 99.24 | **Cost Method/Sell Order:** Lot Cost/FIFO **Symbol:** EQIX **CUSIP:** 29444U700 |

Print                                                                Top | Previous | Next | Bottom

| Quantity | Cost Per Unit | Total Cost Basis | Activity Date | Activity Type | Holding Period | Covered | Gifted Value |
|---|---|---|---|---|---|---|---|
| 3.00000 | 753.46 | 2,260.38 | 13-Jun-2023 | Buy | Long-Term | N | |

*Sally Elizabeth Steele*

John & Sally Steele



17 NOV 2025  PM 1   L



RECEIVED
NOV 2 4 2025
BY:...........................

Claims Administrator
% Verita Global
Attn: Exclusions
P.O. Box 5100
Larkspur, CA   94977-5100

94977-510000



RECEIVED
November 28, 2025
Claims Center

# Exclusion Cover Page

Case Name: Equinix Securities Settlement

Case Code:  EQSS

Exclusion Deadline: December 1, 2025 (Postmarked, Received or Before)

Name of Person Filing Exclusion: Qiming Liao

hi, I desire to be excluded from the class. I don't want to participate in this case.

The Case number = 3:24-CV-02656-VC

Qiming Liao

Aiming Liao



25 NOV 2025  PM 1  L

1775 20

usa forever

RECEIVED

NOV 28 2025

'ERITA GLOBA

90030-113333

Equinix Securities Setelement
Claims Administrator
c/o Verita Global
P.O. Box 301133

Los Angeles, CA 90030-1133



RECEIVED
November 28, 2025
Claims Center

# Exclusion Cover Page

Case Name: Equinix Securities Settlement

Case Code:  EQSS

Exclusion Deadline: December 1, 2025 (Postmarked, Received or Before)

Name of Person Filing Exclusion: Betsy K Harris IRA
                        Baird Trust Company TTEE

Betsy Harris

███████████████

November 24, 2025

To Verita Global,

I want to OPT OUT of the settlement. I do want to spend money on an attorney. I do not want to be a part of this settlement.

Thank you,

*Betsy K. Harris*

Betsy K. Harris

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFORMED SANITATIONMEN'S ASSOCIATION COMPENSATION ACCRUAL FUND, <br><br> Plaintiff, <br><br> vs. <br><br> EQUINIX, INC., et al., <br><br> Defendants. | Case No. 3:24-cv-02656-VC <br><br> <u>CLASS ACTION</u> |

## SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

TO:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED EQUINIX, INC. ("EQUINIX") COMMON STOCK BETWEEN MAY 3, 2019, AND MARCH 24, 2024, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on December 18, 2025, at 2:00 p.m., before the Honorable Vince Chhabria, via Zoom. Class Members and members of the public may attend the Settlement Hearing remotely by accessing the following link: https://www.cand.uscourts.gov/vc. At the hearing, the Court will consider whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")[1] for $41,500,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below), and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THIS ACTION, AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than December 24, 2025)** or electronically via the website **(no later than December 24, 2025)**. Failure to submit your Proof of Claim by December 24, 2025, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action. If you purchased or acquired Equinix common stock between May 3, 2019, and March 24, 2024, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and releases entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.EquinixSecuritiesSettlement.com, or by writing to:

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 800-449-4900
settlementinfo@rgrdlaw.com

---

[1]    The Stipulation can be viewed and/or obtained at www.EquinixSecuritiesSettlement.com.

1

*Equinix Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

00233730

 

00

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

JOB#N24916-010   10#



\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 956
BAIRD TRUST COMPANY TTEE FBO
BETSY K HARRIS IRA

00

# EQSS

17  JAJ8NP1  95991

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED OR RECEIVED BY DECEMBER 1, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, AND/OR THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $300,000, PLUS INTEREST ON BOTH AMOUNTS. ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY DECEMBER 1, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: September 4, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Will not pay Attorneys Fees*

**Ms. Betsv Harris**

25 NOV 2025 PM 3 L



Equinix Securities Settlement
Claims Administrator
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

RECEIVED
NOV 28 2025
VERITA GLOBAL